Courts Copy of plaintiffs Origional Security /s/by: plaintiff #1 ucc 1-308 *pefal
Allrights deserved*

REDACTED / PROTECTED  Plaintiffs #1-ALL ucc 1-208
Name and Prisoner/Booking Number                    -308 Allrights Reserved
REDACTED / PROTECTED
Place of Confinement
REDACTED / PROTECTED    [See ATTACHED
Mailing Address                  -SEALED MOTION
REDACTED / PROTECTED    FOR NAMES-eADDRESSES]
City, State, Zip Code

(Failure to notify the Court of your change of address may result in dismissal of this action.)

| ☑ FILED | ☐ LODGED |
| RECEIVED | COPY |

FEB 1 4 2023

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____DEPUTY

## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF ARIZONA

UNITED STATES
PLAINTIFFS # 1-20 IN ALL CAPACITIES ucc et al-e ucc 1-208/c 1-308
(Full Name of Plaintiff) (NAMES REDACTED Allrights Reserved
+ PROTECTED)

Plaintiff,

v. AZ. DEPT. OF CORRECTIONS ('ADCRR');
DIRECTOR DAVID SHINN IN ALL
(1) CAPACITIES
(Full Name of Defendant)
ADCRR; MAINTANCE SUPERVISOR; MR.
(2) POSEY IN ALL CAPACITIES
(3) ADCRR; CO II; #3 or BROSAN IN All CAPACITIES
ADCRR; CO II; MRS. VALDEZ IN ALL
(4) CAPACITIES

Defendant(s).

☒ Check if there are additional Defendants and attach page 1-A listing them.

**CV-23-00284-PHX-SPL(DMF)**

CASE NO.
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT**
**BY A PRISONER**

☒ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

*JURY TRIAL DEMANDED*

[HON. MICHELLE H. BURNS --
HON. SUSAN R. BOLTON + PLAINTIFF[s]
#2-20's -- JUDGES]

### A.  JURISDICTION

1.    This Court has jurisdiction over this action pursuant to:
      ☒ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
      ☐ 28 U.S.C. § 1331; *Bivens v. Six Unknown Federal Narcotics Agents,* 403 U.S. 388 (1971). Act
      ☒ Other: TORNREVICTIMS PROTECTION ACT 1991 Military Commissions Act

2.    Institution/city where violation occurred: ADCRR / CENTRAL OFFICE / BUCKLEY UNIT,
      RYNNING UNIT, CENTRAL UNIT, CORE CIVIL - RED ROCK UNIT
LOCATIONS UNKNOWN + PHX AZ, BUCKEYE AZ, FLORENCE AZ  **550/555**
Revised 3/11/16                                    1  AZ CAPITAL + USA CAPITAL
                                                      + CDC HEADQUARTERS

A. DEFENDANTS CONTINUED

(5) ADCRR; CO II MCKINLEY IN ALL CAPACITIES

(6) ADCRR; CO II; DOE #1 AKA DEFENDANT #6 IN ALL CAPACITIES

(7) ADCRR; CO; UNKNOWN/DEFENDANT #7 IN ALL CAPACITIES

(8) ADCRR; CO; UNKNOWN/DEFENDANT #8 IN ALL CAPACITIES

(9) ADCRR; SGT[s] ET AL; UNKNOWN NAME[s] / DEFENDANT[s] #9 IN ALL CAPACITIES SEPT 2020 - NOW

(10) ADCRR; L.T.s ET AL; UNKNOWN NAME[s]/ DEFENDANT[s] #10 IN ALL CAPACITIES SEPT 2020 - NOW

(11) ADCRR; CPTs ETAL; UNKNOWN NAME[s]/ DEFENDANT[s] #11 IN ALL CAPACITIES SEPT 2020 - NOW

(12) ADCRR; ADW & OR ACTING ADW[s]; ADAM YOUNG (ADW) & OR UNKNOWN NAME[s] / DEFENDANT[s] #12 IN ALL CAPACITIES SEPT 2020 - NOW

(13) ADCRR; D.W & OR ACTING D.W[s]; ALEJANDRO SANCHEZ (D.W) & OR UNKNOWN NAME[s]/ DEFENDANT[s] #13 IN ALL CAPACITIES SEPT 2020 - JAN 2021

(14) ADCRR; C.O.II; UNKNOWN NAME[s]/ DEFENDANT[s] #14 IN ALL CAPACITIES

(15) CENTURION HEALTHCARE ('CENTURION'); UNKNOWN NURSE[s] / DEFENDANT[s] #15 IN ALL CAPACITIES

(16) ADCRR; CO II; UNKNOWN NAME[s] IN ALL CAPACITIES CONSECUTIVELY

(17) TRINITY INC. IN ALL CAPACITIES

(18) TRINITY INC.; DIRECTOR; UNKNOWN NAME[s]/ DEFENDANT[s] #18 IN ALL CAPACITIES

(19) TRINITY INC/ADCRR; DIRECTOR[s]; UNKNOWN NAME[s]/DEFENDANT[s] #19 IN ALL CAPACITIES

(20) TRINITY INC; OWNER[s] ET.AL.; UNKNOWN NAME[s] / DEFENDANT[s] #20. IN ALL CAPACITIES

(21) TRINITY INC; OFFICIAL POLICY MAKING COMMITTY ET AL; UNKNOWN NAME[s] / DEFENDANT[s] #21 IN ALL CAPACITIES

(22) TRINITY INC.; STOCK HOLDER[s] ET.AL.; UNKNOWN NAME[s]/ DEFENDANT[s] #22. IN ALL CAPACITIES

(23) TRINITY INC.; EXECUTIVE BOARD OF DIRECTORS / BOARD MEMBERS ET.AL; UNKNOWN NAME[s] / DEFENDANTS #23. IN ALL CAPACITIES

(24) TRINITY INC/ADCRR; FLORENCE PRISION COMPLEX; SUPERVISORS ETAL; UNKNOWN NAME[s]/ DEFENDANT[s] #24, IN ALL CAPACITIES

(25) TRINITY INC/ADCRR; CENTRAL UNIT; SUPERVISORS/HEAD MANAGERS ETAL; UNKNOWN NAME[s]/DEFENDANTS #25 IN ALL CAPACITIES

(26) TRINITY INC; MRS. SWAW IN ALL CAPACITIES

(27) ADCRR; C.O.II; JANE/JOHN DOE #2. IN ALL CAPACITIES CONSECUTIVELY

(28) ADCRR; L.T.; MARTIN GONZALES IN ALL CAPACITIES

A. DEFENDANT [s]

(29) ADCRR; SGT; MEDLEY OR METLEY IN ALL CAPACITIES CONSECUTIVELY

(30) ADCRR; COII; JANE/JOHN DOE #3 IN ALL CAPACITIES

(31) ADCRR; COMPLEX WARDEN; JEFF VAN WINKLE AND REPLACEMENT; UNKNOWN NAME / DEFENDANT [s] #31 IN ALL CAPACITIES

(32) AZ; GOVERNOR; DOUG DUECY IN ALL CAPACITIES & REPLACEMENT

(33) AZ; AGO; MARK BRNOVICH IN ALL CAPACITIES & REPLACEMENT

(34) AZ; AGO; MICHEAL GOTTFRIED IN ALL CAPACITIES & REPLACEMENT

(35) AZ; DHS; FORMER DIRECTOR; CARA CHRIST & REPLACEMENT IN ALL CAPACITIES

(36) CENTURION; DIRECTOR [s]; UNKNOWN NAME [s] & KENDRICK GREY IN ALL CAPACITIES

(37) CENTURION; OWNER [s] ETAL; UNKNOWN NAME [s] / DEFENDANT [s] #37. IN All CAPACITIES

(38) CENTURION; POLICY MAKING COMMITTY ET.AL. UNKNOWN NAME [s] / DEFENDANT [s] #38. IN ALL CAPACITIES

(39) CENTURION HEALTH CARE. IN All CAPACITIES

(40) CENTURION; OWNER [s] ETAL UNK. NAME [s] / DEFENDANT [s] #40 IN All CAPACITIES

(41) CENTURION; STOCK HOLDERS ETAL. UNK NAME [s] / DEFENDANT [s] #41 IN All CAPACITIES

(42) KEEFEE. IN ALL CAPACITIES

(43) KEEFEE; OWNER [s] ET.AL.; UNK. NAME [s] IN All CAPACITIES / DEFENDANTS #43

(44) KEEFEE; POLICY MAKING COMMITTY ET.AL.; UNKNOWN NAME [s] / DEFENDANTS #44 IN ALL CAPACITIES & BOARD MEMBERS

(45) KEEFEE; DIRECTOR; UNKNOWN NAME [s] ET.AL. / DEFENDANT [s] #45 IN ALL CAPACITIES

(46) KEEFEE / ADCRR; DIRECTOR (Keefee); UNKNOWN NAME [s] / DEFENDANT #46 IN ALL CAPACITIES

(47) CENTURION / ADCRR; FLORENCE PRISION; SR. ADON [s] ETAL; UNKNOWN NAME [s] / DEFENDANT [s] #47 IN All CAPACITIES

(48) CENTURION / ADCRR; FLORENCE PRISION; ADON [s] ETAL.; UNKNOWN NAME [s] / DEFENDANT [s] #48 IN ALL CAPACITIES

(49) CENTURION / ADCRR; CENTRAL UNIT; HEAD NURSING SUPERVISOR [s] ETAL; UNKNOWN NAME [s] IN All CAPACITIES / #49 DEFENDANT

(50) KEEFEE / ADCRR; FLORENCE PRISION; HEAD MANAGER [s] COMPLEX ETAL.; UNKNOWN NAME [s] / #50 DEFENDANT [s] IN ALL CAPACITIES

(51) KEEFEE / ADCRR; CENTRAL UNIT; HEAD MANAGERS / STAFF / SUPERVISORS ET.AL.; UNKNOWN NAME [s] IN ALL CAPACITIES

(52) ADCRR; MAINTANCE; MR POSEY / #52 DEFENDANT. IN All CAPACITIES ALSO #2 DEFENDANT

(53) U.S.A; PRESIDENT; BIDEN IN ALL CAPACITIES

(54) CENTER DISEASE CONTROL (CDC); DIRECTOR; ROCHELLE WALENSKI IN ALL CAPACITIES

(55) ADCRR; ADW; BLAKE JENSEN IN ALL CAPACITIES & HIS predecessors etal ACTING DEPUTY WARDENS 2020-21

A. DEFENDANTS

(56) ET.AL. : U.S.A / AZ / AGO / ADHS / CDC / ADC / CENTURION / CORE CIVIC / KEEFEE / TRINITY INC '[s] : EMPLOYEES IN CHARGE OF SUPERVISING & CURING COVID-19 SECURITY / MEDICAL OPERATIONS FOR ADCRR / CORE CIVIC STAFF & CONTRACTEES BETWEEN 2020-22 ; UNKNOWN NAME [s] OR # OF PEOPLE AKA #56 DEFENDANTS. IN ALL CAPACITIES

(57) AZ / ADCRR ; CORE CIVIC PRIVATE PRISIONS (CORE CIVIC) IN ALL CAPACITIES

(58) CORE CIVIC ; DIRECTOR ; UNKNOWN NAME AKA #58 IN ALL CAPACITIES

(59) CORE CIVIC ; OWNER [s] ETAL ; UNK. NAME [s] AKA #59 IN ALL CAPACITIES

(60) CORE CIVIC ; POLICY MAKING COMMITTY & BOARD MEMBERS ET.AL ; UNK. NAME [s] AKA #60. IN ALL CAPACITIES

(61) CORE CIVIC ; STOCKHOLDER [s] ET.AL. ; UNK. NAME [s] AKA #61 IN ALL CAPACITIES

(62) CORE CIVIC ; RED ROCK ; DEPUTY WARDEN ; UNK. NAME AKA #62 IN ALL CAPACITIES

(63) CORE CIVIC ; RED ROCK ; COMMAND ETAL ; SERGENTS ; LIEUTENANTS ; CORPORALS ; CAPTIANS ; UNKNOWN NAME [s] AKA # 63 IN ALL CAPACITIES

(64) CORE CIVIC ; RED ROCK ; ADW ; UNKNOWN NAME AKA #64 IN ALL CAPACITIES AKA #64

(65) AZ ; DHS ; SUPERVISOR OF AZ COVID-19 OPERATIONS FOR ADCRR UNKNOWN NAME IN ALL CAPACITIES

(66) ADCRR ; SUPERVISOR OF COVID-19 OPERATIONS UNKNOWN NAME IN ALL CAPACITIES AKA #66

(67) ET.AL. : ADCRR COMPLEX -- & TRINITY INC / CENTURION / KEEFEE / ADCRR / ADHS / AZ / AZAG / -- EXECUTIVES / EMPLOYEES / PERSONS / ADVISORS / PARTNERS / MANAGERS / NURSES ADMINISTRATORS / POLICY MAKERS / DOCTORS OWNERS / INSURERS / INVESTORS / STOCK HOLDERS / SUPERVISORS / WARDENS / DEPUTY WARDENS / ASSOCIATE DEPUTY WARDENS / CAPTIANS / LIEUTENANTS / CORPORALS / SERGENTS / C.O.3's / C.O.4's / EMPLOYED AT PLAINTIFF[S] #1-20's PRISION COMPLEXES BETWEEN 9/2020 TO APRIL 2022 INCLUDING CORE CIVICS ... UNKNOWN NAMES OR # OF EM AKA #67 DEFENDANT[s] IN ALL CAPACITIES CONSECUTIVELY INCLUDING SSU & GRIEVANCE CO-ORDINATORS FROM UNIT & HEAD QUARTERS ADCRR & CORE CIVIC & CENTURION, TRINITY, KEEFEE IN ALL CAPACITIES AKA #67

(68) ADCRR ; LEWIS COMPLEX WARDEN 2022 JAN-MARCH ; UNKNOWN NAME AKA DEFENDANT #68. IN ALL CAPACITIES

(69) ADCRR ; BUCKLEY UNIT ; DEPUTY WARDEN WALKER IN ALL CAPACITIES AKA DEFENDANT #69 & HIS REPLACEMENT UNKNOWN NAME ALSO #69

(70) ADCRR ; BUCKLEY UNIT ; ASSOCIATE DEPUTY WARDEN ; REPP IN ALL CAPACITIES AKA #70 DEFENDANT

(71) ADCRR ; BUCKLEY UNIT ; CAPTIAN ; HAMILTON IN ALL CAPACITIES AKA DEFENDANT #71

(72) ADCRR ; BUCKLEY UNIT ; LIEUTENANT WESTON IN ALL CAPACITIES AKA #72

(73) ADCRR ; BUCKLEY UNIT ; SERGENT ; FIZER IN ALL CAPACITIES AKA #73

B. DEFENDANTS CONT

(74) ADCRR; BUCKLEY UNIT; SERGENT; NELSON IN ALL CAPACITIES AKA #74

(75) ADCRR; C.O. 3; RAMOS IN All CAPACITIES; BUCKLEY UNIT AKA #75

(76) ADCRR; BUCKLEY UNIT; CO IV; UNKNOWN GRIEVANCE CO-ORDINATOR JAN 2022 - APRIL 2022. UNKNOWN NAME [s] IN All CAPACITIES AKA #76

(77) ADCRR; YUMA COMPLEX; WARDEN[s] JUNE 2020 - MAY 2022 ETAL; UNKNOWN NAME[s]. IN All CAPACITIES AKA #77

(78) ADCRR; YUMA COMPLEX; DAKOTA UNIT; DEPUTY WARDEN[s] JUNE 2020 - MAY 2022 ET.AL. UNKNOWN NAME [s] IN All CAPACITIES

(79) ADCRR; DAKOTA UNIT; ASSOCIATE DEPUTY WARDEN[s] JULY 2020 - MAY 2022 ETAL UNKNOWN NAMES AKA #79 IN All CAPACITIES

(80) ADCRR; DAKOTA UNITS; BUILDING 8A's C.O. 3's ETAL BETWEEN JUNE 2020 - SEPTEMBER 2020 IN All CAPACITIES UNKNOWN NAMES OF PLAINTIFF #8's CO III

(81) ADCRR; DAKOTA UNITS; GRIEVANCE CO-ORDINATOR[s] BETWEEN JUNE 2020 - SEPTEMBER 2020 IN All CAPACITIES UNKNOWN NAMES

(82) TRINITY INC; MRS. FLORES; DAKOTA UNIT ADCRR KITCHEN STAFF in all Capacities

(83) ADCRR; FLORENCE COMPLEX WARDEN UNKNOWN NAME[s] BETWEEN JAN 2021 - NOW ET AL. IN All CAPACITIES AKA #83

(84) ADCRR; RYNNING UNIT; DEPUTY WARDEN UNKNOWN NAME[s] JAN 2021 - NOW ET.AL IN All CAPACITIES AKA #84

(85) ADCRR; RYNNING UNIT; ASSOCIATE DEPUTY WARDEN UNKNOWN NAME[s] JAN 2021 - NOW IN ALL CAPACITIES AKA #85

(86) ADCRR; RYNNING UNIT; CAPTAIN[s] ET.AL UNKNOWN NAMES IN All CAPACITIES EMPLOYED BETWEEN JAN 2021 - NOW AKA #86

(87) ADCRR; RYNNING UNIT; LIEUTENANTS ETAL UNKNOWN NAMES AKA #87 IN All CAPACITIES Between 1/2021 - NOW

(88) ADCRR; RYNNING UNIT; SERGENT[s] ET.AL UNKNOWN NAMES AKA #88 IN All CAPACITIES Between 1/2021 - NOW

(89) ADCRR; RYNNING UNIT; CORPORALS ETAL UNKNOWN NAMES AKA #89 Between 1/2021 - NOW in All CAPACITIES

(90) ADCRR; CENTRAL OFFICE SSU CO-ORDINATOR OF CHIEF OF OPERATIONS & CHIEF OF SECURITY UNKNOWN NAME[s] BETWEEN 1/2021 - NOW AKA #90 IN All CAPACITIES

(91) ADCRR; RYNNING UNIT; SSU BAINHEART. IN All CAPACITIES AKA #91

(92) ADCRR; RYNNING UNIT; SSU HOYOS IN All CAPACITIES AKA #92

(93) ADCRR; RYNNING UNIT; CO IV KOEPPLE IN All CAPACITIES AKA #93

(94) ADCRR; RYNNING UNIT; UNKNOWN SSU OFFICER PRESENT DURING KOEPPLES, BAINHEARTS & HOYOS' GRIEVANCE INVESTIGATIONS WITH PLAINTIFF #11; UNKNOWN NAME AKA #94 IN All CAPACITIES BETWEEN 3/20/22 - 4/06/2022

(95) ADCRR; RYNNING UNIT; CO 3; CONDREY AKA #95 IN All CAPACITIES

(96) ADCRR; RYNNING UNIT; CO 3; UNKNOWN NAME BUILDING 4A / PLAINTIFF #8's COUNCILOR BETWEEN 1-24-2022 TO NOW UNKNOWN NAME[s] IN All CAPACITIES AKA #96

(97) ADCRR; CENTRAL UNIT; PLAINTIFF #11's; CO III UNKNOWN NAME BETWEEN SEPT-NOV 2020 IN All CAPACITIES AKA #98

(98) ADCRR; FLORENCE COMPLEX; INMATE BANKING & ACCOUNTING SUPERVISOR UNKNOWN NAME AKA #98 IN All CAPACITIES

B. DEFENDANTS

(99) ADCRR; CENTRAL OFFICE; INMATE BANKING AND ACCOUNTING SUPERVISOR UNKNOWN NAME AKA #99 IN All CAPACITIES

(100) ADCRR; CENTRAL UNIT; CO 3; RUBEN PEREZ in all capacities AKA #100

(101) ADCRR; CENTRAL UNIT; FORMER GRIEVANCE OFFICER; THORNE & HIS Replacement[s] Unknown Name[s] Till May 2022. in all Capacities, AKA Defendant[s] #101

(102) ADCRR; CENTRAL unit; CO3; Lyle Freeland in all capacities AKA Defendants #102

(103) CENTURION; Florence/central unit; Medical Grievance Respondents; FHA TODD, DON in all capacities AKA #103

(104) Centurion; Florence/Central Unit; Medical Grievance Respondents; FHA Spencer Sego in all capacities AKA #104

(105) Centurion; Florence/Central Unit; Medical Grievance Respondents; SR. ADON; M. Diaz in all capacities AKA #105

(106) Centurion; Florence/Central Unit; Medical Grievance Respondents; NMI; Julie Jones in all Capacities AKA #106

(107) ADCRR; central Office; Grievance Respondent; CR. Glynn in all Capacities AKA #107

(108) ADCRR; Central Office; Grievance Respondent; M. Stephen in all Capacities AKA #108

(109) ADCRR; Grievance Respondents Who've Recieved or Should have Recieved Non-Medical Grievances on Covid-19 Living Conditions/Complaints By Staff & or Prisoners State Wide & or from Plaintiffs #1-20 Between 2020 & Now ETAL.; unknown C.O. 3's, C.O. 4's, Complex Wardens, Deputy Wardens, Associate Deputy Wardens, Central Office Staff, etal Unknown Names Unknown # of em From every prision Complex & lore Civic Complex Units. AKA Defendants #109 in all Capacities

(110) Centurion; Grievance Respondents M Who've Recieved or Should have Recieved Medical Grievances on Covid-19 Living & Medical Conditions/of Confinement &/or policy/Complaints on Staff not Following CDC Guidelines Made By Plaintiffs #1-20 & Staff & prisioners State Wide From Every Adcrr Prison Complex & Unit Between 2020 & Now. Unknown Names etal Grievance Respondents AKA #110 in all Capacities

(111) ADCRR; CRIMINAL INVESTIGATIONS UNIT (C.I.U.); CO-ORDINATOR BOSS CENTRAL OFFICE, UNKNOWN NAMES Between JAN 2021 - NOW AKA #111 in all Capacities

(112) ADCRR; CIU; Florence complex; HEAD OFFICER[s]; UNKNOWN NAMES AKA #112 in all Capacities Between JAN 2021 - NOW

(113) ADCRR; CIU; CENTRAL UNITS ASSIGNED CIU OFFICERS; UNKNOWN NAMES Between JAN 2021 - NOW AKA #113 IN All CAPACITIES

(114) ADCRR; CENTRAL UNITS; SSU; Special Security Unit etal Staff Between JAN 2021 - Sept 2021; Unknown names AKA #114 in all capacities

(115) ADCRR; Cheyanne Unit; CO 3 OF plaintiff #3 Between 2021 - NOW; Unknown Name in all capacities AKA #115

(116) ADCRR; CENTRAL UNIT; CO 3 OF PLAINTIFF #2 Between JAN 2021 - May 2021; unknown Name in all capacities AKA #116

(117) ADCRR; LEGAL LEASON FOR GRIEVANCE RESPONSES/AZAG; UNKNOWN NAME[s] IN All CAPACITIES Between JAN 2021 - Sept 2021 AKA #117

(118) ADCRR; CENTRAL OFFICE; LORESA PURDEN IN ALL CAPACITIES AKA #118

(119) ADCRR; BUCKLEY UNITS; ASSIGNED CO II; CONTROL ROOM & FLOOR OFFICERS ET.AL ALL SHIFTS. Between Dec 2021 - April 2022, UNKNOWN NAMES IN ALL CAPACITIES AKA #119

(120) SECURUS IN ALL CAPACITIES AKA #121 DEFENDANT

(121) SECURUS' etal; OWNERS (UNKNOWN NAMES); STOCK HOLDERS (UNKNOWN NAMES); POLICY MAKERS (UNKNOWN NAMES); LAWYERS/ ADVISORY COUNCIL (UNKNOWN NAMES); EXECUTIVES (UNKNOWN NAMES); C.E.O.'s (UNKNOWN NAMES); DIRECTORS OF OPERATION (UNKNOWN NAMES); SECURUS/ADCRR HEAD PERSONS IN CHARGE OF EMAIL/TABLET SERVICES (UNKNOWN NAMES); SECURUS/ ADCRR; TUSCON COMPLEX HEAD PERSONS IN CHARGE OF MONITORING/CENSORING INCOMING & OUT GOING E-MAILS (UNKNOWN NAMES); SECURUS/ADCRR TUSCON WINCHESTER UNITS OFFICERS FOR REASONS DOCUMENTED FOR CENSORING ANY + ALL PLAINTIFF #1'S INCOMING & OUT GOING EMAILS BETWEEN MAY 2022 - PRESENT DATE (UNKNOWN NAMES) in all Capacities AKA #121

(122) SECURUS; every Customer Service Rep plaintiff #1 Contacted Re: Email Fund Theft & Censoring Emails & policy Violating His Rights Between May 2022 - Now (Unknown Names) & for Reference #CCI-AZA58001263051, #CCI-AZC410001410098, #CCI-AZC41000141O135, #CCI-AZC410001410122, #CCI-AZ-C410001410252, #CCI-AZC410001453174, #CCI-AZC410001454387, #CCI-AZC410001472277, #CCI-AZC410001541648, #CCI-AZC41000721733. INCLUDING ANY & ALL ADCRR STAFF. UNKNOWN NAMES. IN ALL CAPACITIES AKA #122

(123) ADCRR & OR SECURUS STAFF; UNKNOWN NAMES etal in all Capacities Documented on Securus & Adcrr Records/Data CPU Files For Censoring Plaintiff #1's Emails in coming & out going ON Dates; 5/11/2022 11:37am, 5/12/22 2:31pm, 5/12/22 2:32pm, 5/20/22 2:48pm, 5/20/22 2:48pm, 5/30/22 4:59pm, 5/30/22 5:09pm, 6/01/22 2:54pm, 7/12/22 12:12pm, 7/28/22 6:57am, 8/02/22 6:31pm, 8/03/22 11:38AM, 8/10/22 2:15pm, 8/16/22 12:59Pm, 8/25/22 2:21pm, 8/25/22 2:21pm, 8/30/22 3:33pm, 9/06/22 5:56pm, 9/13/22 2:04pm, 9/14/22 1:10pm, 9/19/22 12:01pm, 9/19/22 12:18pm, 9/19/22 12:21pm AKA #123

(124) ADCRR; CENTRAL UNIT; CO IV; GRIEVANCE CO-ORDINATOR WHO SIGNED OFF ON PLAINTIFFS #9'S GRIEVANCES BETWEEN JAN 2022 - MAY 2022 ON COVID-19 & RESPONDED TO IT; UNKNOWN NAME IN ALL CAPACITIES

(125) ADCRR; CENTRAL UNIT; CO III; GRIEVANCE OFFICER ("HISPANIC MALE") ASSIGNED IN PROGRAMS BETWEEN JAN. 22' & MARCH 2022 WHO INVESTIGATED PLAINTIFF #19'S COVID-19 GRIEVANCE FORMAL ON DOE #2 & 3 UNKNOWN NAME IN ALL CAPACITIES AKA #125

(126) ADCRR; TUSCON-WINCHESTER UNIT; DEPUTY WARDEN DE FRANCO IN ALL CAPACITIES AKA #126

(127) ADCRR; TUSCON--WINCHESTER; SSU OFFICER Ms LOPEZ IN ALL CAPACITIES AKA #127.

(128) ADCRR/TUSCON/WINCHESTER/ CIU &/SSU [s] ETAL. WHOM WARDEN DEFRANCO ORDERED TO REVIEW PLAINTIFF #1'S CENSORED SECURUS EMAILS BETWEEN OR ON 9/19/2022 IN ALL CAPACITIES UNKNOWN NAMES AKA #128

(129) ADCRR; ALL CENTRAL UNIT PRISION ADCRR STAFF, KEEFEE STAFF, CENTURION STAFF, TRINITY INC, STAFF, & CIVILIAN STAFF ETAL BETWEEN NOV 2021 & FEB 2022, UNKNOWN NAMES IN ALL CAPACITIES AKA #129

(130) ADCRR; ETAL CENTRAL UNITS ASSIGNED PRISION STAFF IN BUILDING 4 BETWEEN NOV 2021 & FEB 2022, UNKNOWN NAMES IN ALL CAPACITIES AKA #130

(131) ADCRR Etal Central Units Entire Assigned Building 7 & 8's prision Staff Between Jan 2022 & Feb 2022 unknown Names in all Capacities AKA #131

(132) ETAL; ADCRR & TRINITY INC & CENTURION & KEEFEE; RUNNING UNITS. STAFF & FLORENCE COMPLEX WARDEN Employed in Kitchen, Medical, Building 4, Command, Complex Hub Between JAN 20th 2022 - FEB 2022 UNKNOWN NAMES AKA #132

(134) ETAL BUCKLEY UNIT; UNIT BUILDING 3 ASSIGNED STAFF; ADCRR & COMMANDERS SUPERVISORS, DEPUTY WARDEN, WARDEN, ASSOCIATE DEPUTY WARDENS Between 1/2022 & 3/2022, UNKNOWN NAMES AKA 134

(135) ETAL, ADCRR RED ROCK/CORE CIVIC WARDENS, DEPUTY WARDENS, ASSOCIATE DEPUTY WARDENS, COMMANDERS, SUPERVISORS, AND BUILDING 3 (plaintiff #1's) ASSIGNED STAFF BETWEEN JAN & MARCH 2022 UNKNOWN NAMES etal AKA #135 AND DIRECTOR OF OPERATIONS

## B. DEFENDANTS

1. Name of first Defendant: ADCRR: DIRECTOR; DAVID SHINN. The first Defendant is employed as: POLICYMAKER/SUPERVISOR OF OPS etal (Position and Title) at ADCRR/AZ CENTRAL OFFICE (Institution).

2. Name of second Defendant: ADCRR: MR POSEY/#2. The second Defendant is employed as: as: MAINTENACE SUPERVISOR (Position and Title) at CENTRAL UNIT ADCRR 2020-22 (Institution)

3. Name of third Defendant: ADCRR; COII; #3 OR BRESAN. The third Defendant is employed as: CORRECTIONS OFFICER (Position and Title) at CENTRAL UNIT ADCRR 2019-22. (Institution)

4. Name of fourth Defendant: ADCRR; MRS. VALDEZ/#4. The fourth Defendant is employed as: CORRECTIONS OFFICER (Position and Title) at CENTRAL UNIT ADCRR 2020-21. (Institution)

**If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.**

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner? ☒ Yes ☐ No

2. If yes, how many lawsuits have you filed? Redacted. Describe the previous lawsuits:

a. First prior lawsuit:
   1. Parties: Redacted v. Redacted
   2. Court and case number: ______
   3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) ______

b. Second prior lawsuit:
   1. Parties: Redacted v. Redacted
   2. Court and case number: ______
   3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) ______

c. Third prior lawsuit:
   1. Parties: Redacted v. ______
   2. Court and case number: ______
   3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) ______

**If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.**

B. DEFENDANTS CONT.

5. NAME OF 5TH DEFENDANT: ADCRR; MRS. MCKINLEY / #5. THE 5TH DEFENDANTS EMPLOYED AS: CORRECTIONS OFFICER. AT CENTRAL UNIT ADCRR 2020.

6. NAME OF 6TH DEFENDANT: ADCRR; DOE #1/#6. THE 6TH DEFENDANTS EMPLOYED AS: CORRECTIONS OFFICER AT ADCRR CENTRAL UNIT 2020-21.

7. NAME OF 7TH DEFENDANT: ADCRR; UNKNOWN / #7. THE 7TH DEFENDANTS EMPLOYED AS: C.O./RECEPTIONS (PHONE). AT CENTRAL UNIT 2020 12/12-15/2020 OR 12/26-28 2020 ADCRR

8. NAME OF 8TH DEFENDANT: ADCRR; UNKNOWN / #8. THE 8TH DEFENDANTS EMPLOYED AS: C.O. SUPERVISOR / ASSIGNMENTS. AT ADCRR; CENTRAL UNIT 12/12-15/2020 OR 12/26-28/2020.

9. NAME[s] OF 9TH DEFENDANTS: ADCRR; UNKNOWN SGTs ETAL / #s 9. 9TH DEFENDANTS EMPLOYED AS: C.O. / SERGENTS / SUPERVISION / COMMAND AT CENTRAL UNIT ADCRR 2020-- 12/12-28 / [illegible]

10. NAME[s] OF 10TH DEFENDANT[s]: ADCRR; UNKNOWN LT's etal / #s 10. 10TH DEFENDANT[s] EMPLOYED AS: C.O. / LT / COMMAND / SUPERVISION AT CENTRAL UNIT ADCRR 2020 - 12/12-28

11. NAME[s] OF 11TH DEFENDANT[s]: ADCRR; UNKNOWN CPTs etal / #s 11. 11TH DEFENDANT[s] EMPLOYED AS: C.O. / CPT / COMMANDER[s] / SUPERVISION AT ADCRR; CENTRAL UNIT 2020 - 12/12-28 AKA #11

12. NAME[s] OF 12TH DEFENDANT[s]: ADCRR; UNKNOWN OR ADAM YOUNG. 12TH DEFENDANTS EMPLOYED AS: C.O. / ASSOCIATE DEPUTY WARDEN or ACTING / SUPERVISOR / COMMANDER. AT CENTRAL UNIT ADCRR 2020 12/12-31 + JAN 2021-? AKA #12

13. NAME[s] OF 13TH DEFENDANT[s]: ADCRR; UNKNOWN + OR ALEJANDRO SANCHEZ. 13TH DEFENDANTS EMPLOYED AS: C.O. / DEPUTY WARDEN or ACTING / SUPERVISOR / COMMANDER. AT ADCRR CENTRAL UNIT 2020 12/12-31 + JAN 2021-2022 AKA #13

14. NAME[s] OF 14TH DEFENDANT[s]: ADCRR; UNKNOWN[s] etal / #s 14. 14TH DEFENDANTS EMPLOYED AS: C.O. / FLORENCE PRISION ENTERY / ✓point Security. AT ADCRR FLORENCE PRISION ENTRANCE 2020 12/12-31 / ?

15. NAME[s] OF 15TH DEFENDANT[s]: CENTURION; UNKNOWN NURSES / #s 15. EMPLOYED AS SCREENER FLORENCE PRISION COVID 19 SCREENING SITE MAIN ENTERANCE, AT ADCRR FLORENCE PRISION 2020-- 12/12-31

16. NAME[s] OF 16TH DEFENDANT[s]: ADCRR; UNKNOWN C.O. II's / #s 16. EMPLOYED AS C.O. II CENTRAL UNIT SALLY PORT MAIN ENTERY / SECURITY / COVID SCREENER. AT ADCRR CENTRAL UNIT 2020 -- 12/12-31

17. NAME OF 17TH DEFENDANT[s]: TRINITY INC. EMPLOYED AS: EMPLOYER / INSURER AT ADCRR / TRINITY INC. 2020-NOW AKA #17

18. NAME OF 18TH DEFENDANT[s]: TRINITY INC.; DIRECTOR[s] etal OF OPERATIONS etal / #s 18, EMPLOYED AS: MANAGERS / SUPERVISORS / C.E.O / FINAL POLICYMAKERS. AT TRINITY INC. UNKNOWN NAME[s] EMPLOYED 2019 TO NOW etal

19. NAME OF 19TH DEFENDANT[s]: TRINITY INC.; UNKNOWN DIRECTOR[s] OF OPS. / #19s. EMPLOYED AS MANAGERS / SUPERVIORS / POLICY MAKER. AT ADCRR / TRINITY INC. CENTRAL OFFICE ADCRR ~~BETWEEN~~ 2019 TO NOW etal

B. DEFENDANTS CONT.

20. 20TH DEFENDANT[S] NAME[S]: TRINITY INC, OWNER[S] etal UNKNOWN NAME[S] / #'s 20, EMPLOYED AS: OWNER[S]/EMPLOYER[S]/SUPERVISORS, AT TRINITY INC & ADCRR/TRINITY INC,

21. 21ST DEFENDANT[S] NAME[S]: TRINITY INC; POLICY MAKING COMMITTY/UNKNOWN NAMES / #21. EMPLOYED AS: POLICYMAKERS/SUPERVISORS AT TRINITY INC & ADCRR/TRINITY INC,

22. 22ND DEFENDANTS; TRINITY INC; STOCK HOLDERS etal UNKNOWN NAMES/#22. EMPLOYED AS; OWNERS/INSURERS/INVESTORS/SUPERVISORS AT TRINITY INC

23. 23RD DEFENDANT[S]; TRINITY INC; EXECUTIVE BOARD OF DIRECTORS/BOARD MEMBERS etal / #23 EMPLOYED AS: SUPERVISORS/MANAGERS/POLICYMAKERS AT TRINITY INC

24. 24TH DEFENDANT[S]; TRINITY INC; ADCRR/FLORENCE COMPLEX/[illegible] SUPERVISORS ETAL UNKNOWN NAMES/#24. EMPLOYED AS SUPERVISORS AT TRINITY INC/ADCRR 2020-22

25. 25TH DEFENDANT[S]; TRINITY INC; CENTRAL UNITS HEAD MANAGER[S] etal/#25 UNKNOWN NAMES EMPLOYED AS, SUPERVISORS AT TRINITY INC/CENTRAL UNIT 2020-2022

26. 26TH DEFENDANT[S]; TRINITY INC; MRS SHAW. EMPLOYED AS: KITCHEN SERVER/SUPERVISOR AT TRINITY INC. ADCRR CENTRAL UNIT 2020-2022. AKA #26

27. 27TH DEFENDANT[S]; ADCRR; JANE/JOHN DOE #2. EMPLOYED AS; CORRECTIONS OFFICER AT ADCRR CENTRAL UNIT 2020-2021 AKA #27

28. 28TH DEFENDANT: ADCRR; LT; MARTIN GONZALES. EMPLOYED AS: CO/LT [SUPERVISOR] COMMANDER AT ADCRR CENTRAL UNIT 2020-22 AKA #28

29. 29TH DEFENDANT: ADCRR; SGT; MEDLEY. EMPLOYED AS: CO/SGT/ASSIGNMENTS & SUPERVISOR AT ADCRR CENTRAL UNIT 2021-22

30. 30TH DEFENDANT: ADCRR; JANE/JOHN DOE #3. EMPLOYED AS CORRECTIONS OFFICER AT ADCRR CENTRAL UNIT 2021-22 AKA #30

31. 31ST DEFENDANT; ADCRR; JEFF VAN WINKLE. EMPLOYED AS C.O./SUPERVISOR/COMPLEX WARDEN. AT ADCRR FLORENCE PRISION 2019-? AKA #31

32. 32ND DEFENDANT; AZ; DOUG DUCEY. EMPLOYED AS: EXECUTIVE (AZ)/ADCRR/POLICY MAKER/SUPERVISOR AT AZ ETAL & ADCRR AKA #32

33. 33RD DEFENDANT; AZ; AGO; MARK BRNOVICH. EMPLOYED AS; EXECUTIVE (AZ)/AGO/POLICYMAKER/ADCRR LEGAL ADVISOR SUPERVISOR AT AZ ETAL & ADCRR AKA #33

34. 34TH DEFENDANT; AZ; AGO; MICHAEL GOTTFRIED. EMPLOYED AS; LT. EXECUTIVE AGO /ADCRR LEGAL ADVISOR SUPERVISOR AT AZ ETAL/ADCRR AKA #34

35. 35TH DEFENDANT; AZ; ADHS; CARA CHRIST. EMPLOYED AS; POLICYMAKER/DIRECTOR/SUPERVISOR/HEAD DOCTOR AT AZ ETAL/ADHS AKA #35

36. 36TH DEFENDANT; CENTURION; KENDRICK GREY. EMPLOYED AS DIRECTOR OF CENTURION ADCRR OPS. AT CENTURION/ADCRR CENTRAL OFFICE AKA #36

37. 37TH DEFENDANT; CENTURION; OWNERS etal UNKNOWN NAMES/#37, EMPLOYED AS: employers/insurers/supervisors/policymakers AT CENTURION HEALTH CARE 2019-NOW

38. 38TH DEFENDANT[S]: CENTURION; POLICY MAKING COMMITTY. UNKNOWN NAMES/#38. EMPLOYED AS: POLICY MAKERS/OWNERS/SUPERVISORS/MANAGERS/ADVISORS AT CENTURION HEALTH CARE 2019-NOW

B. DEFENDANTS CONT.

39. 39TH DEFENDANT[s] NAME[s]: CENTURION HEALTHCARE; 39TH DEFENDANTS EMPLOYED AS EMPLOYER/INSURER AT CENTURION/ADCRR AKA #39

40. 40TH DEFENDANT[s] NAME[s]: CENTURION; OWNER[s] etal, UNKNOWN NAME[s]/#40, AND EMPLOYED AS: OWNER/POLICYMAKER/SUPERVISORS/EXECUTIVE/INSURER/INVESTORS, AT CENTURION & ADCRR/CENTURION AKA #41

41. 41ST DEFENDANT[s] NAME[s] CENTURION; STOCK HOLDERS UNKNOWN NAMES etal, AND EMPLOYED AS: OWNERS/INSURERS/STOCK HOLDERS/SUPERVISORS/EXECUTIVES/INVESTORS AT CENTURION & ADCRR/CENTURION AKA #41

42. 42ND DEFENDANT[s] NAME[s]: KEEFEE. 42ND DEFENDANTS EMPLOYED AS: EMPLOYER/INSURER AT KEEFEE & ADCRR/KEEFEE AKA #42

43. 43RD DEFENDANT[s] NAME[s]: KEEFEE; OWNER[s] etal UNKNOWN NAMES AKA #43. EMPLOYED AS OWNER/EMPLOYER/INSURER/MANAGER/SUPERVISOR/POLICYMAKER/EXECUTIVES/STOCKHOLDER. AT KEEFEE & ADCRR/KEEFEE

44. 44TH DEFENDANT[s] NAME[s]: KEEFEE; POLICYMAKING COMMITTE/BOARD MEMBERS etal UNKNOWN NAME[s] AKA #44. EMPLOYED AS: ADVISORS/BOARD MEMBERS/SUPERVISORS/EXECUTIVES/OWNERS/INVESTORS/INSURERS/POLICYMAKERS/MANAGERS/DIRECTORS AT KEEFEE & ADCRR/KEEFEE

45. 45TH DEFENDANT[s] NAME[s]: KEEFEE; DIRECTOR OF OPS. UNKNOWN NAME AKA #45, EMPLOYED AS: POLICYMAKER/SUPERVISOR/MANAGER/DIRECTOR AT KEEFEE

46. 46TH DEFENDANT[s] NAME: KEEFEE/ADCRR; DIRECTOR OF OPS, UNKNOWN NAME AKA #46 EMPLOYED AS: POLICYMAKER/SUPERVISOR/MANAGER/DIRECTOR AT KEEFEE/ADCRR CENTRAL OFFICE

47. 47TH DEFENDANT[s] NAME: CENTURION; FLORENCE PRISION COMPLEX; SR. ADON's etal UNKNOWN NAMES AKA #47. EMPLOYED AS: NURSE SUPERVISORS AT ADCRR/CENTURION FLORENCE PRISION COMPLEX HUB COMMAND

48. 48TH DEFENDANT[s] NAME: CENTURION; FLORENCE PRISION COMPLEX; ADON's etal; FHA's etal's; ALL SUPERVISORS etal, UNKNOWN NAMES AKA #47, EMPLOYED AS NURSE SUPERVISORS AT ADCRR/CENTURION FLORENCE PRISION COMPLEX COMMAND HUB

49. 49TH DEFENDANT[s] NAMES: CENTURION; FLORENCE CENTRAL UNITS; HEAD NURSE[s] UNKNOWN NAMES etal, AKA #49. EMPLOYED AS: NURSES SUPERVISOR HEAD NURSE[s] AT ADCRR/CENTURION CENTRAL UNIT

50. 50TH DEFENDANT[s] NAME[s]: KEEFEE; FLORENCE PRISION; HEAD SUPERVISORS/MANAGERS OF COMPLEX OPS. UNKNOWN NAMES AKA #50, EMPLOYED AS: SUPERVISOR/MANAGER AT ADCRR/FLORENCE COMPLEX/KEEFEE

51. 51ST DEFENDANT[s] NAME[s]: KEEFEE; CENTRAL UNITS; SUPERVISORS etal UNKNOWN NAMES AKA #51. EMPLOYED AS SUPERVISORS/MANAGERS AT KEEFEE/CENTRAL UNIT ADCRR

52. 52ND DEFENDANT[s] NAME[s]: ADCRR; CENTRAL UNIT MAINTANCE; POSEY AKA #52. EMPLOYED AS: MAINTANCE SUPERVISOR CENTRAL UNIT AT ADCRR/CENTRAL UNIT

B. DEFENDANTS CONT.

53. 53RD DEFENDANTS NAME : U.S. ; COMMANDER IN CHIEF; MR. BIDEN. EMPLOYED AS EXECUTIVE U.S./CHIEF BANKER/PRESIDENT...ect. AT U.S.A. HEADQUARTERS AND AZ etal

54. 54 DEFENDANT[S] NAME : CDC; DIRECTOR ROCHELLE WALENSKI. EMPLOYED AS DIRECTOR/SUPERVISOR/MANAGER U.S. COVID-19 OPS ect. AT CENTER DISEASE CONTROL

55. 55TH DEFENDANT[S] NAME: ADCRR; ADW; BLAKE JENSEN. EMPLOYED AS ASSOCIATE DEP. WARDEN/SUPERVISOR. AT ADCRR; CENTRAL UNIT 2021 & 22

56. 56TH DEFENDANT[S] NAME[S] : U.S.A./AZ/AGO/ADHS/CDC/KEEFEE/CENTURION/TRINITY INC/CORE SIVIC ; UNKNOWN NAME[S] AKA #56. EMPLOYED AS SUPERVISORS ETAL OF ALL COVID-19 SECURITY/SAFETY MEASURES/OPERATIONS FOR ADCRR PRISIONS/PARTNERSHIP AT ADCRR CENTRAL OFFICE, ETAL PLAINTIFFS HOUSING UNITS, HEADQUARTERS OF DEFENDANTS #56

57. 57TH DEFENDANT[S] NAME[S]: AZ; ADCRR/CORE CIVIC ('CORE CIVIC) PRIVATE PRISIONS. THE 57TH DEFENDANTS EMPLOYED AS CONTRACTEE/ADCRR/AZ CUSTODIAN/TRUSTEE/EMPLOYER/INSURER. AT CORE CIVIC

58. 58TH DEFENDANT(S) NAME[S] : CORE CIVIC; DIRECTOR OF OPERATIONS UNKNOWN NAME AKA #58. EMPLOYED AS : SUPERVISOR/POLICYMAKER/DIRECTOR/EMPLOYER/INSURER AT CORE CIVIC & OR/ADCRR

59. 59TH DEFENDANT[S] NAME[S]: CORE CIVIC; OWNER[S] ETAL. UNKNOWN NAMES AKA #59. EMPLOYED AS : EMPLOYER/POLICYMAKER/SUPERVISOR/INSURER AT. CORE CIVIC

60. 60TH DEFENDANT[S] NAME[S]: CORE CIVIC; POLICY MAKING COMMITTY ETAL. UNKNOWN NAMES AKA #60. EMPLOYED AS : SUPERVISORS/OWNERS/ADVISORS/INTERESTS HOLDERS/EXECUTIVES/STOCK HOLDERS. AT CORE CIVIC

61. 61ST DEFENDANT[S] NAME[S]: CORE CIVIC ; STOCK HOLDERS ETAL; UNKN. NAMES AKA #61. EMPLOYED AS : EXECUTIVES/INVESTORS/SUPERVISORS/INSURERS/EMPLOYERS/OWNER[S] & UNKNOWN. AT. CORE CIVIC

62. 62ND DEFENDANT[S] NAME[S]: CORE CIVIC; RED ROCK UNIT; DEPUTY WARDEN; UNKNOWN NAME AKA #62. EMPLOYED AS : SUPERVISOR/WARDEN, AT CORE CIVIC RED ROCK

63. 63RD DEFENDANT[S] NAME[S] CORE CIVIC; RED ROCK UNIT COMMAND ETAL (ALL SGT'S, CORPORALS, LT'S, CPT'S). UNKNOWN NAMES AKA #63. EMPLOYED AS: SUPERVISORS/OFFICERS/COMMANDERS AT CORE CIVIC RED ROCK

64. 64TH DEFENDANT: CORE CIVIC; ADW; REDROCK UNK. NAME AKA #64. EMPLOYED AS: ADW/SUPERVISOR/COMMANDER AT CORE CIVIC RED ROCK

(65) NAME OF 65TH DEFENDANT: AZ; DHS; SUPERVISOR OF AZ et al Covid 19 Operations FOR ADCRR; UNKNOWN NAME AKA #65. 65TH DEFENDANTS EMPLOYED AS SUPERVISOR AT ADHS (AZ DEPT. HEALTH SERV.) FOR ADCRR.

(66) NAME OF 66TH DEFENDANT: ADCRR; UNKNOWN AKA #66. 66TH DEFENDANTS EMPLOYED AS: SUPERVISOR COVID-19 OPERATIONS, AT ADCRR CENTRAL OFFICE

(67) NAME OF 67TH DEFENDANT[s]: ADCRR et al; PRISION Complex; UNKNOWN NAMES AKA #'s 67, 67TH DEFENDANT[s] EMPLOYED AS: EXECUTIVES/EMPLOYEES/PERSONS/ADVISORS/PARTNERS/MANAGERS/NURSES/ADMINISTRATORS/POLICYMAKERS/DOCTORS/OWNERS/INSURERS/INVESTORS/STOCK HOLDERS/SUPERVISORS/WARDENS/DEP. WARDENS/ASSOCIATE DEPUTY WARDENS/CAPTIANS/LIEUTENANTS/CORPORALS/SERGENTS/C.O. 3's/C.O. 4's/GRIEVANCE CO-ORDINATORS/AT. TRINITY INC/CENTURION/KEEFEE/ADCRR/ADHS/AZAG/AZ. FOR ADCRR AT PLAINTIFFS #1-20's PRISION COMPLEXES Between 2020 SEPT TO APRIL 2022.

(68) NAME OF 68TH DEFENDANT; ADCRR; UNKNOWN AKA #68. 68 DEFENDANTS EMPLOYED AS LEWIS COMPLEX ADCRR WARDEN/SUPERVISOR 1/2022-3/2022 AT ADCRR LEWIS BUCKLEY UNIT

(71) NAME OF 71ST DEFENDANT; ADCRR; CPT; HAMILTON, 71ST DEFENDANTS EMPLOYED AS: LEWIS; BUCKLEY UNIT CAPTIAN/SUPERVISOR AT ADCRR; BUCKLEY UNIT AKA #71

(69) NAME OF 69TH DEFENDANT; ADCRR; DEPUTY WARDEN WALKER. 69TH DEFENDANTS EMPLOYED AS: LEWIS; BUCKLEY UNIT; DEP. WARDEN/SUPERVISOR AT ADCRR; BUCKLEY UNIT AKA #69

(70) NAME OF 70TH DEFENDANT: ADCRR; ADW; [illegible] 70TH DEFENDANTS EMPLOYED AS: ASSOCIATE DEPUTY WARDEN/SUPERVISOR AT ADCRR; BUCKLEY UNIT 1/2022-3/2022 NAME ADW; REPP AKA #70

(72) NAME OF 72ND DEFENDANT: ADCRR; LT; WESTON. 72nd Defendants Employed AS: LIEUTENANT/SUPERVISOR AT ADCRR; BUCKLEY UNIT AKA #72

(73) NAME OF 73RD DEFENDANT: ADCRR; SGT; FIZER. 73RD DEFENDANTS EMPLOYED AS: SERGENT/SUPERVISOR AT ADCRR; BUCKLEY UNIT AKA #73

(74) 74TH DEFENDANT: ADCRR; SGT; NELSON. 74TH DEFENDANTS EMPLOYED AS: SERGENT/SUPERVISOR AT ADCRR; BUCKLEY UNIT AKA #74

(75) 75TH DEFEFENDANT; ADCRR; C.O. III; RAMOS. DEFENDANT[s] EMPLOYED AS CORRECTION OFFICER 3/SGT/SUPERVISOR. AT ADCRR; BUCKLEY UNIT AKA #75

(76) 76TH DEFENDANT; ADCRR; C.O. IV; UNKNOWN #76. DEFENDANT EMPLOYED AS CORRECTION OFFICER 4/LT./SUPERVISOR AT ADCRR; BUCKLEY UNIT 1/22-3/2022

(77) 77TH DEFENDANT; ADCRR; YUMA COMPLEX; WARDEN UNKNOWN NAME AKA #77's 77TH DEFENDANTS EMPLOYED AS: SUPERVISOR/WARDEN AT ADC YUMA 6/20'-6/22'

(78) 78TH DEFENDANT; ADCRR; #78. 78TH DEFENDANT[S] EMPLOYED AS: DEPUTY WARDEN[S]/SUPERVISOR ET.AL. 7/2020 - 6/2022. AT ADCRR; DAKOTA UNIT

(79) 79TH DEFENDANT: ADCRR; #79. 79TH DEFENDANT[S] EMPLOYED AS: ASSOCIATE DEPUTY WARDEN[S] ETAL 7/2020 - 6/2022. AT ADCRR; DAKOTA UNIT

(80) 80TH DEFENDANT[S]; ADCRR; #80. 80TH DEFENDANT[S] EMPLOYED AS: CORRECTIONS (SGT SUPERVISOR) OFFICER III's [ETAL] 6/2020 - 9/2020 AT ADCRR; DAKOTA UNIT

(81) 81ST DEFENDANT[S]: ADCRR; #81. 81ST DEFENDANT[S] EMPLOYED AS; GRIEVANCE COORDINATORS/LT./SUPERVISORS[S] ETAL 6/2020 - 9/2020 AT ADCRR DAKOTA UNIT

(82) 82ND DEFENDANT[S]: TRINITY INC; MRS FLORES. 82ND DEFENDANTS EMPLOYED AS KITCHEN WHITE SHIRT/SUPERVISOR AT. DAKOTA UNIT; ADCRR 1/2020 - 9/2020

(83) 83RD DEFENDANT[S]: ADCRR; #83's, 83RD DEFENDANT[S] EMPLOYED AS COMPLEX WARDEN/SUPERVISORS [ETAL]. 1/2021 - NOW. AT [illegible] ADCRR FLORENCE

(84) 84TH DEFENDANT[S]: ADCRR; #84. 84TH DEFENDANT[S] EMPLOYED AS DEPUTY WARDEN/SUPERVISOR. 1/2021 - NOW ETAL. AT. ADCRR; RYNNING UNIT

(85) 85TH DEFENDANT[S]: ADCRR; #85. 85TH DEFENDANT[S] EMPLOYED AS ASSOCIATE DEPUTY WARDEN[S] ETAL/SUPERVISORS 1/2021 - NOW. AT ADCRR; RYNNING UNIT.

(86) 86TH DEFENDANT[S]: ADCRR; #86. 86TH DEFENDANT[S] EMPLOYED AS: CAPTIANS/SUPERVISORS ETAL 1/2021 - NOW AT ADCRR; RYNNING UNIT

(87) 87TH DEFENDANT[S]: ADCRR; #87. 87TH DEFENDANT[S] EMPLOYED AS: LIEUTENANTS/SUPERVISOR[S] ETAL 1/2021 - NOW AT ADCRR; RYNNING UNIT

(88) 88TH DEFENDANT[S]: ADCRR; #88. 88TH DEFENDANT[S] EMPLOYED AS: SERGENTS/SUPERVISOR[S] ETAL 1/2021 - NOW AT: ADCRR; RYNNING UNIT

(89) 89TH DEFENDANT[S]; ADCRR; #89. 89TH DEFENDANT[S] EMPLOYED AS: CORPORALS/SUPERVISOR[S] ETAL 1/2021 - NOW AT: ADCRR; RYNNING UNIT

(90) 90TH DEFENDANT[S]: ADCRR; #90. 90TH DEFENDANT[S] EMPLOYED AS: SSU CO-CORDIATOR[S]/SUPERVISOR[S] CHIEF OF STAFF & OR CHIEF OF SECURITY 1/2021 - NOW. AT ADCRR; CENTRAL OFFICE

(91) 91ST DEFENDANT[S]: ADCRR; BRAINHEART. AKA #91. 91ST DEFENDANTS EMPLOYED AS; CORRECTIONS OFFICER SSU/SUPERVISOR/SGT OR LT. AT ADC; RYNNING

(92) 92ND DEFENDANT; ADCRR; HOYOS. AKA #92. 92nd DEFENDANTS EMPLOYED AS: CORRECTIONS OFFICER SSU/SUPERVISOR/SGT. OR LT AT. ADC; RYNNING UNIT

(93) 93RD DEFENDANT; ADCRR; KOEPPLE AKA #93. 93RD DEFENDANTS EMPLOYED AS COIV/GRIEVANCE CO-ORDINATOR/SUPERVISOR/LT. AT ADCRR; RYNNING UNIT.

(94) 94TH DEFENDANT: ADCRR; UNKNOWN AKA #94. 94TH DEFENDANTS EMPLOYED AS CORRECTION OFFICER UNKNOWN RANK/STATUS/DUTY. AT ADCRR; RYNNING UNIT

(95) 95TH DEFENDANT: ADCRR; WINDREY. 95TH DEFENDANTS EMPLOYED AS C.O. III/SGT/SUPERVISOR AKA #95. AT ADCRR; RYNNING UNIT

(96) 96TH DEFENDANTS: ADCRR; #96. 96TH DEFENDANTS EMPLOYED AS C.O. III/SGT/SUPERVISOR. AT ADCRR; RYNNING UNIT BUILDING 4 1/24/2022 - NOW ~~ON~~ FOR PLAINTIFF #8

(97) 97TH DEFENDANT: ADCRR #97. 97TH DEFENDANT(S) EMPLOYED AS C.O. III/SGT/SUPERVISOR. AT ADCRR; CENTRAL UNIT FOR PLAINTIFF #11 'COUNCILOR 9/24/2020 - NOV 2020

(98) 98TH DEFENDANT: ADCRR # 98. 98TH DEFENDANT(S) EMPLOYED AS INMATE BANKING & ACCOUNTING SUPERVISOR AT ADCRR: FLORENCE COMPLEX & RYNNING UNIT ETAL BETWEEN JUNE 2022 TO NOW OCT 2022

(99) 99TH DEFENDANT; ADCRR #99. 99TH DEFENDANT(S) EMPLOYED AS INMATE BANKING AND ACCOUNTING BOSS/SUPERVISOR, AT ADC; CENTRAL OFFICE

(100) 100TH DEFENDANT: ADCRR; RUBEN PEREZ. 100TH DEFENDANTS EMPLOYED AS C.O. III/SGT/SUPERVISOR AKA #100, AT ADCRR CENTRAL UNIT 2020 - 2022

(101) 101ST DEFENDANT: ADCRR; THORNE. 101ST DEFENDANTS EMPLOYED AS FORMER CENTRAL UNIT GRIEVANCE CO-ORDINATOR PRESUMED NOW LAPALMA'S/SUPERVISOR/LT LEASON ADCRR/CORE CIVIC'S AKA #101 AT ADCRR THEN CENTRAL UNIT 2020-22

(102) 102ND DEFENDANT: ADCRR; LYLE FREELAND. 102ND DEFENDANTS EMPLOYED AS FORMER CENTRAL UNIT BLD 7 C.O. III/SGT/SUPERVISOR, AT CENTRAL UNIT 2021-22 AKA #102

(103) 103RD DEFENDANT: CENTURION; J. TODD, DON, 103RD DEFENDANTS EMPLOYED AS FACILITY HEALTH ADMINISTRATOR (FHA)/NURSE/DOCTOR/SUPERVISOR. AT ADC; FLORENCE 2020 - 2021 AKA #103

(104) 104TH DEFENDANT: CENTURION; SPENCER SEGO, 104TH DEFENDANTS EMPLOYED AS FHA/SUPERVISOR/NURSE/DOCTOR. AT ADC; FLORENCE 2020 - 2021 AKA #104

(105) 105TH DEFENDANT: CENTURION; M. DIAZ. 104TH DEFENDANTS EMPLOYED AS: SENIOR ADMINISTRATIVE DIRECTOR OF NURSES A SUPERVISOR AT. ADC; FLORENCE 2020-21 AKA #105

(106) 106TH DEFENDANT: CENTURION; JULIE JONES. 106TH DEFENDANTS EMPLOYED AS (NMI) NURSE MEDICAL INSTRUCTOR/SUPERVISOR AT ADC; FLORENCE & CENTRAL UNIT 2020-2021 AKA #106

(108) 108TH DEFENDANT: ADCRR; M. STEPHEN. 108TH DEFENDANTS EMPLOYED AS SHINNS GRIEVANCE CO-ORDINATOR/SUPERVISOR AT ADC; CENTRAL OFFICE AKA #108

(108) 108TH DEFENDANT: ADCRR; CR. GLYNN. 107TH DEFENDANTS EMPLOYED AS GRIEVANCE CO-ORDINATOR/SUPERVISOR AT ADC; CENTRAL OFFICE AKA #107

(109) 109TH DEFENDANT(S); ADCRR; #'S 109 ETAL. 109TH DEFENDANTS EMPLOYED AS C.O. III'S, C.O. IV'S, WARDENS, ADW'S, DW'S, CO II'S, SGTS, LT'S, CPT'S ETAL/SUPERVISORS/COMMANDERS. AT ADCRR CENTRAL UNIT & FLORENCE COMPLEX WARDEN. BETWEEN 2020 - ~~[illegible]~~ MAY 2022 ETAL.

(110) 110TH DEFENDANT: CENTURION; #'110. THE 110TH DEFENDANT(S) EMPLOYED AS GRIEVANCE RESPONDENTS FOR PLAINTIFFS #1-20. AT ADCRR/CENTURION

(111) 111TH DEFENDANT: ADCRR; CIU; #111. THE 111TH DEFENDANT(S) EMPLOYED AS CRIMINAL INVESTIGATIONS UNIT (C.I.V.) CO-ORDINATOR BOSS/SUPERVISOR 1/2021 - NOW, AT. ADCRR CIU HEADQUARTERS or CENTRAL OFFICE

(112) 112TH DEFENDANT: ADCRR; CIU; #'112, T112TH DEFENDANT(S) EMPLOYED AS CIU HEAD OFFICER [S] etal, AT ADCRR; CIU; FLORENCE /SUPERVISOR 1/2021 - NOW

(113) 113TH DEFENDANT; ADCRR; CIU; #113, 113TH DEFENDANT(S) EMPLOYED AS CIU FOR CENTRAL UNIT etal 1/2021 - NOW. AT ADCRR; FLORENCE; CIU

(114) 114TH DEFENDANT; ADCRR; # 114. 114TH DEFENDANT(S) EMPLOYED AS CENTRAL UNIT; ETAL; SSU (SPECIAL SECURITY UNITS) ENTIRE STAFF 1/2021 - Sept 2021 AT ADCRR; CENTRAL UNIT

(115) 115TH DEFENDANT: ADCRR; #115, 115TH DEFENDANT(S) EMPLOYED AS PLAINTIFF #3's C.O. III/SGT/SUPERVISOR/COUNCILOR Between 2021 - NOW AT ADCRR; CHEYANNE UNIT

(116) 116TH DEFENDANT; ADCRR; #116. 116TH's EMPLOYED AS: PLAINTIFF #2's C.O. III/SGT/SUPERVISOR/COUNCILOR Between JAN 2021 - MAY 2022-etal AT ADCRR; CENTRAL UNIT

(118) 118TH DEFENDANT; ADCRR/AZAG; LURESA PURDEU. 118TH's EMPLOYED AS GRIEVANCE CO-ORDINATOR/LEGAL LEASON/LEGAL MONITOR/SUPERVISOR AT ADCRR/AZAGO; ADCRR CENTRAL OFFICE /LEGAL ACCESS MONITOR

(117) 117TH DEFENDANT: ADCRR/AZAG; #117. 117TH's EMPLOYED AS; ADCRR LEGAL LEASON FOR GRIEVANCE RESPONSES (PRISONER) /SUPERVISOR AT ADCRR/AZAG Between JAN 2021 - Sept 2021

(119) 119TH DEFENDANT; ADCRR; # 119. 119TH's EMPLOYED AS; CO II CONTROL ROOM & Floor officers etal. AT Adcrr Buckley Unit Dec 2021 - April 2022

(120) 120TH DEFENDANT: SECURUS. AKA #120. EMPLOYED AS; TABLET & Email Adcrr Services provider/partner At Securus/Adcrr

(121) 121ST DEFENDANTS; SECURUS; #'s 121 etal. 121ST EMPLOYED AS: ET.AL AT SECURUS

(122) 122ND DEFENDANTS: SECURUS; #122 etal, 122nd employed As; ETAL Customer Service Reps & Supervisors Responded To plaintiff #1's J-PAY/SECURUS Support Tickets Between May 2020 & Now. At Securus

(123) ADCRR e/securus; #'s 123 etal, 123rd Defendants Employed as Securus e.or Adcr; Tuscon Complex /e or Winchester Unit Staff Officers/Supervisors etal. At Securus eor Adcr; Tuscon; Winchester Unit Between 5/11/22 - Now

(124) 124th DEFENDANT; ADCRR; CENTRAL UNIT; #124, 124's Employed as CO IV SIGHNED OFF ON PLAINTIFF #9's GRIEVANCES Between JAN 2022 e MAY 2022. AT ADCRR; CENTRAL UNIT

(125) 125's NAME; ADCRR; #125. 125's Employed as CO III; GRIEVANCE OFFICER BETWEEN JAN 22' - MAY 22'. AT ADCRR; CENTRAL UNIT PROGRAMS

(126) 126's NAME; ADCRR; DEFRANCO. EMPLOYED AS: SUPERVISOR/ DEPUTY WARDEN AT ADCRR; WINCHESTER UNIT

(127) 127's NAME[s]; ADCRR; #127 (SSU Lopez e Unknowns etal), 127's Employed as: SSU/Corrections officer[s]etal. At Tuscon; Winchester Adcr Unit eor Tuscon Complex e or Central officers investigating Plaintiff #1's Emails Censored

(128) 128's Name[s] ADCRR; CIU/SSU ETAL; #128. Unknown Names. 127's Employed As CIU/or e SSU Officers. At Tuscon; Adcr eor Central office e or Winchester Unit Etal

(129) 129; ADCRR #129; EMPLOYED AS All ADC/TRINITY/CENTRION/KEEFEE e CIVILIAN STAFF, AT ADC; CENTRAL UNIT 10/2021 - FEB 2022

(130) 130; ADCRR #130; EMPLOYED AS ETAL ADC STAFF AT CENTRAL UNIT BUILDING FOUR ASSIGHNED BETWEEN 10/2021 - FEB 2022

(131) 131; ADCRR #131; EMPLOYED AS ETAL ADC STAFF AT. CENTRAL UNIT BUILDINGS 5 e 7 BETWEEN 10/2021 - 2/2022

(132) 132. ETAL ADCRR/TRINITY INC/KEEFEE/CENTURION RYNNING UNIT; #132, EMPLOYED AS PRISON STAFF ETAL AT. FLORENCE COMPLEX e RYNNING UNIT 1/2022 e 3/2022

(134) 134; ADCRR; #133; EMPLOYED AS ETAL; ADCRR BUCKLEY: C.O.3, COMMANDERS, SUPERVISORS, WARDENS, DW, ADW e C.O II, AT BUCKLEY UNIT ADCRR Between 1/2022 e 3/2022

(135) 135; ADCRR e or CORE CIVIC; #135. EMPLOYED AS WARDENS, ADW, DW, COMMANDERS, SUPERVISORS e BUILDING PLAINTIFF #17 HOUSED IN ASSIGHNED TO HIS UNIT Betwee JAN 2021 e MARCH 2021 e DIRECTOR OF OPERATIONS etal AT ADCRR e OR CORE CIVIC Red Rock Unit

## D. CAUSE OF ACTION

### COUNT I

1. State the constitutional or other federal civil right that was violated: 8TH & 14TH & 13TH Due. Pro. W/o Court Order Summarily (Summ. Pun) & Torture Victims Protection Act of 1991 Badges of Slavery

2. **Count I.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☒ Threat to safety
   - ☐ Other: ______

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

[SEE PAGES 3A-3E]

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

[SEE PAGE 3.01]

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Count I? ☒ Yes ☐ No
   c. Did you appeal your request for relief on Count I to the highest level? ☒ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. ______

4. INJURIES Continued Per Counts II - VIII

•; INITIAL: PLAINTIFFS EACH Repeatedly Incurred one more + OR all the Following initial injurys & pain Resulting from this Threat To Safety Violation[s]: (1) Fever like Conditions; pain; ear aches; eye aches; back/Kidney pain; fatiuge; loss of Breath; Hindeering lung $O_2$ production damaging 100% of human body & $O_2$ production; Head aches; Cold Sweats; Loss of Sences (smell/Taste); Fear of Death; Inability to Breath; Lung Damage; heart damage; Bone/Teeth Damage; Muscle Damage; Severe body Cramps; Covid Pneumonia; Sore Throats; Stomach Digestion Damage; Diarreah; Mental Anguish; E.Distress; Depression; Feeling like we got Aids; Being made fun of; Being Scared of to Be around; Anxiety; ptsD; Severe pain lasting from 1 day to Still pending; Asthma Attacks; Heart Attacks; Chest pain; low Self esteem; Hatred for ADCRR & Affiliates; Mutation of DNA/RNA; Damage To Immune System T & B Cells; No Noticable Injury (symptomless); Unknown & Unforseeable •; Severe Weight Loss; ; Loss Quality of life

•; Current/Future Injuries: one more or all; (1) long haul Covid Disability; Asthma; Weezing; Shortness of Breath; Brain damage, Cognitive Memory & Motor disfunction; Exzerbation of Pre-Existing INJURIES & Med Care Conditions; Disforia; PTSD; E.Distress; Mental pain & sufferring; physical pain & sufferring; 100% Body Damage; Random Head/Eye/Ear/Body pain & Spasms & Migraines; Heart pain & damage; Bone loss/Deforiation; Unknown & Unforseeable; Hatred for Adcrr; M.Anguish; E.Distress; Fatiuge; Depression; Anxiety; They made us psycotic (full of hate/Brain Damage); DNA/RNA Mutation[s]; Damage to T & B Cell Immune System; Undue Hardships; Loss of 1-3 years or more of life (at least); loss of Quality of life

COUNT 1 = 8 PAGES

3. SUPPORTING FACTS : ACTING UNDER COLOR OF LAW. DEFENDANTS # 1-ALL WHOM ARE INDIVIDUALS WITH EITHER OR ALL POWERS : (A) EXECUTIVES (B) POLICYMAKERS (C) SUPERVISORS (D) OWNERS (E) EMPLOYERS (F) INSURERS (F.(A)) EMPLOYEES (G) ADVISORS (FINANICAL/LEGAL/POLICY/OPERATIONS) (H) STOCKHOLDERS/OWNERS ... WITHIN THEIR COMPANYS. WITH RESPONSIBILITIES TO CARE FOR & PROTECT THE PLAINTIFF[s] & TO CORRECT ANY & ALL OPERATIONS POLICY, PRATICE, CUSTOMS, DEFICIENCIES WITHIN COMPANY THAT FORSEEABLY WOULD RESULT IN HARMING & VIOLATING PLAINTIFFS RIGHTS / INJURING EM / CREATE DANGER TO PLAINTIFFS WHILE INCARCERATED UNDER THIER CARE/ TRUSTEE POSSITIONS. BETWEEN 2022 TO NOW

IN 2020 THE PRESIDENT OF U.S. DECLARED NATIONAL EMERGENCY BECAUSE OF COVID-19 SPREADDING & KILLING HUMANS WORLD WIDE ... TO PROTECT THE PLAINTIFFS & COUNTRY. SUBSEQUENTLY THE PRESIDENT ISSUE EXECUTIVE ORDERS TO ALL ITS STATES AGENCIES, PROPERTY[s] & FEDERALLY FUNDED MUNICIPALITIES SUCH AS ; AZ ; ADCRR ; ADHS ; AZAG & ADCRR'S CONTRACTEES ; TRINITY INC., KEEFEE, CENTURION (ALL DEFENDANTS) ... TO ADHERE TO CDC COVID-19 GUIDELINES, SOLELY TO PREVENT PRISIONERS FROM BEING HARMED BY COVID-19 (KNOWING & UNKNOWING) AGENTS CARRYING THE VIRUS, TO REDUCE HARM & LIABILITY.

CDC GUIDELINES WERE ; WASH HANDS ; DONT TOUCH ANYONE ; IF SYMPTOMATIC QUARINTINE ; DONT ALLOW ILL TO WORK ON PROPERTY ; CONDUCT DAILY SCREENINGS TO PREVENT ILL TO WORK ON PROPERTY ; WHEN IN CONTACT W/ ILL QUARINTINE ; PROVIDE MED AID TO ILL ; SANATIZE EVERYTHING ; ALLWAYS MASK & SOCIAL DISTANCE.

AFTER ISSUING THIS ORDER ... DEFENDANTS 1 - All

ALL AGREED TO FOLLOW THIS ORDER & ENTERED A JOINT / TRUST / CONTRACT WITH U.S. & CDC ... PROMISING TO FOLLOW EACH GUIDELINE TO THE T. UNDER SUBJECTIVITY THAT DOING SO WOULD PROTECT ALL THE PLAINTIFFS FROM UNNECESSICARY INFECTIONS / INJURYS & PROTECT PLAINTIFFS 8TH & 14TH AMEND RIGHTS & BY NOT DOING SO WOULD CREATE UNTOLD DANGER TO PLAINTIFFS OF UNNECESSICARY HARM CREATED BY THIS NON ADHERANCE ...

AFTER ENTERING THIS CONTRACT,.. DEFENDANTS #1-ALL except CDC; Walenski & U.S. Biden

REBELLED AGAINST THE PRESIDENT FOR POLITICAL GAIN TO SABATOUGE THE PRESIDENTS FUTURE RE-RUN FOR PRESIDENY AND TO OVERTHROW THE CURRENT MAJORITY HOUSE CONGRESSIONAL/SENATORIAL RULE... BY CREATING THEIR OWN COVID-19 POLICIES... OF NOT FOLLOWING CDC's... KNOWING THAT IT WOULD PROVIDE DEFENDANTS BRESAN, VALDEZ, McKinney, DOE #1, 2 & 3, Posey, Shaw, Gonzales, Medley, #7-16 [SEE COUNTS 1-8] MEANS TO HARM PLAINTIFFS, & PROMULGATE IT & GUIDE PLAINTIFFS TO BE HARMED... WITH DELIBERATE INDIFFERENCE TO THE OBVIOUS RESULTING RISKS OF NOT FOLLOWING CDC GUIDELINES WOULD HARM PLAINTIFFS VIA CREATED DANGER & WOULD ALLWAYS RESULT IN UNCONST. USAGE OF THE COUNTERVAILING POLICY... AND THEY KNEW & WERE ALL TRAINED/EDUCATED ON COVID SAFETY & ALSO WERE QUALIFIED TO FOLLOW THE ACTUAL EXECUTIVE COVID 19 CDC ORDER & KNEW PLAINTIFFS WOULD BE HARMED BY THEIR NOT FIXING THE ISSUE OF; (A) STAFF NOT WEARING MASK (B) STAFF NOT DISTANCING (C) STAFF WORKING INFECTED (D) STAFF AIDING OTHER STAFF TO WORK INFECTED (E) STAFF NOT QUARINTINING SUBORDINATES/SELVES UPON NOTICE...

EACH LISTED DEFENDANT #1-All WAS PLACED ON ACTUAL NOTICE OF THIS CREATED STATE WIDE POLICY & WERE DELIB. INDIFF. TO IT, ITS EMPLOYEES USAGE & CREATION & HARM IT WAS CAUSING PRISIONERS STATE WIDE. FROM; STAFF & INMATE GRIEVANCES; AND A WHISTLE BLOWER IN YUMA PRISION (TELEVISED WORLD WIDE) RE: DEFENDANT SHINN PER EXECUTIVE (STATE) ORDER FROM DEFENDANTS DUCEY (GOV) & BRNOVICH (A.G) TO NOT FOLLOW CDC GUIDANCE OR CONTRACT WHILE OFFICERS WORKED IN PRISION.

AFTER THE YUMA WHISTLE BLOWING C.O. II TOLD ON SHINN. (2019 OR 20) SHINN/DUCEY/BRNOVICH/ & DEFENDANTS #1-ALL Via World News Coverage & Internet & Private Meetings w/ eachother... WERE ON NOTICE & MISLEAD THE FREE PEOPLE CLAIMING TO CURE THE ISSUE... HOWEVER THIS WHISTLE WAS BLEW IN MID 2020 & THE ACTUAL USAGE OF THE NOT FOLLOWING CDC GUIDANCE AND CONTINUED PAST 2022 CREATING AN OFFICIAL

§1983 UNCONSTITUTIONAL POLICY OF THE STATE OF AZ, ADCRR, TRINITY INC, KEEFEE, CENTURION... BEING USED STATE WIDE AT ALL FACILITYS/LOCATIONS...
UPON THIS WHISTLE BLOW DEFENDANTS 1-ALL

REPEATEDLY FAILED TO STOP THE POLICY & EVENTUALLY GAVE UP ON TRYING TO CURE IT WITH HOPE COVID-19 LAWSUITS WOULD BE OUTLAWED & WITH CALLOUS DISREGARD FOR PLAINTIFF[S] 1-ALL'S LIVES & CIVIL RIGHTS AND WITH HATE DUE TO PLAINTIFFS STATUS AS PRISIONERS... FIGURING THEY'D ALLOW STAFF STATE WIDE PLACE PRISIONERS IN DANGER.
WHEN IN ALTERNATE TO THIS JOINT DELIB. INDIFF. DEFENDANTS 1-ALL

COULD HAVE SIMPLY FOLLOWED EXECUTIVE ORDER & CDC ORDERS AT ALL TIMES AND PLAINTIFFS WOULDNT BEEN HARMED IN COUNTS 2-8 & THE POLICY CREATION WOULD HAVE BEEN PREVENTED... EVENTHOUGH THEY COULD OF THEY DIDNT RENDERING DEFENDANTS 1-ALL

LIABLE IN ALL CAPACITIES FOR KNOWLEDGE & INACTION & FAILING TO STOP THE POLICYS, PRATICES & CUSTOMS W/ DELIB INDIFF CAUSING PLAINTIFFS 1-ALL'S INJURIES PER COUNT 2-8, THIS POLICY IS MOVING FORCE BEHIND EACH INJURY & USED BY EACH DEFENDANT IN COUNTS 2-8 UNCONST. RENDERING DEFENDANTS ALL LIABLE AS ACCOMPLICES. FOR PLAINTIFFS RESULTING INJURIES & VIOLATED RIGHTS (at pg 3) & (at pg 3.01).

ACCORDING TO DEFENDANTS: A.SANCHEZ, DOE #1, SHAW, POSEY, #3 OR BRESAN, VALDEZ ... THAT "ADC & PARTNERS" DONT MAKE STAFF MASK OR QUARINTINE & AGREED IT WAS OK. [PLAINTIFFS WILL SUBPEONA ACTUAL CAMERA FOOTAGE OF ALL DEFENDANTS PLACES OF BUSINESS TO PROVE NO CDC GUIDANCE WAS ADHERED TO]... ACCORDING TO A.SANCHEZ I CANT CONTROL MY STAFF, I KNOW THEY DONT WEAR MASK & INFECT YOU, I CANT FIRE EM THEY ARE NEEDED PLUS I HAVE BOSSES (GOVERNOR) (D.SHINN) ECT AND THEY

AND THEY MADE THE CALL NOT ME. I WANT TO DO THE RIGHT THING AND HELP YOU, ACCORDING TO POSEY, #3 BRESAN, VALDEZ, SHAW, DOE #1... "WE DONT GET PAID FOR QUARINTING FROM COVID" "BECAUSE WE GET 2WEEKS PAID SICK LEAVE PER YEAR & WHEN ITS EXHAUSTED WHEN WE QUARINTINE OR TAKE OFF WE CAN GET SANCTIONED, AND WE GET THREATENED BY OUR SUPERVISORS IF WE DONT WORK INFECTED" "SO WE DO IT" [IN SHORT] & THIS INFO WAS PROVIDED TO MULTIPLE PLAINTIFFS BEFORE & AFTER FACT...

THIS EXHIBITS HOW RECKLESS THE DEFENCE IS & HOW THEY WEAPONIZED COVID-19 & STAFF TO VIOLATE PLAINTIFFS 8TH & 14TH AMEND. RIGHTS W/O **DUE PRO.** SUMMAIRILY IN COUNTS 2-8. ('CREATED DANGER')

ACTING UNDER COLOR OF LAW. BETWEEN SEPT 2020 & APRIL 2022. DEFENDANTS #1-ALL

JOINTLY & SEPERATELY THREATENED PLAINTIFFS 1-ALL S SAFETY WITH RESPECT FOR EXCESSIVE FORCE COUNTS 2-8... BY KNOWINGLY INFECTING THE PLAINTIFFS W/ COVID-19 & OR INTENTIONALLY EXPOSING PLAINTIFFS TO COVID-19, W/ DELIB INDIFFERENCE TO THE FACT IT WOULD VIOLATE PLAINTIFFS RIGHTS & INJURE AS A RESULT... WITHOUT TAKING ALTERNATIVES SUCH AS FOLLOWING CDC GUIDANCE, QUARINTING, CHOOSING TO DISOBEY ORDERS & QUARINTING ANYWAY & THEN WHISTLE BLOWING TO PROTECT THIER JOBS, BUT DIDINT & COULD HAVE. AND BY FAILING IT CAUSED PLAINTIFFS INJURIES IN ALL COUNTS 2-8... WHEN COULD HAVE... BY COMMITTING ONE MORE OR ALL THESE RECKLESS/WANTON/CALLOUS/ CONCIOUS ACTS IN BAD FAITH:

(A) CREATING A COUNTERVAILING CDC POLICY OF NON-ADHERANCE
(B) NOT CURING THE COUNTERVAILING CDC POLICY OF NON ADHERANCE
(C) NOT ALLOWING TO BE QUARINTINED / NOT DOING IT ON OWN
(D) NOT WEARING MASK INFECTED / NOT STOPPING IT
(E) INTENTIONALLY INFECTING PLAINTIFFS W/ COVID
(F) ORDERING IT TO OCCUR

THIS INDIFFERENCE FACILITATED, GUIDED, AIDED DEFENDANTS TO HARM PLAINTIFFS USING THESE POLICYS BY; NOT QUARINTINING, NOT MASKING/DISTANCING INFECTED & EXPOSING PLAINTIFFS IN EXCESSIVE FORCE COUNTS; 2 (POSEY); 3 (#3 OR BRESAW) #5 (SHAW); 8 (SHAW)... IN SHORT IN EACH COUNT DEFENDANT SNUCK IN TO WORK INFECTIOUS, DIDNT REPORT IT, EXPOSED EACH PLAINTIFF RESULTING IN INJURY & VIOLATED RIGHTS WHILE NOT FOLLOWING CDC GUIDANCE... THREATENED PLAINTIFFS SAFETY.

THIS INDIFFERENCE ALSO GUIDED & AIDED DEFENDANTS TO CONSPIRE TO HARM PLAINTIFF[S] USING THESE POLICYS BY; THREATENING, INTIMIDATING, BRIBING, SOLICITING ORDERING IT TO ARISE UPON NOTICE & THEN BY THEIR COMMISSIONS OF EXCESSIVE FORCE COUNTS; IV (DEFENDANTS #4 VALDEZ & #5-16); VI (DOE #2 GONZALES, MEDLEY); VII (DOE #2 & #3, GONZALES & MEDLEY). IN SHORT IN EACH COUNT DEFENDANTS VALDEZ, & DOE #2 & DOE #3 ADVISED THEIR ACCOMPLICES #5-16 & GONZALES & MEDLEY THEY WERE CONTAGIOUS & NEEDED QUARINTINE... IN EACH COUNT IT WAS DISREGARDED & THEY AIDED IT TO HAPPEN ONCE ORDERED & AGREED TO & TRIED TO COVER IT UP... AFTER SNEAKING IN DOE #2 & #3 & VALDEZ, & THEN DOE #2 & 3 VALDEZ & #5-16 & GONZALES & MEDLEYS COMMISSIONS OF COUNTS 4, 6, 7 Resulting in plaintiffs Injuries & Violated Rights... THREATENING PLAINTIFFS SAFETY VIA INFECTIOUS DISEASE EXPOSURE.

THIS RENDERS DEFENDANTS 1-ALL ACCOMPLICE LIABLE FOR CREATING & NOT CORRECTING THESE POLICYS W/DELIB INDIFF (FACILITATION) GUIDING DEFENDANTS VALDEZ, DOE #2 & 3, GONZALES, MEDLEY, SHAW, #3 OR BRESAW POSEY TO COMMITT COUNTS 2-8. UNNECESSICARILY INFECTING PLAINTIFFS W/ COVID 19. & DEFENDANTS 1-ALL LIABLE FOR COMMITTING THE ACTS HARMING PLAINTIFFS USING POLICY UNCONST RENDERS EM ALL OFFICIALLY LIABLE AS WELL FOR VIOLATING PLAINTIFFS

RIGHTS (AT PG 3) W/DELIB INDIFF. RESULTING IN INJURY (at pg 30) SUBJECTING PLAINTIFFS TO OVER 2+ YEARS OF UNCONST. COND OF CONFINEMENT... AT RISK OF BEING HARMED BY COVID-19 WEAPONIZED STAFF ... WEAPONIZED BY SUPERVISION / EXECUTIVES / POLICY MAKERS INDIFFERENCE TO BE AT HIGHTENED RISK OF REPEATED INCIDENTS W STAFF TRYING TO KILL THEM LIKE IN COUNTS 2-8 BY INFECTING / EXPOSING EM TO COVID 19 WITHOUT PENELOGICAL JUSTIFICATION... THE FORCE WAS THE TRANSMITTION OF DISEASE. IN ALL COUNTS 2-8 DEFENDANT INTENTIONALLY PLACED THEIRSELVES NEAR PLAINTIFFS TO TRANSMIT THE VIRUS VIA SURFACE & AIR ... & EACH TIME PLAINTIFFS WERE INJURED FROM IT... THIS IS AN UNNECESSICARY USE OF DEADLY FORCE AS WELL... CAUSING PLAINTIFFS EACH INITIAL PAIN /PNEUMONIA & UNTOLD INJURYS & LONG TERM COVID 19 DISABILITYS ... CHANGING PLAINTIFFS LIVES FOR EVER. WHEN IN ALTERNATIVE, THEY COULD HAVE SIMPLY NOT DID IT AND PLAINTIFFS WOULDNT BE HARMED.

PLAINTIFFS REQUEST 4 RELIEF

*PLAINTIFFS RESERVE ALL RIGHTS TO AMEND THIS SECTION TO MITIGATE & AGGRAVATE / ENHANCE / ADD TO / ADJUST ...

PLAINTIFFS # 1 - ALL EACH REQUEST ~~[illegible]~~ $ 1 TRILLION DOLLARS PER DEFENDANT # 1 - ALL , PER COUNT INVOLVED IN, EACH PER THEIR INDIVIDUAL + OFFICIAL CAPACITIES CONSECUTIVELY + DOUBLE DAMAGES GRAND TOTALING $4 TRILLION DOLLARS (MAX) PER DEFENDANT FOR ANY + ALL RELIEF COURT DEEM NECESSICARY (INCLUDING BUT NOT LIMITED TO PUNITIVE / EXEMPLARY / COMPENSATORY DAMAGES, MENTAL ANGUISH, EMOTIONAL DISTRESS, ACTUAL INJURY RELIEF ~~ect~~ PER COUNT II - 8

* PLEASE NOTE THIS CLAIMS JOINTED TO THE 14 TH WITH COUNTS II - VIII SEPERATELY / CONSECUTIVELY

## D. CAUSE OF ACTION

### COUNT II

1. State the constitutional or other federal civil right that was violated: 8TH & 14TH Summarily W/O Due Pro. & Torture Victims Protection Act of 1991 [see Also ¶ I pg 4A]

2. **Count II** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☒ Excessive force by an officer & UNN. USE OF DEADLY FORCE
   - ☐ Threat to safety
   - ☐ Other: __________

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   [See pages 4-4C

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

   [See pg 4A Injuries under Relief Request]

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Count I? ☒ Yes ☐ No
   c. Did you appeal your request for relief on Count I to the highest level? ☒ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. __________

POSEY #

COUNT II = 4 PAGES

3. SUPPORTING FACTS:

EXCESSIVE FORCE COUNT II [redacted] ... AGAINST DEFENDANT: #2/52 ADCRR; MAINTANCE SUPERVISOR POSEY... PLACE OF INCIDENT: CENTRAL UNIT ADCRR FLORENCE PRISION ... DATE[S] OF INCIDENT: BETWEEN [redacted] AND SEPTEMBER 2020 - OCT 2020 RE: EXCESSIVE FORCE & UNNECESSICARY USE OF DEADLY FORCE (MALICIOUS & SADISTIC USE OF FORCE) & (SUMMARRY CORPORAL & CAPITAL PUNISHMENT) VIA UNNECESSICARY INFECTIOUS DISEASE EXPOSURE "TOUCHING THE PLAINTIFFS THREW SURFACE & AIR BORNE INFECTIOUS DISEASE EXPOSURE KNOWING IT WOULD CAUSE PLAINTIFF[S] HARM CAUSING SERIOUS & UNKNOWN & UNFORSEEABLE INJURIES... VIOLATING PLAINTIFF[S] 8TH + 14TH AMEND RIGHTS SUMMAIRILY

CLAIMS BY PLAINTIFF[S]: # 1, 2, 3, 4, 5, 6, 11, 12, [redacted]

PLAINTIFFS REQUEST[S] FOR RELIEF: (1) $100,000,000.00 (MENTAL ANGUISH) (2) $100,000,000.00 (EMOTIONAL DISTRESS) (3) $100,000,000.00 (MENTAL PAIN & SUFFERRING (4) $100,000,000.00 ([redacted] PHYSICAL PAIN AND SUFFERRING) (5) $2,000,000,000.00 (FOR VIOLATING PLAINTIFFS 8TH AMEND RIGHTS TO BE FREE OF EXCESSIVE FORCE) (6) $5,000,000,000.00 (FOR VIOLATING PLAINTIFFS 8TH AMEND. RIGHTS TO BE FREE FROM UNNECESSICARY USE OF DEADLY FORCE) (7) $5,000,000,000.00 (FOR VIOLATING PLAINTIFFS 8TH & 14TH AMEND. DUE PROCESS RIGHTS TO BE FREE OF SUMMARRY CORPORAL PUNISHMENT (8) $7,500,000,000.00 (FOR VIOLATING PLAINTIFFS 8TH & 14TH AMEND DUE PROCESS RIGHTS TO BE FREE OF SUMMARRY CAPITAL PUNISHMENT (9) $10,000,000,000.00 (PUNITIVE DAMAGES) (9A) DOUBLE DAMAGES (10) $1,000,000,000.00 (EXEMPLARY DAMAGES) (11) $5,000,000,000.00 (FOR ONE MORE OR ALL PLAINTIFF[S] RESULTING INJURIES) (12) $1,000,000,000.00 (FOR ANY AND ALL MONETARY RELIEF COURT DEEM NECESSICARY) (13) (ANY AND ALL RELIEF COURT DEEMS NECESSICARY)... PER PLAINTIFF X POSEY INDIV. & OFFICIAL CAPACITIES CONSECUTIVELY = $[redacted] 73,800,000,000.00 PER PLAINTIFF

PLAINTIFF[S]: # 1, 2, 3, 4, 5, 6, 11, 12's RESULTING INJURY[S]: (1) UNNECESSICARY INFECTIOUS DISEASE EXPOSURE (2) MUTATION OF DNA/RNA (3) DAMAGE TO IMMUNE SYSTEM T & B CELLS (4) 100% BODY DAMAGE (5) LOSS OF 1-3 YEARS OF LIFE (6) LOSS OF QUALITY OF LIFE (7) PTSD (8) MENTAL ANGUISH (9) EMOTIONAL DISTRESS (10) MENTAL PAIN & SUFFERRING (11) PHYSICAL PAIN AND SUFFERRING (12) LONG HAUL COVID DISABILITY (13) UNKNOWN & UNFORSEEABLE INJURIES (13) ANXIETY (14) DEPRESSION (15) HATRED (16) EXZERBATION OF PRE-EXISTING INJURIES (17) HEAD, EYE, EAR PAIN BODY PAIN

CAUSE OF ACTION

ACTING UNDER COLOR OF LAW ... BETWEEN [redacted] 2020 & SEPT 2020.

DEFENDANT ADCRR; POSEY ... WAS CENTRAL UNITS MAINTANENCE SUPERVISOR OF PRISIONER WORK CREW ... WITH JOB TO TRAVEL THREWOUT CENTRAL UNIT N PRISIONERS AND HELP FIX EVERYTHING ... DAILY MON-FRI ...

BETWEEN [redacted] SEPT 2020 ADCRR; POSEY WAS INFECTED WITH COVID-19 AND RECKLESSLY FAILED TO QUARINTINE & CARRIED THE VIRUS INTO THE PRISION AND UNNECESSICARILY EXPOSED PLAINTIFFS #1,2,3,4,5,6,11,12 WITH COVID-19 BY TRANSMITTING THE VIRUS INTO PLAINTIFF [S] MUCOUSE MEMBRAINES CAUSING PLAINTIFFS INJURIES AND UNKNOWN INJURIES THREW DIRECT & INDIRECT CONTACT UPON HIS ROUNDS INSIDE THE UNIT ...

PLAINTIFF #11 WAS A WORKER ON THE SAME MAINTANANCE CREW DURING THIS 21 DAY PERIOD WHERE POSEY FAILED TO QUARINTINE. PLAINTIFF #11 WAS INFECTED & OR EXPOSED BY POSEY DURING THIS TIME AND LEARNED POSEY WAS INFECTED UPON POSEYS CONFESSION TO PLAINTIFF #11 ... DISCLOSING HE'S INFECTED AND BEEN "WORKING IT OFF" TO PREVENT "NOT GETTING PAID FOR TIME OFF ... AND HAS BEEN BEING UNTRUTHFUL DURING FLORENCES DAILY COVID-19 SCREENINGS AT THE COMPLEX ENTERANCE THE "ENTIRE WEEK PRIOR TO" ... PLAINTIFF #11 REMEMBERS BECOMING ILL (HEADACHES, EYE ACHES, BODY PAIN) DURING THIS TIME FRAME AND ALSO CHOSE TO FOLLOW POSEYS LEAD AND "WORK IT OFF OUT OF FEAR OF LOSING HIS JOB & RECIEVING DISCIPLINARY SANCTIONS FOR REFUSING TO PROGRAM ('WORK') HOWEVER #11 DID FILE A GRIEVANCE THAT DIDNT CORRECT THE MATTER ...

PLAINTIFF #11 STATED "MY CREW WENT INTO ALL THE UNITS" POSEY WASNT WEARING A MASK DURING THIS TIME KNOWING HE'D GET US ALL SICK ... DURING THIS TIME FRAME PLAINTIFFS #1,2,3,4,5,6,12 ALL EXPERIENCED PAIN IN FORMS OF HEAD ACHES, EYE ACHES, BACK PAIN & FATIUGE BUT DIDNT KNOW IT WAS COVID OR FROM COVID ... HOWEVER ACCORDING TO PLAINTIFF #11 " MY CREW ENTERED PLAINTIFFS #1,2,3,4,5, 6,12'S HOUSING UNITS MORE THAN A FEW TIMES FIXING THINGS & INTERACTING W/ EVERYONE ... "I DIDNT WANT TO GET POSEY IN TROUBLE BECAUSE I LIKED HIM" BUT HE DID INFECT ME & WORKED INFECTED SPREADDING COVID FOR 3 WEEKS STRAIGHT, HIDING IT FROM EVERYONE AS HE WATCHED THE OUTCOME

HERE IN THIS CLAIM POSEY'S MERE PRESENCE INSIDE PLAINTIFFS PRISION IS WHAT HE DID TO HARM PLAINTIFF [S] ... POSEY NEEDED

NOT TO USE PHYSICAL FORCE OR A GUN TO VIOLATE PLAINTIFFS RIGHTS BECAUSE HE + COVID COMBINED WAS THE DEADLY WEAPON ... BECAUSE COVID IS HIGHLY CONTAGIOUS, LEATHAL + HARMS ITS VICTUMS THREW THE AIR + SURFACES, JUMPING FROM PERSON TO PERSON + SURFACE TO PERSON RAPIDLY CAUSING SEVERE + DEADLY INJURY

WHEN POSEY CHOSE TO KNOWINGLY EXPOSE EACH PLAINTIFF TO HIS INFECTION WITHOUT TEMPERMENT OR NOTIFYING SECURITY OF THE THREAT ... HE SUMMAIRILY IMPOSED THE DEATH PENALTY ON EACH PLAINTIFF IN VIOLATION OF DUE PROCESS 8TH + 14TH AMENDS. WITHOUT LICENCE OR COURT ORDER, ENHANCING PLAINTIFF[s] SENTENCING PERAMETERS TO SUMMARY EXECUTIONS ... THIS WAS DONE BY POSEYS MERE PRESENCE THREW BREATHING + TOUCHING OTHERS + SURFACES WITH HIS ILLNESSES + ALLOWING COVID TO TAKE ITS TOLL ... THIS IS CORPORAL PUNISHMENT ALSO VIA UNNECESSIARY INFECTIOUS DISEASE EXPOSURE, CAUSING PLAINTIFFS # 1,2,3,4,5,6, 11,12's VIOLATED RIGHTS + INJURIES

POSEY WAS USING ADCRR's OFFICIAL NON-ADHERANCE TO CDC GUIDELINES POLICY OF NOT MASKING, QUARINTING OR SOCIAL DISTANCING AROUND PRISIONERS UNCONSTITUTIONALLY... THIS POLICY IS KNOWN BY ADC's POLICYMAKER DEFENDANT SHINN + CONDONED W/ DELIB. INDIFF TO IT AND THREAT IT POSED TO THE PLAINTIFFS + WAS REFUSED TO BE CURED BEFORE PLAINTIFFS HARM RENDERING POSEY LIABLE IN HIS INDIVIDUAL CAPACITY FOR THE RECKLESS/ CALLOUS ACT + LIABLE IN HIS OFFICIAL CAPACITY FOR UNCONST. USING THIS POLICY HARMING PLAINTIFFS 1,2,3,4,5,6, 11 + 12 THIS POLICY IS A §1983 UNWRITTEN ADOPTED POLICY VIA WIDESPREAD CONDONANCE + USAGE BY ALL ADC STAFF STATE WIDE + IS DEFICIENT IN ITS EXPRESS ... CAUSING PLAINTIFFS DAMAGES + INJURYS ... CONSTITUTING MALICIOUS + SADISTIC USES OF EXCESSIVE FORCE + DEADLY FORCE ... POSEYS LIABLE INDIVIDUALLY FOR THE RECKLESS ACT SUBJECTIVELY KNOWING IT WOULD OBVIOUSLY OCCURR + STILL DOING IT

END OF COUNT II

COUNT III

1. State the constitutional or other federal civil right that was violated: 8TH & 14TH Due pro Summarily W/O Due Pro. & Torture Victims Protection Act of 1991

2. **Count III** Identify the issue involved. Check **only one**. State additional issues in separate counts.

☐ Basic necessities ☐ Mail ☐ Access to the court ☐ Medical care
☐ Disciplinary proceedings ☐ Property ☐ Exercise of religion ☐ Retaliation
☒ Excessive force by an officer ☐ Threat to safety ☐ Other: ________.
& UNN. USE OF DEADLY FORCE

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

[See pages 5A-C]

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

[SEE ¶3 P6 5A Injureys]

5. **Administrative Remedies.**

a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No

b. Did you submit a request for administrative relief on Count II? ☒ Yes ☐ No

c. Did you appeal your request for relief on Count II to the highest level? ☒ Yes ☐ No

d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. ________.

DEF #3 | OR BRESAN

COUNT III = 4 PAGES

3. SUPPORTING FACTS:

EXCESSIVE FORCE COUNT III ... AGAINST DEFENDANT: ADCRR; COII; #3 OR BRESAN. PLACE OF INCIDENT: CENTRAL UNIT CELL BLOCK 2 + CENTRAL UNIT ADCRR FLORENCE COMPLEX PRISION ... DATE[S] OF INCIDENT[S]: BETWEEN NOVEMBER 2020 ... RE: EXCESSIVE FORCE + UNNECESSICARY USE OF DEADLY FORCE (MALICIOUS + SADISTIC USE OF FORCE) + (SUMMARRY CORPORAL + CAPITAL PUNISHMENT) VIA UNNECESSICARY INFECTIOUS DISEASE EXPOSURE "TOUCHING THE PLAINTIFF[S] THREW SURFACE + AIRBORNE INFECTIOUS DISEASE EXPOSURE KNOWING IT WOULD CAUSE PLAINTIFF[S] HARM CAUSING SERIOUS + UNKNOWN + UNFORSEEABLE INJURIES ... VIOLATING PLAINTIFF[S] 8TH + 14TH AMEND. DUE. PRO. RIGHT[S] SUMMAIRILY

CLAIMS BY PLAINTIFF[S] #1,2,3,4,5,6,12,15

PLAINTIFF[S] REQUEST[S] FOR RELIEF: (1) $100,000,000.00 (MENTAL ANGUISH) (2) $100,000,000.00 (EMOTIONAL DISTRESS (3) $100,000,000.00 (MENTAL PAIN AND SUFFERRING) (4) $100,000,000.00 (PHYSICAL PAIN + SUFFERRING) (5) $2,500,000,000.00 (FOR VIOLATING PLAINTIFF[S] 8TH AMEND. RIGHT[S] TO BE FREE OF EXCESSIVE FORCE) (6) $5,250,000,000.00 (FOR VIOLATING PLAINTIFF[S] 8TH AMEND RIGHT[S] TO BE FREE FROM UNNECESSICARY USE OF DEADLY FORCE (7) $7,500,000,000.00 (FOR VIOLATING PLAINTIFF[S] 8TH + 14TH AMEND RIGHT[S] TO BE FREE OF SUMMARRY CORPORAL PUNISHMENT) (8) $9,500,000,000.00 (FOR VIOLATING PLAINTIFF[S] 8TH + 14TH AMEND. RIGHT[S] TO BE FREE OF SUMMARRY CAPITAL PUNISHMENT) (9) $15,000,000,000.00 (PUNITIVE DAMAGES) (10) $3,500,000,000.00 (EXEMPLARY DAMAGES) (11) $5,000,000,000.00 (FOR ONE MORE OR ALL PLAINTIFF[S] RESULTING INJURIES (12) $2,500,000,000.00 (FOR ANY + ALL MONETARY RELIEF THE COURT DEEMS NECESSICARY) (13) ANY AND ALL RELIEF COURT DEEM NECESSICARY ... PER PLAINTIFF × #3 OR BRESANS INDIVIDUAL + OFFICIAL CAPACITIES CONSECUTIVELY = $102,300,000,000.00 PER PLAINTIFF

PLAINTIFF[S] #1,2,3,4,5,6,12,15 RESULTING INJURIE[S] (1) UNNECESSICARY INFECTIOUS DISEASE EXPOSURE (2) MUTATION OF DNA/RNA (3) DAMAGE TO IMMUNE SYSTEM T+B CELLS (4) 100% BODY DAMAGE (5) LOSS OF 1-3 YEARS OF LIFE (6) LOSS OF QUALITY OF LIFE (7) PTSD (8) MENTAL ANGUISH (9) EMOTIONAL DISTRESS (10) MENTAL PAIN + SUFFERRING (11) PHYSICAL PAIN + SUFFERRING (12) LONG HAUL COVID DISABILITIES (13) UNKNOWN + UNFORSEEABLE INJURIES (14) DEPRESSION (15) HATERED (16) EXZERBATION OF PRE-EXISTING INJURIES (17) HEAD, EYE, BODY PAIN + FATIUGE (18) COVID PNEUMONIA ('PLAINTIFF #2') (19) FEAR OF DEATH ('PLAINTIFF #2') (20) LOSS TASTE + SMELL ('PLAINTIFF #2') (21) POST COVID ASTHMA/EXZERBATION ('PLAINTIFF #2')

CAUSE OF ACTION

ACTING UNDER COLOR OF LAW ... DURING THE MONTH OF NOVEMBER 2020. DEFENDANT #3 OR BRESAN; ADCRR ... WAS CENTRAL UNIT CELL BLOCK 2'S, ONE OF

THREE ASSIGHNED SECURITY PERSONEL WITH FLOOR OFFICER DUTY, WITH JOB TO PROTECT ALL PRISIONERS FROM ANY DANGER + TO MAKE SURE NO ONE ESCAPES, BY WATCHING FROM DISTANCES, DIRECT INTERACTION + CONDUCTING HOURLY SECURITY WALKS THREW ENTIRE UNIT.

IN NOVEMBER #3 OR BRESAN WAS INFECTED WITH COVID-19 AND RECKLESSLY FAILED TO QUARINTINE + CARRIED THE VIRUS INTO THE PRISION AND EXPOSED PLAINTIFF [s] 1,2,3,4,5,6,12,15 WITH COVID-19 BY TRANSMITTING IT INTO PLAINTIFF [s] MUCOUSE MEMBRANES CAUSING PLAINTIFF [s] INJURIES + UNKNOWN INJURIES THREW DIRECT + INDIRECT CONTACT + CONTAMINATING THE BUILDING BY HIS PRESENCE + UPON HIS ROUNDS INSIDE UNIT... PLAINTIFF [s] 1,2,3,4,5,6,12,15 WERE ALL HOUSED INSIDE THE UNIT DURING THIS INCIDENT... DEFENDANT #3 OR BRESAN MADE CONTACT WITH EACH PLAINTIFF WITHOUT MASKING, DISTANCING OR WARNING OF THE DANGER TO TEMPER IT FOR A SERIES OF DAYS REPETIVELY INTERACTING WITH EACH PLAINTIFF UPON CONVERSATIONS TRANSMITTING THE VIRUS...

DURING #3's OR BRESANS 2ND WEEK OF RECKLESSNES... BRESAN OR #3 WAS CONDUCTING HEAD COUNT AT 11 AM OR 4 PM AND STOPPED AT PLAINTIFFS # 3, 15, + 2's CELLS MASKLESS CAUGHING AND SWEATING... CONTAMINATING THEIR AREAS... UPON STOPPING AT PLAINTIFF # 2's CELL #3 OR BREASAN DISCLOSED THAT VERBAITUM "IM SICK" "IT'S KICKING MY ASS" "BUT MY BOSSES WONT LET ME QUARINTINE" "AND IF I DO I WONT GET PAID" "I BEEN HERE ALL LAST WEEK + NOW THIS WEEK SICK"... CAUGHING + SWEATING TRANSMITTING THE DISEASE INTO PLAINTIFF #2... CAUSING PLAINTIFF #2 TO BECOME SERIOUSLY ILL; EXPERIENCING SEVERE PAIN + FLU LIKE CONDITIONS + FEAR OF DEATH, INABILITY TO EAT, TASTE, SMELL + BREATH PROPERLY (COVID SYMPTOMS)... ABOUT 3 DAYS LATER ... + REMAINED ILL FOR 10-15 DAYS...

THE FOLLOWING WEEK AFTER INFECTING PLAINTIFF #2 + EXPOSING #'s 1,3,4,5, 6,12,15... PLAINTIFFS #1 + 2 CONFRONTED #3 OR BRESAN WHERE #3 OR BREASAN ADMITTED THAT HIS COMMANDERS ALLOW STAFF PER ORDER TO WORK INFECTED AS LONG AS NOT CAUGHT, HE KNEW HE HAD COVID, DIDNT WEAR MASK BECAUSE NO OFFICER EVER DOES INSIDE CB 2, DIDNT QUARINTINE BECAUSE HE COULDNT AFFORD DOCKED PAY, LIED UPON THE DAILY COVID SCREENS TO GET IN THE FACILITY, HES NOT GETTING INTROUBLE IF WE GRIEVED HIM, HE KNEW HED INFECT SOMEONE + WAS SORRY + COULDNT DISTANCE BECAUSE IT PREVENTED HIM EXECUTING HIS DUTY.

HERE IN THIS CLAIM ADCRR #3/BRESAN'S MERE PRESENCE FOR 3 WEEKS STRAIGHT INSIDE CB·2 INTERACTING W/ PLAINTIFFS IS WHAT HE DID TO VIOLATE PLAINTIFFS RIGHTS + HARM THEM, #3/BRESAN NEEDED

NOT TO USE PHYSICAL FORCE OR A GUN TO VIOLATE PLAINTIFF[s] etal's RIGHTS BECAUSE HE & COVID COMBINED WAS THE DEADLY WEAPON ... BECAUSE COVID'S HIGHLY LEATHAL & CONTAGIOUS & HARMS ITS VICTUMS THREW AIR & SURFACE TRANSMISSION JUMPING FROM PERSON/SURFACE TO PERSON RAPIDLY SPREADDING CAUSING SEVERE DETECTABLE & UNDETECTABLE INJURIES.

WHEN #3/BRESAN CHOSE TO KNOWINGLY EXPOSE EACH PLAINTIFF TO COVID/HIS INFECTION WITHOUT TEMPERMENT & OR NOTIFYING MEDICAL TO AID PLAINTIFFS AFTER & DURING & BEFORE THE 21 DAY STINT... SUMMAIRILY IMPOSED THE DEATH PENALTY ON EACH PLAINTIFF IN VIOLATION OF DUE PROCESS 8TH & 14TH AMENDS... WITHOUT JUSTIFICATION NEED, LICENCE OR COURT ORDER... ENHANCING EACH PLAINTIFFS TERMS OF IMPRISIONMENT/SENTENCING PERAMETERS TO SUMMARRY EXECUTIONS... DONE BY #3/BRESANS MERE PRESENCE, RECKLESSNESS THREW BREATHING & TOUCHING THE PLAINTIFFS KNOWINGLY INFECTIOUS WITHOUT MASKING OR WARNING & THEN ALLOWING COVID TO TAKE ITS TOLL ... IS CORPORAL & CAPITAL PUNISHMENT & EX. FORCE & USE OF DEADLY FORCE VIA UNNECESSICARY INFECTIOUS DISEASE EXPOSURE ... CAUSING EACH PLAINTIFFS INJURIES & VIOLATED RIGHTS.

#3/BRESAN WAS USING ADCRR'S OFFICIAL NON-ADHERANCE TO CDC GUIDANCE POLICY OF NOT MASKING, DISTANCING, QUARINTINING AROUND PRISIONERS UNCONSTITUTIONALLY ... THIS POLICY IS KNOWN BY ADC'S POLICYMAKER DEFENDANT SHINN & CONDONED W/DELIB. INDIFF TO IT AND THREAT POSED TO PLAINTIFF[s] AND WAS REFUSED TO BE CORRECTED AFTER PLAINTIFF #11 FILED GRIEVANCE ON IT ... BEFORE THESE PLAINTIFFS WERE HARMED BY THE SAME POLICY MONTHS LATER RENDERING ADC; #3/BRESAN LIABLE IN OFFICIAL CAPACITY FOR UNCONST. USAGE OF POLICY CAUSING PLAINTIFFS VIOLATED RIGHTS & INJURYS ...

THIS POLICY IS UNWRITTEN §1983 ADOPTED VIA WIDESPEAD ADC USAGE & KNOWLEDGE & INACTION OF ADC PERSONEL RESPONSIBLE TO CURE AT ATT FLORENCE COMPLEX HEAD QUARTERS, CENTRAL UNIT HEADQUARTERS & CENTRAL OFFICE HEAD QUARTERS & THE GOVERNORS EXECUTIVE ADC HEADQUARTERS & ADHS HEAD QUARTERS & CDC HEADQUARTERS & ATTORNEY GENERAL HEADQUARTERS GUIDING #3/BRESAN TO HARM EACH PLAINTIFF & IS DEFICIENT IN ITS EXPRESS ... CAUSING PLAINTIFFS #1,2,3,4,5,6,12 & 15'S VIOLATED RIGHTS & INJURIES CONSTITUTING MALICIOUS & SADISTIC USES OF FORCE (EXCESSIVE & DEADLY). #3/BRESANS LIABLE INDIVIDUALLY FOR THE RECKLESS ACT SUBJECTIVELY KNOWING IT WOULD OBVIOUSLY OCCUR ... AND STILL DOING IT

END OF COUNT III

**COUNT 4**

1. State the constitutional or other federal civil right that was violated: 8TH & 14TH Summarily w/o Due Process, & Torture Victims Protection Act of 1991 [See Also ¶ 4 pg 6A]

2. **Count 4** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☒ Excessive force by an officer & UNN. USE OF DEADLY FORCE
   - ☐ Threat to safety
   - ☐ Other: ____________

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

[see pgs 6-6D]

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

[see ¶ 6 At pg 6A]

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Count III? ☒ Yes ☐ No
   c. Did you appeal your request for relief on Count III to the highest level? ☒ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. ____________

**If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.**

VAL

COUNT IV: 5 PAGES

3: SUPPORTING FACTS ... AGAINST DEFENDANT[s] ADCRR; #4 VALDEZ; #5 MCKINLEY; #6 DOE #1; #7 (RECEPTIONIST); #8 (SUPERVISOR ASSIGNMENTS); #9 (SUPERVISORS/Commanders SGTs); #10 (SUPERVISOR/Commanders Lt.); #11 (SUPERVISOR/Commanders CPTs); #12 (ASSOCIATE DEPT. WARDEN); #13 (DEP. WARDEN); #14 (POST FACILITY COVID ✓POINT Adc Security) + #15 (Centurion Facility Covid Screener) + #16 ADC; Central Unit Sally Port Covid Screener/Security) ...

PLACE OF INCIDENT: FLORENCE PRISION/CENTRAL UNIT + CENTRAL UNIT CELL BLOCK 2

DATE[s] OF INCIDENT[s]: BETWEEN SUNDAY DEC 12 THREW TUESDAY DEC 14TH 2020 OR SUNDAY DEC 26TH THREW TUESDAY DEC 28TH 2020

RE: EXCESSIVE FORCE + UNNECESSICARY USE OF DEADLY FORCE (MALICIOUS + SADISTIC USE OF DEADLY FORCE) + (SUMMARRY CORPORAL + CAPITAL PUNISHMENT) VIA UNNECESSICARY INFECTIOUS DISEASE EXPOSURE; (A) ORDERING IT TO ARISE/GUIDING IT TO ARISE ('ACCOMPLICE LIABILITY') BY DEFENDANTS #5,6,7,8,9,10,11,12,13,14,15,16 ('AIDING + ABETTING/FACILITATION/SOLICITATION) ; B) COMMITTING IT BY DEFENDANT[s] #4,5,6 -- "TOUCHING PLAINTIFF[s] THREW SURFACE + AIRBORNE INFECTIOUS DISEASE EXPOSURE KNOWING IT WOULD HARM THE PLAINTIFF[s] + VIOLATE THIER RIGHTS ... RESULTING IN SERIOUS + UNKNOWN + UNFORSEEABLE INJURYS... VIOLATING PLAINTIFF[s] 8TH + 14TH AMEND. DUE PRO. RIGHTS SUMMAIRILY

CLAIMS BY PLAINTIFF[s] #1,2,3,4,5,6,7,12,15,

PLAINTIFF[s] #1,2,3,4,5,6,7,12 + 15's RESULTING INJURIES: PLAINTIFF[s] RECIEVED ONE MORE OR ALL THE FOLLOWING INJURIES: (1) UNNECESSICARY INFECTIOUS DISEASE EXPOSURE (ALL PLAINTIFFS) (2) MUTATION OF DNA/RNA (3) DAMAGE TO IMMUNE SYSTEM T+B CELLS (4) BRAIN DAMAGE (5) LUNG DAMAGE (6) HEART DAMAGE (7) KIDNEY DAMAGE/BACK PAIN (8) LOSS OF TASTE (9) LOSS OF SMELL (10) MUSCLUAR 100% DAMAGE (11) SKELETAL 100% DAMAGE (12) TEETH DETERIATION/DECAY (13) COVID PNEUMONIA (14) 100% BODY DAMAGE (15) COGNITITAVE MEMORY + MOTOR FUNCTION DAMAGE (16) CLOSURE OF BREATHING PASSAGEWAYS (17) SEVERE PAIN/BODY CRAMPING/HEAD + EYE MIGRAINES (18) FEAR OF DEATH (18) INITIAL 2 DAYS TO 4 WEEKS OF PAIN/COLD SWEATS (19) SEVERE WEIGHT LOSS (20) HINDERANCE OF BODY/ORGAN FUNCTION (21) Compounding/EXZERBATION OF PRE-EXISTING INJURYS (21) LONG HAUL COVID DISABILITYS (22) ANXIETY (23) DEPRESSION (24) MENTAL ANGUISH (25) EMOTIONAL DISTRESS (26) MENTAL PAIN + SUFFERRING (27) PTSD (28) POST COVID ASTHMA + COMPOUNDING/EXZERBATION ASTHMA (28) PHYSICAL PAIN + SUFFERRING (29) UNKNOWN + UNFORSEEABLE INJURIES (30) LOSS OF 1-3 YEARS OF LIFE (31) LOSS OF QUALITY OF LIFE (31) FATIUGE (32) CHEST PAINS

PLAINTIFF [s] # 1,2,3,4,5,6,7,12,15's REQUESTS FOR RELIEF: (1) $250,000,000.00 (MENTAL ANGUISH) (2) $250,000,000.00 (EMOTIONAL DISTRESS) (3) $250,000,000.00 (MENTAL PAIN & SUFFERRING) (4) $1,000,000,000.00 (PHYSICAL PAIN & SUFFERRING) (5) $2,500,000,000.00 (FOR VIOLATING PLAINTIFF [s] 8TH AMEND RIGHT [s] TO BE FREE OF EXCESSIVE FORCE) (6) $5,250,000,000.00 (FOR VIOLATING PLAINTIFF [s] 8TH AMEND RIGHT [s] TO BE FREE FROM UNNECESSICARY USE OF DEADLY FORCE) (7) $7,500,000,000.00 (FOR VIOLATING PLAINTIFF [s] 8TH & 14TH AMEND DUE. PRO. RIGHT [s] TO BE FREE OF SUMMARRY CORPORAL PUNISHMENT) (8) $10,000,000,000.00 (FOR VIOLATING PLAINTIFF [s] 8TH & 14TH AMEND. DUE, PRO. RIGHT [s] TO BE FREE FROM SUMMARRY CAPITAL PUNISHMENT) (9) $25,000,000,000.00 (PUNITIVE DAMAGES) (10) $5,000,000,000.00 (EXEMPLARY DAMAGES) (11) $15,000,000,000.00 (FOR ONE MORE OR ALL PLAINTIFF [s] INCURRED INJURIES) (12) $12,500,000,000.00 (FOR ANY AND ALL MONETARY RELIEF COURT DEEMS NECESSICARY (13) DOUBLE DAMAGES (14) + ANY ALL RELIEF COURT DEEMS NECESSICARY... PER PLAINTIFF... x DEFENDANT [s] #'s 4,5,6,7,8,9,10,11,12,13,14,15,16 INDIVIDUAL AND OFFICIAL CAPACITIES CONSECUTIVELY = $164,300,000,000.00 PER DEFENDANT PER PLAINTIFF EACH...

CAUSE OF ACTION

ACTING UNDER COLOR OF LAW... IN DEC 2020 ('12/12/2020-12/14/2020' OR '12/26-28/2020')... DEFENDANTS # 4,5,6,7,8,9,10,11,12,13,14,15,16... AIDED EACH OTHER IN VIOLATING PLAINTIFFS # 1,2,3,4,5,6,7,12 & 15's 8TH & 14TH AMEND RIGHTS TO BE FREE FROM EXCESSIVE FORCE, USE OF DEADLY FORCE, SUMMARRY CORPORAL & CAPITAL PUNISHMENT IRRESPECTIVE OF DUE PROCESS UNCONST. ENHANCING EACH PLAINTIFFS SENTENCING PERAMETERS W/O LICENCE, JUSTIFICATION OR COURT ORDER FROM PLAINTIFFS SENTENCING JUDGES... RESULTING IN SERIOUS INJURYS AFOREMENTIONED...

ON 12/12 OR 12/26 2020, DEFENDANT ADOR; VALDEZ WAS INFECTED WITH COVID-19... AND ATTEMPTED TO CALL IN BEFORE SHIFT WHILE AT HOME BETWEEN 2AM & 5AM TO NOTIFY DEFENDANTS # ~~[illegible]~~, 8, 9, 10, 11, 12, 13, ~~[illegible]~~ WHOM WERE HER COMMANDERS / SUPERVISORS AT CENTRAL UNIT WITH POWER TO ALLOW HER TO QUARINTINE...

WHEN VALDEZ CALLED IN... SHE SPOKE TO DEFENDANT # 7 WHO RELAYED IT ALONG THE CHAIN OF COMMAND THREW # 8, 9, 10, 11, 12, 13 WHOM EACH DISREGARDED IT, REFUSED TO QUARINTINE HER & THREATENED NOT TO PAY HER & OR FIRE HER IF SHE DIDNT SHOW UP FOR DUTY... UPON ONE OR MORE PHONE CALLS WHERE VALDEZ INITIALLY REFUSED TO WORK...

DURING THESE CALLS VALDEZ WARNED DEFENDANTS # 7,8,9,10,11,12,13, THAT SHE KNEW SHES INFECTIOUS & SYMPTOMATIC W/ COVID-19, & WILL INFECT CENTRAL UNIT & THE PLAINTIFFS ... AND IN RESPONSE #7,8,9,10,11,12,13 AGREED THAT VALDEZ COULD WORK & INFECT THE PLAINTIFFS & INSTRUCTED HER TO (A) KEEP HER MOUTH SHUT (B) DONT WARN THE PLAINTIFFS OF WHAT THEY DID (C) NOT TO REPORT IT (D) NOT TO ACTIVATE AN ICS (E) NOT TO TIP OFF THE PLAINTIFFS BY REQUESTING MED. CARE FOR EM (F) WORK ALL WEEK AND QUARINTINE AFTER WEEKS OVER (G) THEYD ADVISE DEFENDANTS # 14,15,16 TO ALLOW VALDEZ INTO THE FACILITY UPON COVID SCREENS (H) THEYD ADVISE DEFENDANTS MCKINLEY & #6 OF IT ALL AND ADVISE THEM TO KEEP THEIR MOUTHS SHUT & NOT REPORT IT OR ACTIVATE I.C.S. OR REQUEST MEDICAL CARE FOR THE PLAINTIFFS TO TIP EM OFF & WHO EVERS HARMED WILL BE DELT WITH WHEN THEY BECOME INFECTED/SYMPTOMATIC ON A CASE BY CASE BASIS ...

SO VALDEZ FOLLOWED DEFENDANTS # 7-13'S GUIDANCE/ORDERS AND DID AS SHE WAS TOLD TO AN EXTENT ... AND WORKED ALL WEEK & QUARINTINED UNTIL JAN 5TH OR AROUND THERE 2021 ...

UPON EACH ARRIVAL ON SUN, MON, TUES VALDEZ TOLD DEFENDANTS MCKINLEY, #6, 7-13, 14,15,16 SHES INFECTED AND THEY DISREGARDED IT AND FORGED HER COVID-19 SCREENING RESULTS TO REFLECT SHE WASNT INFECTED OR A SECURITY THREAT TO INMATE POPULATION/PLAINTIFFS HEALTH & SAFETY. & MANIPULATED HER TO JUST FOLLOW ORDERS AND QUARINTINE LATER ... SO SHE DID IT ... EXPOSING ALL THEM & THE PLAINTIFFS EVEN INFECTING MCKINLEY ...

DURING THIS INCIDENT DEFENDANTS # 4-16 ALL HAD DUTY TO PROTECT THE PLAINTIFFS & OR CARE FOR THE PLAINTIFFS & DUTY TO NOT PERMIT VALDEZ TO INFECT THE PLAINTIFFS & OR UNNECESSICARILY EXPOSE THE PLAINTIFF. SUPERVISORS # 7-13 WERE DELIB INDIFF TO IT BY GUIDING VALDEZ TO DO IT & NOT QUARINTING VALDEZ, MCKINLEY & #6 THE FIRST DAY, RESULTING IN PLAINTIFFS BECOMING INFECTED & OR CARRIERS OF THE VIRUS ...

VALDEZ, MCKINLEY & #6 DIDNT WEAR MASKS, DISTANCE AROUND THE PLAINTIFFS THE ENTIRE STINT ... TO TEMPER IT ...

AND INFECTED EACH PLAINTIFF BY MERE PRESENCE AND TRANSMITION THREW MUCOUSE MEMBRAINES UPON CONVERSATIONS ... & SECURITY WALKS & DOOR CLEARANCES

EACH PLAINTIFF WAS ATTRACTED TO VALDEZ & INTERACTED WITH HER DAILY & SHE DIDNT NOTIFY NONE SHE WAS INFECTED... NOR DID MCKINLEY OR #6 AS ORDERED...

VALDEZ & MCKINLEY QUARINTINED AT END OF WEEK (VALDEZ W/O PAY)... BY 2-3 DAYS LATER EACH PLAINTIFF WAS IN SO MUCH PAIN DIEING EXPERIENCING FLU LIKE SYMPTOMS & THE AFOREMENTIONED INJURYS ... AND VALDEZ IS THE SOURCE OF PLAINTIFFS INJURYS VIA DEFENDANTS 5-16'S AID...

*NOTE VALDEZ CONFESSED THIS INFO TO PLAINTIFFS #1,4,5,7,12, & 15 AFTER THE FACT BETWEEN JAN 18TH 2020 & FEB 8TH 2021 AND APOLOGIZED ACCEPTING RESPONSIBILITY...

DEFENDANTS #7-13 ARE LIABLE FOR PLAINTIFFS INJURYS DUE TO DIRECT INVOLVEMENT & SUPERVISIONAL LIABILITY GUIDING IT TO ARISE W/DELIB INDIFF. DEFENDANTS #5 & 6, 14, 15, 16 ARE LIABLE FOR AIDING & ABETTING AS WELL AS ARE #7-13. VALDEZ WAS USING ADC'S POLICY OF NON-ADHERANCE TO CDC GUIDANCE UNCONSTITUTIONALLY FROM INCEPTION CAUSING PLAINTIFFS INJURY BY NOT MASKING OR QUARINTING OR DISTANCING. #7-13 WERE ORDERING VALDEZ TO USE THIS POLICY UNCONST. BY NOT ALLOWING HER TO QUARINTINE, #5 & 6 AIDED AND ABETTED IT. THIS POLICY IS KNOWN BY DEFENDANT DAVID SHINN AS OUR POLICY MAKERS & #7-13 WHOM WERE RESPONSIBLE FOR CURING IT, BUT DIDNT BEFORE PLAINTIFFS INJURYS ARISED W/ DELIB & SUPERVISIONAL RECKLESS INDIFF. TO IT AND OBVIOUS HARM IT WOULD CAUSE PLAINTIFFS CREATING AN OFFICIAL §1983 POLICY VIA CONDONED CUSTOMS & USAGE & KNOWLEDGE & INACTION GUIDING VALDEZ TO USE IT UNCONST. AND HARM PLAINTIFFS... AND DEFENDANTS #4-16 CONSPIRED & AGREED TO DO IT ALL & DID IT REPETITIVELY ... KNOWING IT WOULD HARM PLAINTIFFS AND VIOLATE THEIR RIGHTS ... RENDERS EM LIABLE IN OFFICIAL & INDIVIDUAL CAPACITIES JOINTLY & SEVERED & AS ACCOMPLICES ... = (MALICIOUS & SADISTIC U. OF FORCE & D. FORCE SUMMARILY) ALLOWIN VALDEZ' MERE PRESENCE ON SUNDAY, MON & TUES IS WHAT THEY DID TO HARM PLAINTIFFS & VALDEZ DOING IT IS EVEN WORSE, END OF CLAIM

## D. CAUSE OF ACTION

### COUNT # 5

1. State the constitutional or other federal civil right that was violated: 8TH & 14TH Summarily W/O Due Process. & Torture Victims Protection act of 1991 [see Also ¶ 3 At pg 7 A].

2. **Count #5** Identify the issue involved. Check **only one**. State additional issues in separate counts.

☐ Basic necessities ☐ Mail ☐ Access to the court ☐ Medical care
☐ Disciplinary proceedings ☐ Property ☐ Exercise of religion ☐ Retaliation
☒ Excessive force by an officer ☐ Threat to safety ☐ Other: ______
& Unnecessary use of D. Force

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

[see pgs 7-7F]

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

[see ¶ 1total at pg 7.01

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Count I? ☒ Yes ☐ No
   c. Did you appeal your request for relief on Count I to the highest level? ☒ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. ______

SHAW

Courts Copy of Original Hand Written

4. Injurys Continued: PLAINTIFFS #1,2,3,4,5,6,7,11,12,15,20's Injury's [One, More & or All]... (1) DAMAGE to immune system T & B-Cells &or Exzerbation (2) unknown & unforseeable (3) Lung Damage (4) Brain Damage (5) Heart Damage (6) Hinderance of Organs; O2 production To 100% Body; loss Taste; loss Smell; 100% Body Damage (7) Mental Anguish (8) Emotional Distress (9) Exzerbation of pre-Existing Injuries (10) Migraine; Head; Eye; Ear Pain (11) Covid pneumonia (12) Covid Asthma (13) PTSD (14) Cognitive Memory; Motor; Rationality Disfunction (15) Back Pain or Kidney Pain (16) Stomach & Digestive Damage (17) Bone/Skeletal/Teeth Damage (18) Muscle Damage & Deteriation (19) Sore Throats (20) Fatiuge (21) Body Spasms (22) Anxiety (23) Depression (24) Hatred (25) Forced prejudicy Towards Defendant[s] (26) loss of 1-3 years of human life & OR Exzerbation (27) loss of Quality of life (28) Mental Pain & Sufferring (29) physical pain & sufferring (30) undue Burdon / hardships (31) Unknown & Unforseeable (32) Undetectable / Untraceable (33) Initial Pains flu like Symptoms (34) long Haul Covid Disabilities[s] & OR Exzerbation

COUNT V = ___ PAGES = 7

3. SUPPORTING FACTS ...

PLACE OF INCIDENT[S] CENTRAL UNIT + CENTRAL UNIT CAFETERIA + KITCHEN / FLORENCE PRISION COMPLEX ...

DATE[S] OF INCIDENT[S] APRIL 2020 [APPROXIMATED DATES 4/1/2020 - 4/27/2020]

RE: EXCESSIVE FORCE [COUNT V] → USE OF DEADLY FORCE UNNECESSICARILY + EXCESSIVE FORCE = ('MALICIOUS + SADISTIC USE OF FORCE) + (SUMMARRY CORPORAL + CAPITAL PUNISHMENT) VIA UNNECESSICARY INFECTIOUS DISEASE EXPOSURE "TOUCHING THE PLAINTIFF[S] MUCOUSE MEMBRANES THREW SURFACE + AIR BORNE INFECTIOUS DISEASE EXPOSURE KNOWING IT WOULD CAUSE PLAINTIFF[S] HARM + SERIOUS INJURY[S] + UNKNOWN + UNFORSEEABLE INJURY[S]... VIOLATING PLAINTIFF[S] 8TH + 14TH AMEND. RIGHTS SUMMAIRILY ... (SUPERVISIONAL / POLICYMAKER / STOCK HOLDER / EXECUTIVE / EMPLOYER LIABILITY)

CLAIMS BY PLAINTIFF[S] #1,2,3,4,5,6,7,11,12,15,20

CLAIMS AGAINST DEFENDANTS -- #17 TRINITY INC, #18 TRINITY INC; DIRECTOR UNKNOWN NAME, TRINITY INC DIRECTOR / ADCRR OPERATIONS UNKNOWN NAME - DEFENDANT #19, #20 TRINITY INC; OWNER[S] et al UNKNOWN NAME[S], #21 TRINITY INC.; POLICY MAKING COMMITTY UNKNOWN NAMES, #22 TRINITY INC.; STOCK HOLDERS UNKNOWN NAME[S], #23 TRINITY INC; EXECUTIVE BOARD OF DIRECTORS / BOARD MEMBERS et al UNKNOWN NAMES, #24 TRINITY INC.; ADCRR / FLORENCE COMPLEX HEAD MANAGER[S] UNKNOWN NAMES, #25 TRINITY INC; ADCRR / FLORENCE COMPLEX / CENTRAL UNIT'S HEAD MANAGER, #26 TRINITY INC; DEFENDANT (SHAW) ... REQUEST FOR RELIEF: ANY AND ALL RELIEF COURT DEEMS NECESSICARY + ALL RELIEF AT #'s PGS 7E-9 + #

ACTING UNDER COLOR DEFENDANT[S] #'s 17-26 VIOLATED PLAINTIFF[S] 8TH + 14TH AMENDMENT RIGHTS TO BE FREE OF EXCESSIVE FORCE + THE UNNECESSICARY USE OF DEADLY FORCE CAUSING SERIOUS INJURY + UNKNOWN + UNFORSEEABLE INJURY[S] AND PAIN. ACTING UNDER COLOR OF LAW.

DEFENDANTS #'s 17-26 ARE DEFENDANT TRINITY INCS + SHAWS; ; OWNERS; DIRECTORS; STOCK HOLDERS; ADMINISTRATIVE BOARD MEMBERS; POLICY MAKERS; + EXECUTIVES + SUPERVISORS OF ALL TRINITY INC CONTRACTED + NON CONTRACTED (CIVILIAN + ADCRR) OPERATIONS AND POSSESS POLICY MAKING POWERS + CONTROL ALL THIER SUBORDINATE AGENTS ... WITH DUTY AND COMPLETE RESPONSIBILITY[S] TO CREATE THIER COMPANYS POLICYS + TO CORRECT ANY DEFICIENT PRATICE THAT FORSEEABLY WILL CAUSE HARM TO THIER CUSTOMERS + PRISIONERS AND VIOLATE RIGHTS ...

(*ITS ALL ON ADCRR CAMERA STATE WIDE)

HERE IN THIS CASE TRINITY INC CREATED HAZARDOUS PRATICE OF NOT ADHERING TO CDC COVID-19 + STATE AZ + U.S.A EXECUTIVE + ADHS ORDERS / GUIDANCE / POLICY FOR STATE AZ PRISIONS BY FAILING

TO ALLWAYS (A) WEAR MASK (B) QUARINTINE UPON NOTICE OF COVID LIKE SYMPTOMS (C) QUARINTINE AFTER CONTACTING AN INFECTED INDIVIDUAL (D) CONDUCTING COVID-19 TESTING & TRACING AFTER EVERY COVID-19 INCIDENT (E) SOCIAL DISTANCING (F) BEING HONEST UPON COVID-19 DAILY ADCRR/CENTURION SCREENINGS AT FACILITY ENTERANCES & SALLY PORT INSPECTIONS/SCREENINGS ... CREATING UNNESSICARY DANGERS TO PRISIONERS THEY WORK WITH INSIDE ADCRR CAFETERIAS/KITCHENS ...

AND UPON ACTUAL NOTICE DISREGARDED IT AND FAILED TO CURE IT FOR AT LEAST 6 MONTHS BEFORE PLAINTIFF[s] INJURIES/(?) HARM ARISED IN THIS COUNT BEING MOVING FORCES (FAULT & CAUSATION) FOR KNOWLEDGE OF THESE HAZARDOUS PRATICES & SUBSEQUENT INACTION WITH EXECUTIVE/STOCK HOLDER/OWNER/EMPLOYER/SUPERVISIONAL/POLICY MAKER RECKLESS & DELIBERATE INDIFFERENCE TO THE FORSEEABLE DANGERS & RISKS OF HARMING PRISIONERS & VIOLATING THIER RIGHTS BY NOT CORRECTING ITS AGENTS CREATION & USAGE OF THIS HAZARDOUS NON ADHEARANCE TO COVID-19 (ADCRR (CDC, ADHS, U.S.A EXEC., STATE AZ EXEC.) ORDERS JUST DESCRIBED ... KNOWING IT WOULD RESULT IN THE PLAINTIFF[s] INJURIES & DAMAGES & VIOLATED RIGHTS ... CREATING AN OFFICIAL § 1983 POLICY "MONELL" "CANTON" "FARMER" THAT GUIDED DEFENDANT JANE/JOHN DOE #1 TO UNCONSTITUTIONALLY EXECUTE THIS POLICY ON THE PLAINTIFF[s] DUE TO DEFENDANTS # 17-26 'S INDIFFERENCE & CALLOUS DISREGARD

THE PLAINTIFFS WOULDNT BEEN INJURED IF NOT FOR THEIR INDIFFERENCES BECAUSE IN ALTERNATIVE DEFENDANTS # 17-26 WOULD HAVE CURED THIS DEFICIENCY BY PROVIDING ADDITIONAL TRAINING, GUIDANCE, CONTROL, SUPERVISION FOR ITS AGENTS & DEFENDANT #26 ON WHY ITS IMPORTANT TO ALLWAYS FOLLOW THE GUIDELINES FOR COVID & ON WHAT THE RESULTS COULD BE WHEN IN DISOBEADIENCE & ON THE FACT THAT DURING THIS TIME THEIR WAS NO POSSIBLE OTHER WAY THE PLAINTIFF[s] COULD BE EXPOSED/INFECTED WITH COVID BECAUSE ALL PRISIONS WERE UNDER LOCK-DOWN (NO VISITS, NO CONTACT WITH CIVILIANS OR SOCIETY) IN A CLOSED ENVIORNMENT SECURED & STAFF IS ONLY WAY TO INFECT THEM ... SO BY FAILING TO DO SO ... THIS ADDITIONAL DELIBERATE INDIFFERENCE & DEFICIENT TRAINING, GUIDANCE, CONTROL, SUPERVISION

COMPOUNDED THE RISKS OF (A) STAFF NOT FOLLOWING THE GUIDELINES (ENDANGERING THE PLAINTIFFS) & (B) STAFF NOT BEING EQUIPPED WITH THE KNOWLEDGE & NECESSICARY SKILLS & UNDERSTANDING ON HOW DANGEROUS COVID-19 IS (RENDERING DOE #1 INCAPACITATED TO FOLLOW THE RULES) (ENDANGERING THE PLAINTIFFS)... & (C) [redacted] #26 & ALL TRINITY AGENTS CREATION OF THE HAZARDOUS PRATICE INTO OFFICIAL TRINITY POLICY (ENDANGERING THE PLAINTIFFS)... ALL WERE MOVING FORCES BEHIND THIS INCIDENT AND BEHIND PLAINTIFFS RESULTING & FORSEEABLE HARM & VIOLATED RIGHTS... RENDERING... DEFENDANTS # 17-26 EQUALLY IF NOT MORE LIABLE FOR PLAINTIFFS INCURRED INJURYS & VIOLATED RIGHTS FOR THEIR DIRECT INVOLVEMENT / KNOWLEDGE & INACTION & ENDORSEMENT AND APPROVAL OF THESE DEFFICENCIES & CREATIONS OF THESE ADVERSE CDC, ADHS, ADCRR, AZ, U.S.A COVID-19 POLICYS & FOR THIER SUBSEQUENT EMPLOYEES [redacted] #26'S UNCONST USAGE ON THE PLAINTIFFS... WHEN IN ALTERNATIVE DEFENDANTS # 17-26 KNEW IT WAS A STATE-WIDE PRATICE & HAD THE MEANS TO RETRAIN, GUIDE, CONTROL SUPERVISE [redacted] #26... BUT REFUSED TO & FAILED TO CORRECT THESE ISSUES... KNOWING IT WOULD GUIDE [redacted] #26 VIA THEIR JOINT PROMULGATION & [redacted] TACIT ENCOURAGEMENT TO HARM THE PLAINTIFFS... IF NOT FOR ALL THIS DELIBERATE INDIFFERENCE THE PLAINTIFFS WOULDNT BEEN HARMED BY [redacted] #26 BECAUSE DOE #1 WOULD HAVE QUARINTINED.

ACTING UNDER COLOR OF LAW... DEFENDANT #24, 25 ORDERED DEFENDANT [redacted] #26 TO WORK INFECTED WITH COVID-19 KNOWING IT WOULD HARM THE PLAINTIFFS... DEFENDANTS #24, 25 ARE SUPERVISORS OF [redacted] #26 AND KNEW [redacted]S #26 DUTY WAS A KITCHEN SUPERVISOR... WITH TASKS TO WORK HAND IN HAND WITH PRISIONERS INSIDE THE CENTRAL UNIT KITCHEN & TO PASS TRAYS TO PRISIONERS THREW THE SERVICE WINDOW AND KNEW [redacted] #26 WOULD END UP EXPOSING ALL WORKERS AND THE PLAINTIFFS SURFACELY & AIR BORN AND SHOULD HAVE NEVER ORDERED [redacted] #26 TO WORK INFECTED AFTER [redacted] #26 REQUESTED LEAVE. RENDERING THEM BOTH SUPERVISIONALLY LIABLE FOR THEIR DIRECT INVOLVEMENT CAUSING THIS INJURY.

[redacted] #26 IS ALSO LIABLE FOR WORKING INFECTED AND

NOT WEARING A MASK **OR GLOVES** THE ENTIRE 21 DAY PERIOD DURING HER INFECTIOUS STAGES...

ACCORDING TO [redacted] #26. [redacted] #26 HAD TO WORK INFECTED BECAUSE HER BOSSES DEFENDANTS #24, 25 WOULDNT LET HER TAKE OFF WORK AND WOULD FIRE HER... SHAW [redacted] #26 DISCLOSED THIS INFO TO PLAINTIFFS #5, 1 (TWICE TO PLAINTIFF #5) & (ONCE TO PLAINTIFFS #1)...

DURING THE SECOND INTERACTION, [redacted] #26 WAS ILL, CAUGHING, SMOKING A CIGCARETT BLOWING SMOKE IN PLAINTIFFS #5, 1'S FACES TELLING HER TRUTH... [redacted] #26 REMAINED ILL FOR AT LEAST THE ENTIRE MONTH... CONTINUIOUSLY EXPOSING THE PLAINTIFFS TO COVID MASKLESS...

ABOUT 2-3 DAYS PRIOR TO [redacted] CONFESSION PLAINTIFF #5, 01 BEGAN TO EXPERIENCE COVID-19 SYMPTOMS (HEAD ACHES, EYE ACHES, BODY CRAMPS & SPASMS) COMPOUNDING THEIR PRE-EXISTING COVID-19 INJURIES...

[redacted] VIOLATED PLAINTIFFS #5, 1 8TH & 14TH AMEND RIGHTS TO BE FREE FROM EXCESSIVE FORCE & THE UNNECESSICARY USE OF DEADLY FORCE BY EXPOSING THEM TO COVID, AS WELL AS VIOLATED PLAINTIFFS #1-7, 11, 12, 15, 20 'S SAME RIGHTS BY EXPOSING THEM TO COVID VIA SURFACE & AIR BORNE TRANSMISSION THREW THE FOOD SERVICE TRAP WINDOW THAT BLOWS OUT A STEADY SEMI POWERFUL BREEZE OF AIR FROM THE KITCHEN THREW THE WINDOW THAT CONTAMINATES BODY PARTS (ARM, HAND) CLOTHING & FOOD & APPLIANCES & HITS PLAINTIFFS IN FACE WHEN LOOKING INSIDE THE TRAP...!

NOT MASKING, QUARINTING, DISTANCING, WEARING GLOVES & PPE, NOT TRAINING, CONTROLING, GUIDING, SUPERVISING [redacted] #26, CREATING THIS POLICY... WASNT UNCONST. UNTIL DOE #1 USED IT ON THE PLAINTIFFS CAUSING INJURY... [redacted] #26 ACTS WERE DONE SUMMARILY WITHOUT DUE PROCESS IN VIOLATIONS OF BOTH 8TH & 14TH AMENDMENTS BY CAPITAL & CORPORAL PUNISHMENT WITH INFECTIOUS DISEASE EXPOSURE WHICH ENHANCED PLAINTIFFS SENTENCING PERAMETERS W/O LICENSE OR COURT ORDER. CAUSING PLAINTIFFS INJURYS AT PG 201 &

SHAW EX. FORCE [illegible]

REQUEST 4 RELIEF

PLAINTIFF[s] # 1,2,3,4,5,6,7,11,12,15,20 EACH SEPERATELY REQUEST DEFENDANT[s] #17,18,19,20,21,22,23,24,25,26, THE FOLLOWING RELIEF PER DEFENDANT[s] MANY OFFICIAL & INDIVIDUAL CAPACITIES CONSECUTIVELY... PER DEFENDANT PER PLAINITIFF... [+PER PLAINTIFFS PRIVATE CORPORATIONS] consecutively (1) ANY + ALL RELIEF COURT DEEMS NECESSICARY; + (2) $250,000,000.00 (MENTAL PAIN & SUFFERRING) + (3) $175,000,000.00 (MENTAL ANGUISH) + (4) $250,000,000.00 (EMOTIONAL DISTRESS) + (5) $1,000,000,000.00 (PHYSICAL PAIN & SUFFERRING) + (6) $2,750,000,000.00 (FOR ANY/ONE MORE & ALL PLAINTIFFS RESULTING INJURIES) + (7) $125,000,000,000.00 (FOR DEFENDANT[s] 8TH AMEND VIOLATION OF UNNECESSICARY USE OF DEADLY FORCE RESULTIN IN PLAINTIFF[s] INJURIES & VIOLATED RIGHTS) + (8) $75,000,000,000.00 (FOR DEFENDANT[s] 8TH AMEND VIOLATION - EXCESSIVE FORCE RESULTING IN PLAINTIFF[s] INJURIES & VIOLATED RIGHT) + (9) $40,000,000,000.00 (FOR ACCOMPLICE LIABILITY) + (10) $40,000,000,000.00 (FOR SUPERVISIONAL LIABILITY) + (11) $100,000,000,000.00 (EXECUTIVE LIABILITY) + (12) $100,000,000,000.00 (FOR LIABILITY: POLICYMAKER) + (13) $400,000,000,000.00 (FOR INSURER LIABILITY) + (14) $400,000,000,000.00 (FOR EMPLOYER LIABILITY) + (15) $250,000,000,000.00 (PRIVATE ENTITY "MONELL" LIABILITY "TRINITY. INC FOR ITS POLICYS CITED HEREIN COUNT V BEING MOVING FORCE BEHIND PLAINTIFFS INJURIES VIA UNCONST USAGE BY SHAW & SUPERVISIONS/ EXECUTIVES/POLICYMAKER INDIFFERENCE TO POLICY = CONDONED CUSTOMS (PUNITIVE + EXEMPLARY DAMAGES = 250 MIL X 2) TOTALING 500 BILLION DOLLARS ($500,000,000,000.00) + (16) 100% OWNERSHIP OF DEFENDANTS TRINITY INC. STOCK/STAKES/SHARES/BONDS IN % THEY EACH POSSESS TO BE LIENED/SIEZED & TRANSFERRED TO PLAINTIFF[s] TO EQUALLY SPLIT TO BE EQUAL OWNERS OF TRINITY INC© (FOR ANY + ALL RELIEF COURT DEEMS NECESSICARY [STOCK HOLDER LIABILITY] + (17) $500,000,000,000.00 CHARGE/BILL FOR VIOLATING PLAINTIFF[s] 8TH & 14TH AMEND DUE PROCESS RIGHTS SUMMAIRILY ... PER VIOLATION CONSECUTIVELY: (A) EXCESSIVE FORCE (SUMMARRY CORPORAL PUN.); (B) UNNECESSICARY USE OF DEADLY FORCE (SUMMARRY ATTMPT. CAPITAL PUN.); (C) EXCESSIVE FORCE (SUMMARRY ATTMPT CAPITAL PUN.); (D) UNNECESSICARY USE OF DEADLY FORCE (SUMMARRY CORPORAL PUNISHMENT) GRAND TOTALING $2,000,000,000,000.00 + (18) $99,000,000,000.00 (PUNITIVE DAMAGES) + (19) $99,000,000,000.00 (EXEMPLARY DAMAGES) + (20) $1,000,000,000,000.00 FOR DEFENDANT[s] SUMMAIRILY VIOLATIONS OF PLAINTIFF[s] 14TH AMEND RIGHT TO "LIFE" "INTERESTS" CAUSING PLAINTIFF[s] TO LOSE AT LEAST 1-3 YEARS OF HUMAN LIFE & UNFORSEEN LIFE + (21) $500,000,000,000.00 FOR DEFENDANTS VIOLATING PLAINTIFFS 14TH AMEND "LIFE" INTERESTS SUMMAIRILY CAUSING PLAINTIFFS TO INCURR severe/PERMENANT LOSS OF QUALITY OF LIFE W/O DUE PROCESS.

(22) UPON JUDGEMENT/SETTLEMENT IF DEFENDANT[s] CANT COVER THIS RELIEF IN CASH MONEY PLAINTIFFS EACH REQUEST IN ALTERNATE DEFENDANTS FORFIETURE OF ANY AND ALL REAL & PERSONAL PROPERTY LIENED/SIEZED/TRANSFERRD OWNERSHIP TO PLAINTIFFS TO EQUALLY SPLIT IN % THERE OWED (NOT LIMITED TO HOMES, CARS, ASSETTS, BUSINESSES.) FOR ANY + ALL RELIEF COURT DEEMS NECESSICARY +(23) DOUBLE DAMAGES

GRAND TOTALS = $ 11,439,623,000,000 (EST) x 4 .00 (MAX DEMAND PER DEFENDANT # 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, EACH. PER PLAINTIFF # 1, 2, 3, 4, 5, 6, 7, 11, 12, 15, 20 's PUBLIC BANK ACCOUNTS & SEPERATELY SAME SUM DEMAND BY PLAINTIFFS CORPORATION[s] TO BE GIVEN TO THE U.S. TREASURY AS A PLEDGE ON BEHALF OF THE CELESTI QUE[s] TO PLAINTIFFS PRIVATE TRUSTS TO + THE LEDGERS ,,THIS ACCOUNTS CONNECTED TO THEIR SSN

SO $ 11,439,623,000,000.00 (EST) x4 (PLAINTIFFS PUBLIC)
+ $ 11,439,623,000,000.00 (EST) x4 (PLAINTIFFS PRIVATE US TRUSTS)
PER DEFENDANT # 17, 18, 19, 20, 21, 22, 23, 24, 25, 26

* PLAINTIFFS ALL RESERVE THE RIGHT TO AMEND/ADJUST/MITIGATE/AGGRAVATE/ENHANCE/ADD TO THESE RELIEF REQUESTS.

THE PRIVATE DEMAND IS TO BE PAID TO PLAINTIFFS U.S. TRUST (STRAW-MAN) /U.S.A DIRECTLY TO EACH PLAINTIFFS CORPORATIONS AS A PLEDGE/GIFT/DONATION BY EACH PLAINTIFF TO THIER PRIVATE ACCOUNTS TO + THE PRIVATE ACCOUNTS LEDGER[s] ... THE PUBLIC DEMAND GOES TO PLAINTIFFS DIRECTLY.

## D. CAUSE OF ACTION

**COUNT** • 6

1. State the constitutional or other federal civil right that was violated: 8th & 14th Summarily w/o Due Process & Torture Victims Protection Act of 1991 [see also ¶ 1 at pg 8A]

2. **Count I.** Identify the issue involved. Check **only one**. State additional issues in separate counts.

- ☐ Basic necessities
- ☐ Mail
- ☐ Access to the court
- ☐ Medical care
- ☐ Disciplinary proceedings
- ☐ Property
- ☐ Exercise of religion
- ☐ Retaliation
- ☒ Excessive force by an officer & UNN. USE OF DEADLY FORCE
- ☐ Threat to safety
- ☐ Other: ______

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

[see pgs 8-8D]

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

[see ¶ 4 At pg 8B]

5. **Administrative Remedies:**

a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No

b. Did you submit a request for administrative relief on Count I? ☒ Yes ☐ No

c. Did you appeal your request for relief on Count I to the highest level? ☒ Yes ☐ No

d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. ______

DOE #2 / MEDLEY / GONZALES

COUNT 6 = 5 PAGES TOTAL

3: SUPPORTING FACTS:

EXCESSIVE FORCE COUNT 6 ... AGAINST DEFENDANT[s]: #27 (JANE/JOHN DOE #2), [redacted] #28 ADCRR; LT; MARTIN GONZALES, #29 ADCRR; SGT; MEDLEY ... PLACE OF INCIDENT: CENTRAL UNIT ADCRR FLORENCE PRISION ... APPROXIMATE DATE[s] OF INCIDENT: BETWEEN OCT 2022 + NOV 2022 ... RE: EXCESSIVE FORCE + UNNECESSICARY USE OF DEADLY FORCE (MALICIOUS + SADISTIC USE OF FORCE) + (SUMMARY CORPORAL + ATTMPT. CAPITAL PUNISHMENT) VIA DIRECT INVOLVEMENT (SUPERVISIONAL LIABILITY; MEDLEY; GONZALES: ORDERING / DIRECTING THIS COUNT TO ARISE) + VIA UNNECESSICARY INFECTIOUS DISEASE EXPOSURE (CALLOUSLY W/RECKLESS INDIFFERENCE KNOWING PLAINTIFF[s] HARM WILL ARISE + CAUSE FORSEEABLE + UNKNOWN INJURIES ... VIOLATING PLAINTIFF[s] 8TH + 14TH AMEND RIGHTS SUMMAIRILY CLAIM[s] BY PLAINTIFF[s] #'s 1,2,[redacted],4,6,7,9,10,14,18,19,20

PLAINTIFF[s] REQUEST FOR RELIEF: (1) $250,000,000.00 (MENTAL ANGUISH) (2) $250,000,000.00 (EMOTIONAL DISTRESS) (3) $250,000,000.00 (MENTAL PAIN + SUFFERRING (4) $250,000,000.00 (PHYSICAL PAIN + SUFFERRING (5) $2,000,000,000.00 (FOR VIOLATING PLAINTIFF(s) 8TH AMEND RIGHT[s] TO BE FREE OF EXCESSIVE FORCE) (6) $5,000,000,000.00 (FOR VIOLATING PLAINTIFF'S 8TH AMEND RIGHTS TO BE FREE FROM THE UNNECESSICARY USE OF DEADLY FORCE) (7) $5,000,000,000.00 (FOR VIOLATING PLAINTIFF[s] 8TH + 14TH AMEND RIGHT[s] TO BE FREE FROM SUMMARRY CORPORAL PUN. W/O DUE PROCESS) (8) $7,500,000,000.00 (FOR VIOLATING PLAINTIFF[s] 8TH + 14TH AMEND. RIGHTS TO BE FREE OF SUMMARRY ATTMPT. CAPITIAL PUN. W/O DUE PROCESS (9) $10,000,000,000.00 (PUNITIVE DAMAGES) (10) $1,000,000,000.00 (EXEMPLARY DAMAGES) (11) $7,500,000,000.00 (FOR ONE MORE OR ALL PLAINTIFF[s] RESULTING INJURIES + FUTURE + UNFORSEEN INJURIES) (12) $3,500,000,000.00 (FOR ANY AND ALL ADDITIONAL RELIEF COURT DEEMS NECESSICARY) (13) $9,999,999.99 LIEN/RESTITUTION ORDER/GARNISHED WAGES FROM DEFENDANT[s] MEDLEY + GONZALES TO BE AUTO DEDUCTED OUT EACH PAY CHECK BY THIER EMPLOYER[s] IN 20% DEDUCTIONS + AUTO/DIRECT DEPOSITED ON TO PLAINTIFF[s] ADC BANKING ACCOUNTS FOREVER UNTIL PAID (FOR INJURY COMPENSATION/PUNITIVE + EXEMPLARY DAMAGES TO PUNISH EACH INDIVIDUALLY) (14) ANY + ALL RELIEF COURT DEEM NECESSICARY (15) DOUBLE DAMAGES...

... PER PLAINTIFF PER DEFENDANT CONSECUTIVELY IN DEFENDANTS INDIVIDUAL + OFFICIAL CAPACITIES = $87,000,000,000.00 (EST)00 PER PLAINTIFF EACH ... PER DEFENDANT #27, MEDLEY, + GONZALES CONSECUTIVELY

PLUS

$9,999,999.99 X2 LIEN/GARNISHED WAGES/RESTITUTION FROM GONZALES + MEDLEY PER DEFENDANT PER PLAINTIFF CONSECUTIVELY INCLUDES DOUBLE DAMAGES

PLAINTIFF[S] [illegible] #'s 1,2,4,6,7,9,10,14,18,19,20 RESULTING INJURIES (ONE MORE AND OR ALL): (1) UNNECESSICARY INFECTIOUS DISEASE EXPOSURE (2) MUTATION OF DNA/RNA (3) DAMAGE TO IMMUNE SYSTEM T+B CELL[S] (4) 100% BODY + ORGAN + CELL DAMAGE (5) MUSCULAR/SKELETAL DAMAGE (6) BONE DAMAGE/BONE/TEETH DETERIATION (7) LOSS OF 1-3 YEARS OF LIFE SPANS (8) LOSS OF QUALITY OF LIFE (9) EXZERBATION OF PRE EXISTING MENTAL HEALTH, COVID-19, + HEALTH CARE CONDITION[S] (10) PTSD (11) MENTAL ANGUISH (12) FEAR OF DEATH (13) WHOOPING CAUGH (14) COVID ASTHMA (15) COVID FATIUGE (16) COVID HEAD, EYE, EAR, BODY PAIN (17) FATIUGE (18) LUNG, BRAIN, HEART, KIDNEY DAMAGE + PAIN (19) COGNITIVE MOTOR + MEMORY DISFUNCTION (20) MENTAL PAIN + SUFFERING (21) PHYSICAL PAIN + SUFFERING (22) ANXIETY (23) DEPRESSION (24) LONG HAUL COVID DISABILITY (25) LOSS OF TASTE/SMELL + OR EXZERBATION (26) HATRED (27) UNKNOWN + UNFORSEEABLE INJURYS + HARDSHIPS

CAUSE OF ACTION

ACTING UNDER COLOR OF LAW... BETWEEN OCTOBER + NOVEMBER 2022 (APPROXIMATELY *NOTE ACTUAL DATE WILL BE OBTAINED UPON DISCOVERY WHEN RECORDS ARE SUBPEONAD)... DEFENDANTS ADCRR; LT GONZALES + SGT MEDLEY ORDERED DEFENDANT #27 (DOE #2) TO VIOLATE PLAINTIFFS #1,2,4,6,7,9,10,14,18,19,20 's 8TH AND 14TH AMEND DUE PROCESS RIGHTS TO BE FREE FROM CR. UN. PUN., CORPORAL PUN + ATTMPT. CAPITAL PUN... SUMMAIRLY W/O DUE PROCESS... BY CONSPIRING W/ DOE #2, FOR DOE #2 TO KNOWINGLY WORK INFECT[IOUS] [ED]/CARRYING THE COVID-19 VIRUS INTO CENTRAL UNIT PRISION... KNOWING IT WOULD VIOLATE PLAINTIFF[S] RIGHTS + HARM THE PLAINTIFFS VIA EXCESSIVE FORCE + UNN. USE OF DEADLY FORCE ONCE DOE #2 COMMITTED THE ACT.

AT THIS TIME GONZALES & MEDLEY (ACCORDING TO DOE #2 WERE HER/HIS SUPERVISORS W/ DUTY TO PROTECT THE PLAINTIFFS & IN CHARGE OF ASSIGHINING DOE #2 TO POST & WITH AUTHORITY TO GRANT DOE #2 TO QUARINTINE...

DOE #2 WAS THEIR SUBORDINATE OFFICER W/DUTY TO FOLLOW ORDERS, AND BE A FLOOR OFFICER IN CELL BLOCK 7 ... W/ DUTY TO PROTECT & SECURE THE PLAINTIFF [s] ... (*PLEASE NOTE TO PROVE THIS THE MEDICAL RECORDS (FAMILY OF DOES) WILL BE SUPEONAD TO SHOW THIS TRUTH)

ACCORDING TO DOE #2 UPON ADMISSION TO PLAINTIFF #1 INSIDE CELL BLOCK 7... THAT DURING THIS TIME FRAME DOES [redacted] FAMILY MEMBER HAD COVID-19... AND DURING OFF DAYS (THURS, FRI, SAT) DOE REMAINED IN HOSPITAL BY FAMILY MEMBERS SIDE THE ENTIRE TIME. UNTIL DOE NOTIFIED MEDLEY & GONZALES OF THE ORDEAL & THREAT POSED TO THE PLAINTIFF [s] IF DOE WORKED.

ACCORDING TO DOE ... ON SATURDAY ... DOE CONTACTED BOTH MEDLEY & GONZALES REQUESTING TO BE QUARINTINED DUE TO CONTACT W/ THE ILL FAMILY MEMBER & ALSO REQUESTED LEAVE TO REMAIN BY THE FAMILY'S SIDE OUT OF LOVE & FEAR OF. LOSS ... AND EACH DISREGARDED IT ALL AND BLACKMAILED DOE TO WORK VIA DIRECT ORDER & THREATENING DOE OF DISCIPLINARY & NO PAY FOR NOT WORKING ...

ACCORDING TO DOE ... AT FIRST DOE REFUSED & NOTIFIED GONZALES & MEDLEY THAT HES CONTAGIOUS & WILL HARM THE PLAINTIFFS & IT WAS DISREGARDED. IN COUNTER GONZALES & MEDLEY ASKED DOE IF DOE EXPERIENCED SYMPTOMS AND DOE RESPONDED NO ... SO GONZALES & MEDLEY INSTRUCTED DOE TO COME TO WORK ANY WAY AND TO KEEP DOE'S MOUTH SHUT...

ACCORDING TO DOE ... DOE HAD TO FOLLOW ORDERS & COULDNT AFFORD THE NOT BEING PAID, SO DO DID AS TOLD AND WORKED THE ENTIRE WEEK & DOE'S ASHAMED BECAUSE DOE KNOWS DOE WAS CONTAGIOUS AT THE LEAST & SPREAD THE VIRUS TO THE PLAINTIFFS UPON DIRECT & INDIRECT INTERACTION & WAS UPSET AT GONZALES & MEDLEY FOR DISREGARDING DOE'S FAMILY

CRISIS, DOES HEALTH RISK, AND THE DANGER POSED TO PLAINTIFFS ... (IS EXCESSIVE & USE OF DEADLY FORCE VIA AIRBORNE INFECTIOUS DISEASE EXPOSURE THREW MUCOUSE MEMBRAINES SUMMARILY) APPROXIMATELY THAT FOLLOWING WEEK EACH PLAINTIFF WAS EXPERIENCING COVID SYMPTOMS & SEVERE PAIN UNABLE TO BREATH & HURTING, WITH NO CLUE OF THE CAUSE & EXPERIENCING THE INJURYS AFOREMENTIONED IN INJURY SECTION.

PLAINTIFF #1 LEARNED THIS INFO BECAUSE ON THE DATE DOE #2 CONFESSED TO PLAINTIFF #1. PLAINTIFF WAS EXPLAINING TO DOE #2 WHAT DELIBERATE INDIFFERENCE IS BY EXAMPLING DEFENDANTS VALDEZ'S CLAIMS AGAINST HER & SUPERVISION ... UPON THIS DOE #2 HAD AN EPIFIANY AND DISCLOSED THIS COUNT AFTER PLAINTIFF SAID EVERY ONE KEEPS GETTING SICK AND PLAINTIFFS SICK NOW... DOE #2 THEN ADMITTED IT WAS DOE #2's FAULT & DISCLOSED THE INFO PROVIDED ON MEDLEY, GONZALES & THE FAMILY INCIDENT.

UPON FINDING PLAINTIFF #1 NOTIFIED DOE #2 HE'D BE SUING DOE #2, MEDLEY & GONZALES FOR THIS INCIDENT... AND DOE #2 SAID OK ... AND THAT DOE #2 WAS SORRY AND WISH IT DIDNT HAPPEN.

*THIS IS WEAPONIZING DOE #2 & COVID-19 BY SUPERVISORS GONZALES & MEDLEY W/ UTTER DISREGARD FOR THE OBVIOUS HARM THAT WOULD ARISE TO PLAINTIFFS. BEING THE MOVING FORCE BEHIND THIS INJURY, & THEN DOE #2 COMMITTING IT COMPOUNDS (AGGRAVATES) IT. THIS WAS PRE PLANNED & PREVENTABLE, BUT WASNT. RENDERING EM ALL LIABLE AS ACCOMPLICES & GONZALES & MEDLEY LIABLE SUPERVISIONALLY FOR GUIDING IT TO OCCUR & NOT CONTROLLING DOE #2 ... THIS WAS DONE SUMMAIRILY W/O DUE PROCESS, ENHANCING PLAINTIFFS SENTENCING PERAMETERS W/O LICENCE OR COURT ORDER.

DOE #2 WAS UNCONSTITUTIONALLY USING ADCRRS POLICY OF DISOBEDIANCE TO STATE/FEDERAL/CDC/ADHS PRISION COVID-19 POLICY, MANDATES & GUIDANCE BY WORKING INFECTIOUS, NOT MASKING & DISTANCING THIS IS THE SAME POLICY USED IN EACH COUNT. RENDERS EM LIABLE IN ALL CAPACITIES FOR PLAINTIFFS INJURIES AS ACCOMPLICES. DOE/MEDLEY/GONZA[illegible] COUNT 6 PAGE 8D [illegible]

END OF COUNT 6

## D.  CAUSE OF ACTION

### COUNT # 7

1. State the constitutional or other federal civil right that was violated: 8ᵗʰ ᵉ 14ᵗʰ Summarily w/o

~~Due Process e Torture Victims Protection Act of 1991~~

2. **Count #7** Identify the issue involved.  **Check only one.**  State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Disciplinary proceedings
   - ☒ Excessive force by an officer
   - ☐ Mail
   - ☐ Property
   - ☐ Threat to safety
   - ☐ Access to the court
   - ☐ Exercise of religion
   - ☐ Other: _____
   - ☐ Medical care
   - ☐ Retaliation

+ UNECESSIARY USE OF DEADLY FORCE

3. **Supporting Facts.**  State as briefly as possible the FACTS supporting Count I.  Describe exactly what **each Defendant** did or did not do that violated your rights.  State the facts clearly in your own words without citing legal authority or arguments.

[see pgs 9-9E]

4. **Injury.**  State how you were injured by the actions or inactions of the Defendant(s).

[see #1 pg 9E]  [see ALSO pg ▓▓▓ 9B #4 ]

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes  ☐ No
   b. Did you submit a request for administrative relief on Count I? ☒ Yes  ☐ No
   c. Did you appeal your request for relief on Count I to the highest level? ☒ Yes  ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

● 9

DOE #2 + #3 / GONZALES / MEDLEY   part ▓▓

COUNT 7: 6 TOTAL PAGES

SUPPORTING FACTS:

EXCESSIVE FORCE COUNT 7... AGAINST DEFENDANT[s]: ADCRR; ADCRR: DIRECTOR SHINN; LT. MARTIAN GONZALES; SGT. MEDLEY; JOHN/JANE DOE #2 (DOE #2); JOHN/JANE DOE #3 (DOE #3)... PLACE OF INCIDENT: CENTRAL UNIT ADCRR PRISION... DATE[s] ('APPROX') OF INCIDENT[s]: BETWEEN DEC. 1ST 2021 & JAN 8TH 2022... RE: EXCESSIVE FORCE & UNNECESSICARY USE OF DEADLY FORCE (MALICIOUS & SADISTIC USE[s] OF FORCE) & (SUMMARRY CORPORAL & ATTMPT. CAPITAL PUNISHMENT) VIA UNNECESSICARY INFECTIOUS DISEASE EXPOSURE; "TOUCHING THE PLAINTIFF[s] THREW SURFACE & AIR BORNE INFECTIOUS DISEASE EXPOSURE KNOWING IT WOULD CAUSE PLAINTIFF[s] HARM & SERIOUS KNOWN & UNKNOWN INJURIES & VIA DIRECT INVOLVEMENT (SUPERVISIONAL/ACCOMPLICE LIABILITY "MEDLEY & GONZALES" ORDERING IT/DIRECTING IT/GUIDING IT TO OCCURR)... VIOLATING PLAINTIFF[s] 8TH & 14TH AMEND DUE PROCESS RIGHTS SUMMAIRILY W/O COURT ORDER OR LICENCE OR NECESSITY... WITH RECKLESS INDIFFERENCE CALLOUSLY W/ UTTER DISREGARD FOR PLAINTIFF[s] LIVES...

CLAIM[s] BY PLAINTIFF[s] #'s 1,2,4,6,7,9,10,14,18,19,20.

PLAINTIFF[S] REQUEST FOR RELIEF: (1) ANY AND ALL RELIEF COURT DEEMS NECESSICARY NOT REQUESTED HEREIN... (2) $1,000,000,000.00 (MENTAL ANGUISH) (3) $1,000,000,000.00 (EMOTIONAL DISTRESS) (4) $1,000,000,000.00 (MENTAL PAIN & SUFFERRING) (5) $3,000,000,000.00 (PHYSICAL PAIN & SUFFERRING (6) $4,000,000,000.00 (FOR VIOLATING PLAINTIFF[s] 8TH AMEND RIGHT[s] TO BE FREE OF EXCESSIVE FORCE) (7) $15,000,000,000.00 (FOR VIOLATING PLAINTIFF[S] 8TH AMEND RIGHT[s] TO BE FREE FROM THE UNNECESSICARY USE OF DEADLY FORCE (8) $15,000,000,000.00 (FOR VIOLATING PLAINTIFF[s] 8TH & 14TH AMEND RIGHT[s] TO BE FREE FROM SUMMARY CORPORAL PUNISHMENT W/O DUE PROCESS) (9) $25,000,000,000.00 (FOR VIOLATING PLAINTIFF[s] 8TH & 14TH AMEND RIGHT[s] TO BE FREE FROM SUMMARRY ATTMPT CAPITAL PUNISHMENT W/O DUE PROCESS) (10) $50,000,000,000.00 (PUNITIVE DAMAGES) (11) $50,000,000,000.00 (EXEMPLARY DAMAGES) (12) $50,000,000,000.00 (FOR ONE MORE AND OR ALL PLAINTIFF[s] RESULTING ACTUAL & FUTURE & UNFORSEEN INCURRED INJURIES) (13) $125,000,000,000.00 FOR ANY AND ALL ADDITIONAL RELIEF COURT DEEMS NECESSICARY (14) $100,000,000.00 LIEN (REAL & PERSONAL PROPERTY)/& RESTITUTION ORDER/GARNISHMENT OF

WAGES FROM DEFENDANT[s] ADCRR;SHINN & MEDLEY &;GONZALES' PAYCHECKS IN SUM OF 20% DEDUCTIONS PER CHECK BY EMPLOYER AUTO-MATICALLY & DIRECT DEPOSITED ONTO PLAINTIFF[s] ADC BANKING TRUST PRISION ACCOUNT[s] FOREVER UNTIL PAID & IF NOT PAID LIEN/SIEZURE OF ANY AND ALL REAL & PERSONAL PROPERTY (FOR INJURY COMPENSATION/PUNITIVE & EXEMPLARY DAMAGES TO PUNISH BOTH INDIVIDUALLY) (15) DOUBLE DAMAGES... PER DEFENDANT[s] INDIVIDUAL & OFFICIAL CAPACITIES CONSECUTIVELY = $ 680,000,000,000 ∞ PER DEFENDANT #27, #30 ADCRR;MEDLEY & ADCRR;GONZALES;SHINN CONSECUTIVELY PER PLAINTIFF CONSECUTIVELY (INCLUDES DOUBLE DAMAGES)

PLUS

$100,000,000.00 LIEN/GARNISHWAGES/RESTITUTION OR SIEZURE OF ANY & ALL REAL & PERSONAL (ADCRR & GONZALES'SHINN & MEDLEYS) PROPERTY TO COMPENSATE PLAINTIFFS EACH PER DEFENDANT

PLAINTIFF[s] #'s 1,2,4,6,7,9,10,14,18,19,20 RESULTING INCURRED INJURIES (ONE MORE & OR ALL): (1) UNNECESSICARY INFECTIOUS DISEASE EXPOSURE (2) COVID-19 INFECTION (3) MUTATION OF DNA/RNA (4) DAMAGE TO IMMUNE SYSTEM T&B CELL[s] (5) 100% ORGAN, BODY, CELL, TISSUE DAMAGE[s] (6) 100% MUSCULAR/SKELETAL DAMAGE[s] (7) BONE/SKELETAL 100% DAMAGES (TEETH, BODY) DETERIATION & WEAKENED (8) LOSS OF 1-3 YEARS OF HUMAN LIFE SPANS (9) LOSS OF QUALITY OF LIFE (10) EXZERBATION OF PRE-EXISTING COVID/MENTAL HEALTH/MEDICAL INJURIES (11) PTSD (12) FEAR OF DEATH (13) HOPELESSNESS (14) ANXIETY (15) DEPRESSION (16) HATRED FOR GONZALES & MEDLEY (17) SORE THROATS (18) COVID PNEUMONIA (19) HEAD, EYE, EAR, BODY PAIN (20) CLOSING OF NASAL & LUNG BREATHING PASSAGEWAYS (21) LOSS OF TASTE & OR SMELL & OR EXZERBATION (22) BRAIN DAMAGE (23) LUNG DAMAGE (24) KIDNEY DAMAGE (25) FATIUGE (26) WHOOPING CAUGHT (27) COVID ASTHMA OR EXZERBATION (28) COGNITIVE MOTOR & MEMORY DISFUNCTION (29) INABILITY TO BREATH AT 100% CAPACITY (30) INITIAL PAIN & FEAR (31) UNKNOWN & UNFORSEEABLE INJURIES (32) MENTAL ANGUISH (33) EMOTIONAL DISTRESS (34) MENTAL PAIN & SUFFERING (35) PHYSICAL PAIN & SUFFERING (36) LONG HAUL COVID DISABILITY[s] & OR EXZERBATION (37) UNFORSEEABLE HARDSHIPS

CAUSE OF ACTION

ACTING UNDER COLOR OF LAW... BETWEEN APPROXIMATELY DECEMBER 1ST 2021 AND DECEMBER 25TH 2021... DEFENDANT[S] DOE[S] #2 & 3; SHINN AND ADCRR; GONZALES &; MEDLEY AIDED EACHOTHER IN VIOLATING THE PLAINTIFF[S] #'s 1,2,4,6,7,9,10,14,18,19,20 8TH & 14TH AMEND RIGHTS SUMMAIRILY W/O DUE PROCESS OF LAW TO BE FREE FROM CR & UN. U. PUN & SUMMARRY CORPORAL & ATTEMPT. CAPITAL PUNISHMENT RESULTING IN PLAINTIFF[S] INJURYS AFOREMENTIONED RENDERING EM ALL LIABLE AS ACCOMPLICES UNDER ACCOMPLICE LIABILITY & CONSPIRACY USCS §1983 (9TH CIR) GUIDELINES...

ACCORDING TO DOE #2 ... UPON CONFESSION TO PLAINTIFF #1 INSIDE CENTRAL UNIT CB-7 AFTER DOE #2 CAME BACK FROM QUARINTINE AFTER CHRISTMAS 2021... PLAINTIFF #1 ASKED DOE #2 "HOW WAS DOE #2's CHRISTMAS VACATION"... LATER THAT AFTERNOON DOE #2 NOTIFIED PLAINTIFF #1 THAT DOE #2 WAS NOT ON VACATION BUT ON QUARINTINE DUE TO DOE #3 WORKING INFECTED PER DEFENDANTS MEDLEYS & GONZALES' (THEIR SUPERVISORS DIRECTION/ DIRECT ORDERS)...

DOE #2 EXPLAINED THAT "THEY" (GONZALES & MEDLEY) "DID IT AGAIN ("MADE DOE #2 WORK INFECTED VIA BLACKMAIL OF NO PAY FOR QUARINTING & DISCIPLINARY SANCTIONS") SO DOE #2 DID IT...

DOE #2 EXPLAINED THAT THE 2 WEEKS PRIOR TO CHRISTMAS THAT... DOE #3 LEARNED DOE #3 WAS INFECTIOUS/COVID SYMPTOMATIC... AND DOE #3 REPORTED IT TO GONZALES & MEDLEY AND DISREGARDED & WAS FORCED TO WORK CB-7 INFECTED FOR THE ENTIRE WORK WEEK... AND UPON THAT WEEKEND DOE #3 TESTED POSITIVE FOR COVID-19 AT A HOSPITAL OR DOCTORS OFFICE OR THREW ADC/CENTURION TESTS... AND IMMEDIATELY NOTIFIED DOE #2... SO DOE #2 CONTACTED GONZALES & MEDLEY REQUESTING QUARINTINE DUE TO THE OBVIOUSNESS OF BEING IN CONTACT W/ DOE #3 ALL WEEK POSED RISK OF HARMING THE PLAINTIFFS... AND WAS DISREGARDED BY GONZALES & MEDLEY... AND GONZALES & MEDLEY THREATENED DOE #2 THAT IF HE FAILED TO REPORT FOR DUTY ANY WAY THAT DOE #2 COULD TAKE AS MUCH TIME OFF AS NEEDED W/O PAY, SO DOE #2 FOLLOWED ORDERS AND REPORTED

AS INSTRUCTED ON SUNDAY, MONDAY, TUES & WEDDS. AND WAS IN THE HOSPITAL ON DEATH BED ON THURS WITH COVID-19 & A 104° TEMPERATURE IN SEVERE PAIN...

DURING THIS 2 WEEK PERIOD DOE #3 WAS ASSIGNED DUTY AS CONTROL ROOM OFFICER, WORKING UPSTAIRS & DOWNSTAIRS INTERACTING WITH ALL THE PLAINTIFFS THREW THE SERVICE WINDOW & ON BREAK CONTAMINATING EVERYTHING & DOE #2.

DOE #2's DUTY WAS FLOOR OFFICER, W/ DUTY TO PROTECT & SECURE THE PLAINTIFFS BY CONDUCTING HOURLY WALKS... AFTER BEING INFECTED BY DOE #3. DOE #2 REMAINED ON DUTY KNOWINGLY AS DID DOE #3, WITHOUT QUARINTINING MASKING OR DISTANCING UNCONST. USING ADCRRS POLICY OF NOT FOLLOWING CDC & STATE & FEDERAL COVID POLICYS FOR STATE PRISIONS BEING MOVING FORCES BEHIND THIS INJURY... AND GONZALES & MEDLEY (SUPERVISIONAL INDIFFERENCE / AND DIRECT INVOLVEMENT) GUIDED THIS INCIDENT TO ARISE CALLOUSLY...

DOES #3 & 2 BOTH EXPOSED EACH PLAINTIFF #1,2,4,9,10,14,18,19,20 ,6,7 TO COVID 19 REPEATEDLY THREWOUT THIS 2 WEEK EVENT, ALL DEFENDANTS KNEW DOE #3 & 2 WERE CONTAGIOUS & WOULD HARM PLAINTIFFS & WERE DELIB INDIFF TO IT.

THIS WAS PRE-PLANNED BY ALL DT & COULD BEEN AVOIDED BUT WASN'T. AND BECAME UNCONST. UPON THE 2 WEEK PERIOD DOE #3 & 2 COMMITTED THE PRE PLANNED ACT[S] AND INFECTED / EXPOSED / HARMED THE PLAINTIFFS. VIA DIRECT & INDIRECT INFECTIOUS DISEASE EXPOSURE. AFORE MENTIONED...

THIS IS A DUE PROCESS VIOLATION & 8TH AMEND VIOLATION SUMMAIRILY BECAUSE THE DEFENDANTS CONSCIOUSLY AGREED TO ENHANCE PLAINTIFF[S] TERMS OF IMPRISIONMENT WEAPONIZING DOE #2 & 3 & COVID-19 TO SUMMAIRILY CORPORALLY & ATTMPT. CAPITALLY PUNISH THE PLAINTIFFS WITH THE DEATH PENALITY VIA EXCESSIVE FORCE & DEADLY FORCE... KNOWING COVID IS LEATHAL & EXTREMELY CONTAGIOUS & WOULD HARM THE PLAINTIFFS... VIA DOES #2 & 3's MERE PRESENCE INFECTIOUS.

ACCORDING TO DOE #2... IT'S RESPONSIBLE FOR CAUSING CB 6 & 7's AND POSSIBLY THE UNITS DEC 2021 COVID OUTBREAK

RESULTING FROM +
DURING THIS EVENT PLAINTIFFS #'s 1,2,4,6,7,9,10,14,18,19,20 EACH BECAME COVID-SYMPTOMATIC, EXTREMELY ILL, EXPERIENCING EXTREME PAIN, DISTRESS, FEAR OF DEATH, LOSS OF SENCES, HEAD ACHES, FEVER LIKE CONDITIONS, INABILITYS TO BREATH + NUMEROUS MEDICAL COMPLICATIONS AFORE MENTIONED IN INJURY SECTION AND IT ALL WAS AVOIDABLE IF SUPERVISORS MEDLEY + GONZALES DIDNT FAIL THE PLAINTIFFS AND ALLOW/FORCE DOE #2 + 3 TO INFECT THEM + ALTERNATIVELY QUARINTINED BOTH WITH PAY W/O BULLYING + BLACKMAIL.

THIS POLICY OF BULLYING + BLACKMAIL IS AN OFFICIAL ADCRR UNWRITTEN POLICY FALLING UNDER COMRADERY USED BY ALL STAFF + SUPERVISORS TO IMPOSE + BULLY SUBORDINATES TO DO AS THIER TOLD AND IS THE MOVING FORCE BEHIND PLAINTIFFS INJURYS USED UNCONST. IN THIS CLAIM W/ DELIB INDIFF.

BOTH POLICYS OF BULLYING + BLACKMAIL + NON ADHERANCE TO CDC GUIDANCE FOR PRISIONS IS CONDONED + USED STATE (AZ) WIDE AT TIME OF EVENT AND POLICY MAKER DEFENDANT SHINN IS DELIB INDIFF. TO IT AS WELL AS WERE/ARE SUPERVISORS MEDLEY + GONZALES AND GUIDED PLAINTIFFS HARM TO ARISE + IN ALTERNATIVE WAS CURABLE + AVOIDABLE BY SIMPLY CORRECTING IT BY NOT DOING IT + FOLLOWING CDC GUIDANCE BUT NO DEFENDANT DID ... THIS IS SHINNS POLICY RENDERING SHINN ALSO LIABLE FOR THIS INJURY

EACH DEFENDANTS LIABLE IN ALL CAPACITYS FOR UNCONST USAGE OF THE POLICYS CAUSING PLAINTIFFS INJURYS ... KNOWING IT OCCURR ...

SHINN, GONZALES, MEDLEY ARE ALSO LIABLE FOR FAILING TO CORRECT THESE POLICYS OF OMISSION UPON REPEATED NOTICE FROM THE PLAINTIFFS BEFORE THIS INCIDENT ARISED ...

IF NOT FOR THIER SUPERVISIONAL / POLICYMAKER / DELIB / RECKLESS / CALLOUS INDIFF. PLAINTIFFS WOULDNT BEEN HARMED "FARMER" "CANTON" BOTH MOVING FORCES RENDERS ALL DEFENDANTS LIABLE IN ALL CAPACITIES FOR PLAINTIFFS VIOLATED RIGHTS + INJURYS + UNCONST USAGE OF POLICYS CAUSING INJURY

## D. CAUSE OF ACTION

### COUNT 8

1. State the constitutional or other federal civil right that was violated: 8TH & 14TH Summarily W/O Due Process & Torture Victims Protection Act of 1991 [see Also ¶13 pg 10A]

2. **Count I.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☒ Excessive force by an officer & Unn Use of D. Force
   - ☐ Threat to safety
   - ☐ Other: ____________

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

[see pgs 10-10B]

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

[see ¶7 pg 10A - ¶1 pg 10B]

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Count I? ☒ Yes ☐ No
   c. Did you appeal your request for relief on Count I to the highest level? ☒ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. ____________

SHAW PRT 2

COUNT 8: 8 TOTAL PAGES

SUPPORTING FACTS: PLACE OF INCIDENT[s]: CENTRAL UNIT + CENTRAL UNIT CAFETERIA AND KITCHEN / FLORENCE PRISION.

DATE [APPROX] OF INCIDENT[s] JAN-FEB 2022 (DATE WILL BE PROVIDED IN PLAINTIFF[s] WITNESS (REDACTED NAMES) AFFIDAVIT (WITNESS WAS KITCHEN WORKER UPON INCIDENT TIME FRAME).

RE: EXCESSIVE FORCE + USE OF UNNECESSICARY FORCE (MALICIOUS AND SADISTIC FORCE) + (SUMMARRY CORPORAL + ATTMPT. CAPITAL PUNISHMENT) VIA UNNECESSICARY INFECTIOUS DISEASE EXPOSURE "TOUCHING PLAINTIFF[s] MUCOUSE MEMBRAINES THREW REPEATED SURFACE + AIRBORNE INFECTIOUS DISEASE EXPOSURE KNOWING IT WOULD HARM THE PLAINTIFFS WITH SERIOUS + UNKNOWN INJURIES ... VIOLATING PLAINTIFF[s] 8TH + 14TH AMEND DUE PROCESS RIGHTS SUMMAIRILY W/O DUE PROCESS ...

DEFENDANT TRINITY INC. SHAW WAS UNCONST USING TRINITY INC / ADCRR POLICY OF NOT FOLLOWING STATE PRISION COVID-19 CDC / STATE / + FED EXECUTIVE GUIDELINES (MOVING FORCE "CANTON") BEHIND PLAINTIFFS INJURYS RENDERING TRINITY + DEFENDANTS 17-26 MONELL / SUPERVISIONAL EXECUTIVE / POLICYMAKER / EMPLOYER / STOCK HOLDER LIABLE FOR BEING INDIFF. TO THE POLICY + FAILING TO CORRECT IT BEFORE PLAINTIFFS HARM ARISED FOR GUIDING THIS INCIDENT TO ARISE VIA PRIOR KNOWLEDGE + INACTION + CONDONING THIS POLICY STATE (AZ) WIDE CREATING AN OFFICIAL UNCONST POLICY = MOVING FORCE BEHIND INJURY, RENDERING ALL ACCOMPLICE LIABLE. IN ALL CAPACITIES.

CLAIMS BY PLAINTIFF[s] #'s 1, 2, 4, 7, 9, 6, 10, 14, 18, 20

CLAIMS AGAINST DEFENDANT[s]: #17 TRINITY INC, #18 TRINITY INC DIRECTOR, #19 TRINITY INC / ADCRR DIRECTOR, #20 TRINITY INC[s] OWNER[s], #21 TRINITY INC POLICY MAKING COMMITTY, #22 TRINITY INC STOCK HOLDER[s], #23 TRINITY INC[s] BOARD OF DIRECTORS, #24 TRINITY INC; ADCRR / FLORENCE COMPLEX HEAD MANAGER[s], #25 TRINITY INC's ADCRR CENTRAL UNIT[s] HEAD MANAGER, #26 TRINITY INC; SUPERVISOR; MRS. SHAW ([redacted])

REQUEST FOR RELIEF; ANY AND ALL RELIEF COURT DEEMS NECESSICARY + ALL RELIEF REQUESTED AT PGS 10E - 10G

PLAINTIFF[s] #'s 1, 2, 4, 7, 9, 6, 10, 14, 18, 20 RESULTING INJURIES (ONE MORE AND OR ALL): (1) UNNECESSICARY INFECTIOUS DISEASE EXPOSURE (2) COVID-19 INFECTION / EXZERBATION (3) MUTATION OF DNA / RNA EXZERBATION (4) DAMAGE TO IMMUNE SYSTEM T+B CELL[s] (5) 100% ORGAN / BODY / CELL / TISSUE DAMAGE[s] (6) 100% MUSCULAR & SKELETAL DAMAGE[s] (7) 100% BONE / SKELETAL DAMAGE[s] TEETH / BONE WEAKENING + DETERIATION (8) LOSS OF 1-3 YEARS OF LIFE SPANS (9) LOSS OF

QUALITY OF LIFE + EXZERBATION (10) EXZERBATION OF PRE-EXISTING COVID / MENTAL HEALTH / MEDICAL INJURY [s] (11) PTSD (12) FEAR OF DEATH (13) HOPELESSNESS (14) ANXIETY (15) DEPRESSION (16) HATRED FOR TRINITY INC (17) SORE THROATS (18) COVID PNEUMONIA (19) HEAD, EYE, EAR, BODY ACHING (20) CLOSING OF NASAL + BREATHING PASSAGEWAYS (21) LOSS OF TASTE OR + SMELL + OR EXZERBATION (22) BRAIN DAMAGE (23) LUNG DAMAGE (24) KIDNEY DAMAGE (25) HEART DAMAGE (26) FATIUGE (27) WHOOPING CAUGH (28) COVID ASTHMA OR EXZERBATION (29) COGNITIVE MOTOR + MEMORY DISFUNCTION + OR EXZERBATION (30) INABILITY TO FUNCTION + BREATH 100% CAPACITY (31) INITIAL PAIN + FEAR OF DEATH (32) UNKNOWN + UNFORSEEABLE INJURIES + HARDSHIPS (33) MENTAL ANGUISH (34) EMOTIONAL DISTRESS (35) MENTAL PAIN + SUFFERRING (36) PHYSICAL PAIN + SUFFERRING (37) LONG HAUL COVID DISABILITIES + EXZERBATION

CAUSE OF ACTION

ACTING UNDER COLOR OF LAW... BEFORE, DURING + AFTER THIS INCIDENT ARISED DEFENDANT [s] #'s 17,18,19,20,21,22,23,24,25,26 ARE DEFENDANT SHAWS + TRINITY INCS; OWNERS; DIRECTORS; STOCK HOLDERS; EMPLOYERS; INSURERS; STOCK HOLDERS; ADMINISTRATIVE BOARD MEMBERS; POLICY MAKERS; EXECUTIVES AND SUPERVISORS OF ALL TRINITY INCS CONTRACTED + NON CONTRACTED (CIVILIAN + NON-CIVILIAN) OPERATIONS AND OR POSSESS POLICY MAKING POWERS + CONTROL ALL SUBORDINATES AGENTS OPERATIONS ... WITH DUTY + COMPLETE RESPONSIBILITY [s] TO CREATE THIER COMPANY POLICYS, PRATICES + PROCEDURES + TO CORRECT ANY DEFICIENCIES THAT FORSEEABLY WILL CAUSE HARM TO THEIR CUSTOMERS + PRISIONERS THEY SERVE + THAT'LL VIOLATE RIGHTS ...

HERE IN THIS CASE IS ENFURTHERANCE OF COUNT 5 (SHAWS 1ST INCIDENT) AND OBVIOUSLY WASNT CORRECTED BY NONE OF THESE DEFENDANTS UPON NOTIFICATION BY THE PLAINTIFFS IN GRIEVANCES RE THE 1ST INCIDENT ... WHICH IN SHORT TRINITY CREATED HAZARDOUS PRATICE OF NOT ADHERING TO STATE PRISION COVID POLICYS MANDATES + EXECUTIVE ORDERS (STATE, CDC, ADHS, USA EXECUTIVE) TO ALLWAYS MASK, DISTANCE, QUARINTINE + BE HONEST UPON COVID-19 SCREENINGS ... BY FAILING TO FIX THE TRINITY STATE WIDE STAFFING ISSUE OF DISOBEADIENCE TO THE STATE PRISION COVID-19 POLICY INSTALLED TO PREVENT LAWSUITS SUCH AS THIS TO PROTECT DEFENSELESS PRISIONERS SUCH AS PLAINTIFFS HERE. THIS DELIB. INDIFF.

TO SHAWS 1ST INCIDENT & THE STATE WIDE PRATICE OF NON ADHERANCE ENFURTHERED / FOSTERED TRINITYS CREATION AND CONDONANCE OF THE PRATICE CREATING AN OFFICIAL § 1983 MONELL "CANTON" "FARMER" POLICY VIA USAGE / KNOWLEDGE & INACTION OF DEFENDANTS 17-26 & THIER DELIB INDIFF. TO IT ... KNOWING THE POLICY & INACTION WOULD GUIDE SHAW TO HARM PLAINTIFFS AGAIN AND VIOLATE PLAINTIFFS RIGHTS RESULTING FROM THIER CALLOUS DISREGARDS.

IF NOT FOR THEIR DISREGARD & INDIFFERENCE [S] THE PLAINTIFFS WOULDNT BEEN INJURED BY SHAW THE 2ND TIME ... BECAUSE IN ALTERNATIVE DEFENDANTS # 17-26 WOULD HAVE CURED THIS DEFICENCE & CREATED DANGER BY PROVIDING, ADDITIONAL TRAINING, GUIDANCE, CONTROL, SUPERVISION FOR ITS AGENTS & SHAW (STATE/COUNTRY WIDE) ON WHY ITS IMPORTANT TO FOLLOW THE PRISION COVID-19 GUIDELINES AT ALL TIMES & WHAT THE RESULTS COULD BE WHEN NOT DONE (BEING FIRED & OR HARMING THE PLAINTIFFS) & ON THE FACT THE NEW STRAINS OF COVID RE-INFECT PEOPLE REGARDLESS OF VACCINATED & BOOSTED & HOW HARMING A PRISIONER AGAIN WOULD RESULT IN CIVIL & OR CR. LIABILITY ON ALL PARTIES / PARTNERS ... AND IF THEY DID THIS BEFORE THIS EVENT SHAW WOULDNT HARMED US BUT THEY DIDNT BUT COULD HAVE IN ALTERNATIVE TO TURNING BLIND EYES ... RENDERS EM LIABLE FOR PLAINTIFF(S) INJURIES & VIOLATED RIGHTS AND THEY ALSO COULD HAVE FORCED ALL SUBORDINATES TO WEAR MASK, QUARINTINE & DISTANCE, COULD HAVE BUT DIDNT KNOWING PLAINTIFFS WOULD INEVITABLY BE HARMED AS A RESULT. THIS ALSO RENDERS ED LIABLE IN ALL CAPACITIES. FOR THEIR DIRECTING SHAW TO HARM US. & THEY COULD HAVE FIRED SHAW THE 1ST TIME, BUT DIDNT & COULD HAVE AND THIS COUNT WOULDNT EXIST ... (THE POLICY USAGE IS ON ADCRR CAMERAS STATE WIDE)

ACTING UNDER COLOR OF LAW ... DEFENDANT TRINITY INC; SHAW UNCONSTITUTIONALLY USED TRINITY POLICY OF NOT FOLLOWING STATE PRISION COVID-19 GUIDANCE & MANDATES BY KNOWING WORKING INFECTED W/ COVID-19 FOR A SERIES OF WEEKS UNNECESSICARILY EXPOSING THE PLAINTIFFS TO COVID BY TRANSMITTING THE VIRUS TO PLAINTIFFS MUCUOISE MEMBRAINES VIA DIRECT

AND INDIRECT SURFACE & AIR BORNE TRANSMISSION WITHOUT WEARING GLOVES OR A MASK AT ALL TIMES (ON CAMERA) AT CENTRAL UNIT.

TRINITY; SHAW IS A "WHITE SHIRT" MEANING ADCRR KITCHEN MANAGER. SHE USUALLY IS POSTED DIRECTLY INFRONT OF FOOD SERVICE WINDOW AT CENTRAL UNIT (ON CAMERA)... SHE DEVELOPED PRATICE OF NOT MASKING, QUARINTINING, DISTANCING & IT WAS CONDONED BY HER BOSSES ... SHAW WORKED INFECTED IN COUNT 5 AND WASNT DISCIPLINED DRIVING HER TO HARM US HERE W/ NO FEAR OF CONSEQUENCE BY DEFENDANTS 17-26 .

DURING THIS 2-3 WEEK PERIOD SHAW BECAME COVID-19 SYMPTOMATIC & ACCORDING TO HER "MY BOSSES WONT LET ME QUARINTINE" "THEY'LL FIRE ME"... WAS HER MOTIVE.

SHAW EXPOSED THE PLAINTIFFS BY EXPOSING THE ENTIRE UNIT & KITCHEN STAFF... AND BY KNOWINGLY STANDING IN FRONT OF THE TRAP THAT BLOWS A CONSTANT STREAM OF AIR OUT AT PLAINTIFFS UPON EVERYTIME THEY EAT (TWICE A DAY)...

UPON ONE OF THESE DAYS... SHAW WAS SERVING SPOILED MILKS... DUE TO PLAINTIFF #1's INABILITY TO TASTE OR SMELL DUE TO PREEXISTING COVID DISABILITY & EXZERBATIONS... PLAINTIFF #1 TOOK THE MILK BACK TO SHAW REQUESTING AN EXCHAINGE... SHAW INFRONT OF PLAINTIFFS WITNESS STATED "I CANT TASTE OR SMELL" "I HAVE COVID" "THEY DID IT TO ME AGAIN" AND WONT LET ME QUARINTINE (THEY MEANING HER BOSSES)... AND LATER SHAW DISCLOSED TO WITNESS THAT SHE BEEN WORKING FOR WEEK[S] INFECTED W/ SORE THROAT & ECT... AND TOLD ON MULTIPLE STAFF WHOS DOING THE SAME...

AFTER THIS EVENT & DURING PLAINTIFFS 1,2,4,7,9,10,14, 18,20,6 ALL RECIEVED COVID SYMPTOMS AND WERE ILL, AND IN EXTREME PAIN & HAD SORE THROATS & VARIOUS CONDITIONS MENTIONED IN INJURY SECTION. CAUSED BY SHAW'S REFUSAL TO MASK & QUARINTINE...

HER MERE PRESENSE WAS UNCONST. & EXCESSIVE FORCE & A USE OF DEADLY FORCE SUMMAIRILY W/O LICENCE NEED OR DUE PRO. WHEN SHE DID IT FOR MUTIPLE WEEKS COMPOUNDS IT & WAS UNNECESSICARY. CAUSING THIS INJURY

SHAW's ACTS AND DEFENDANT[s] #17-26's JOINT/SEVERED; PROMULGATION/FOSTERING/ CONDONING/FAILING TO CURE/TACIT ENCOURAGEMENT/CREATION/ADOPTION INTO OFFICIAL POLICY OF THIS POLICY/PRATICE & CUSTOM THAT GUIDED SHAW's UNCONST USAGE CAUSING PLAINTIFF[s] INJURY... ALONG WITH #17-26's REPEATED FAILURE[s] TO; GUIDE/CONTROL/SUPERVISE/TRAIN SHAW ON FOLLOWING CDC & AZ PRISION COVID-19 MANDATES AROUND PRISIONERS & ON NOT ABUSING PRISIONERS & COVERING IT UP... ARE ALL AT FAULT & CAUSES (MOVING FORCE[s]) BEHIND PLAINTIFFS INJURIES & VIOLATED RIGHTS RENDERS DEFENDANTS #17-26 JOINTLY/SEVERDLY LIABLE IN ALL CAPACITIES ("FARMER", "CANTON" 9TH CIR) AS ACCOMPLICES FOR DIRECT INVOLVMENT BEFORE DURING & AFTER THE FACT & LIABLE IN THEIR EXECUTIVE/ STOCK HOLDER/INSURER/EMPLOYER/EMPLOYEE/POLICY MAKING/SUPERVISIONAL/ INDIVIDUAL & OFFICIAL CAPACITIES.

## PLAINTIFFS REQUESTS FOR RELIEF

PLAINTIFF[s] #1,2,4,6,7,9,10,14,18,20 SEPERATELY REQUEST FROM DEFENDANT[s] #17,18,19,20,21,22,23,24,25,26 THE FOLLOWING RELIEF PER THIER MANY OFFICIAL + INDIVIDUAL CAPACITIES CONSECUTIVELY PER DEFENDANT PER PLAINTIFF: (1) $10,000,000.00 LIEN/RESTITUTION ORDER -- 20% GARNISHED WAGES PER DEFENDANT[s] #17-26's (EXCEPT SHAW) PAY CHECKS, PER CHECK AUTO DEDUCTED BY EMPLOYER PER CHECK TO BE DIRECT DEPOSITED INTO PLAINTIFF[s] etal (1,2,4,6,7,9,10,14,18,20's) ADCRR BANK ACCOUNTS FOREVER TIL PAID. + (2) ANY + ALL RELIEF COURT DEEM NECESSICARY IN ADDITION TO REQUESTED HEREIN + (3) $1,250,000,000.00 (ONE BILLION 250 MILLION DOLLARS) PER ITEM/DAMAGE; (A) E. DISTRESS; (B) M. ANGUISH; (C) MENTAL PAIN & SUFFERRING TOTALING $3,750,000,000.00 (3 BILLION 750 MILLION DOLLARS) + (4) $10 BILLION (PHYSICAL PAIN & SUFFERRING) + (5) $25 BILLION DOLLARS (FOR ONE MORE & OR ALL PLAINTIFFS INCURRED ACTUAL INJURIES) + (6) $10 BILLION DOLLARS (FOR VIOLATING PLAINTIFF[s] 8TH AMND. RIGHT[s] TO BE FREE FROM EXCESSIVE FORCE RESULTING IN INJURY) + (7) $50 BILLION DOLLARS (FOR VIOLATING PLAINTIFF[s] 8TH AMND. RIGHT[s] TO BE FREE FROM THE UNN. USE. OF. DEADLY FORCE RESULTING IN INJURY) + (8) $25 BILLION DOLLARS (SUPERVISIONAL LIABILITY) + (9) $100 BILLION DOLLARS (EXECUTIVE LIABILITY) + (10) $100 BILLION DOLLARS (POLICYMAKER LIABILITY) + (11) $500 BILLION DOLLARS (INSURER LIABILITY) + (12) $500 BILLION DOLLARS (EMPLOYER LIABILITY) + (13) 500 BILLION DOLLARS (ACCOMPLICE LIABILITY) + (14) 100% OWNER SHIP OF ALL TRINITY INC.s STOCKS/STAKES/ SHARES (PUBLIC & PRIVATE) EACH STOCK HOLDER/OWNER POSSESSES VIA LIEN/SIEZURE AND TRANSFERRANCE OF OWNER SHIP TO PLAINTIFFS TO SPLIT EQUALLY (STOCK HOLDER LIABILITY) + (15) [illegible]% $1 TRILLION DOLLARS (FOR ANY + ALL RELIEF COURT DEEM NECESSICARY + (16) $500 BILLION DOLLARS (FOR VIOLATING PLAINTIFFS 8TH & 14TH AMND. RIGHT[s] TO BE FREE FROM SUMMARY CORPORAL PUN. W/O DUE PRO

RESULTING IN INJURY) + (17) $750 BILLION DOLLARS (FOR VIOLATING PLAINTIFFS 8TH + 14TH AMND. RIGHT[s] TO BE FREE FRM SUMMARY ATTEMPTED CAPITAL PUNISHMENT W/O DUE PRO, RESULTING IN INJURY) + (18) $200 BILLION DOLLARS (PUNITIVE DAMAGES) + (19) $ 200 BILLION DOLLARS (EXEMPLARY DAMAGES) + (20) $1.5 TRILLION DOLLARS (ACTUAL INJURY RELIEF; (A) LOSS OF 1-3 YEARS LIFE + (B) LOSS OF QUALITY OF LIFE -- 14TH AMND VIOLATIONS W/O DUE PRO SUMMARILY) + (21) DOUBLE DAMAGES

GRAND TOTALS = $20,000,000.00 GARNISHD WAGES/LIEN/RESTITUTION ORDER FROM DEFENDANTS 17-25 (FOR ANY + ALL RELIEF COURT DEEM NECESSICARY)

PLUS GRAND TOTALS

: $17,015,000,000,000.00 (INCLUDES DOUBLE DAMAGES). FROM DEFENDANT[s] # 17-26 EACH PER PLAINTIFF (FOR ANY + ALL RELIEF COURT DEEM NECESSICARY

* IF DEFENDANT[s] CAN'T COVER DEMANDS IN CASH MONEY PLAINTIFFS REQUEST DEFENDANTS FORFIETURE OF 100% VALUE THEREOWNED IN DEFENDANTS + TRINITY INC'S ETAL; REAL + PERSONAL PROPERTY INCLUDING ENTIRE COMPANY TO BE LIENED / SIEZED + GIVEN TO PLAINTIFFS TO EQUALLY SPLIT, LIQUIDATE, SELL ect,,, "OWN"... + REQUEST COURT ORDER PREVENTING EACH FROM FILING BANKRUPTCY, SELLING STOCKS, PROPERTY, COMPANY + OR CHANGING ITS NAMES / OWNERS UNTIL CASE IS OVER TO KEEP EM HONEST TO MAKE PLAINTIFFS WHOLE (FOR ANY + ALL RELIEF COURT DEEMS NECESSICARY)

* PLAINTIFFS EACH RESERVE THEIR RIGHTS TO AMEND THIS SECTION (ADJUST / MITIGATE / AGGRAVATE) ENHANCE / ADD TO DEMANDS)

## D. CAUSE OF ACTION

### COUNT 9

1. State the constitutional or other federal civil right that was violated: 8TH + 14TH DUE PRO, 8TH, 14TH TORTURE VICTIMS PROTECTION ACT OF 1991, 13TH, 8TH + 13TH + 14TH DUE PRO (see also pg.

2. **Count I.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
☐ Basic necessities ☐ Mail ☐ Access to the court ☒ Medical care
☐ Disciplinary proceedings ☐ Property ☐ Exercise of religion ☐ Retaliation
☐ Excessive force by an officer ☐ Threat to safety ☐ Other: ______

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

(SEE PAGES 11A-F)

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

(see page 11B)

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Count I? ☒ Yes ☐ No
   c. Did you appeal your request for relief on Count I to the highest level? ☒ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. ______

POSEY MED CARE

COUNT 9: 7 TOTAL PAGES

3. SUPPORTING FACTS: • CLAIMS BY PLAINTIFF'S #1,2,3,4,6,11,12,&20

- CLAIMS AGAINST DEFENDANT[s] # 1,2/52 (POSEY) &9 THREW 54 & ALL DEFENDANTS
- RE: DENIAL OF ADEQUATE MEDICAL CARE WITH DELIBERATE INDIFFERENCE TO PLAINTIFF[s] SERIOUS MED. NEEDS; PRO-LONGED INFECTIOUS DISEASE EXPOSURE; UNNECESSICARY DELAY OF MED. ACCESS; WANTON & UNNECESSICARY INFLICTION OF PAIN & EMOTIONAL DISTRESS; TORTURE ... IN BAD FAITH TO COVER UP COUNT 2 EXCESSIVE FORCE ... BY DEFENDANT ADC; POSEY.
- ALSO RE: ACCOMPLICE (BEFORE & AFTER FACT) / EXECUTIVE / POLICYMAKER / STOCK-HOLDER / SUPERVISIONAL ... OFFICIAL CAPACITY (MONELL, FARMER, CANTON) LIABILITY AGAINST ALL DEFENDANT[s] #1, 9-51, 53, 54 ... FOR DIRECT INVOLVEMENT IN GUIDING / DIRECTING POSEY TO COMMITT THIS COUNT VIOLATING PLAINTIFFS RIGHTS CAUSED & AT FAULT RESULTING FROM DELIB. INDIFFERENTLY; CREATING; CONDONING; USING; PROMULGATING; REFUSING / FAILING TO CORRECT THIER JOINT & SEVERD CREATION OF POLICYS OF; PRISIONER ABUSE (MED. & NON-MED.); COVERING UP PRISIONER ABUSE; NOT FOLLOWING EXECUTIVE ORDER / MANDATE FOR STATE PRISION EMPLOYEES TO FOLLOW CDC & U.S. & AZ COVID-19 GUIDELINES OF MASKING, DISTANCING, REPORTING, QUARINTINING, BEING HONEST UPON SCREENINGS ... KNOWING IT WOULD FORSEEABLY GUIDE POSEY TO HARM PLAINTIFF[s] BY NOT ALTERNATIVELY TAKING NECESSICARY STEPS TO CURE THESE POLICYS THAT WOULD OBVIOUSLY GUIDE PERSONEL TO EXERCIZE EM UNCONST. ON PLAINTIFFS & RESULT IN INJURY. WHEN DEFENDANTS # 1, 2, 9-54 ALL POSSESSED KNOWLEDGE OF POLICYS & HAD MEANS TO CURE EM & WERE ABLE TO BUT DIDNT BEFORE PLAINTIFFS INJURY ARISED. KNOWING THESE POLICYS WERE WIDE-SPREAD & STATE-WIDE USED THREWOUT ALL PRISIONS.. CREATING OFFICIAL POLICYS VIA UN-WRITTEN ADOPTION / USAGE & KNOWLEDGE & INACTION OF PERSONS / DEFENDANTS RESPONSIBLE TO CURE EM ... WITH UTTER DISREGARD FOR PLAINTIFFS RIGHTS AND THE DANGEROUS POLICYS USAGES ... UPON REPEATED ACTUAL NOTICES = THE MOVING FORCE BEHIND THE POLICY ADOPTION INTO WIDE-SPREAD PRATICE & BEHIND PLAINTIFFS RESULTING INJURYS ... VIA HATE CRIME / DEFENDANTS BIAS TOWARDS PLAINTIFFS BEING CLASSED AS PRISIONERS RENDERS ALL DEFENDANTS LISTED LIABLE AS CREATORS / USERS / CONDONERS OF THIS POLICY & ACCOMPLICES FOR NOT CURING EM BEFORE THIS INJURY ARISED ... WHEN IN ALTERNATIVE TO THIS DELIB. INDIFF. EACH DEFENDANT COULD HAVE QUIT ABUSING PRISIONERS, QUIT COVERING UP RELATED INCIDENTS & FOLLOWED PRISION COVID-19 MANDATES. AND PLAINTIFFS WOULDNT BEEN HARMED. BY EACH'S DIRECT INVOLVEMENT = CONDONED CUSTOMS AND USAGE THEORY FOR ESTABLISHING OFFICIAL CAPACITY LIABILITY ...

- PLAINTIFF[S] #1,2,3,4,6,11,12,20 RESULTING INJURYS [ONE MORE & OR ALL]:

(1) UNKNOWN & UNFORSEEABLE (2) UNDETECTABLE (3) UNNECESSICARY INFECTIOUS DISEASE EXPOSURE (4) MUTATION DNA/RNA (5) INFECTIOUS DISEASE INFECTION (6) DAMAGE TO IMMUNE SYSTEM T & B CELLS (7) LUNG DAMAGE (8) BRAIN DAMAGE (9) HEART DAMAGE (10) 100% BODY DAMAGE (11) MUSCULAR DAMAGE (12) SKELATAL & BONE DAMAGE/DETERIATION (13) HINDERING ORGAN BODY FUNCTION (14) PTSD (15) MENTAL ANGUISH (16) E. DISTRESS (17) MENTAL PAIN & SUFFERRING (18) PHYSICAL PAIN & SUFFERRING (19) EXZERBATION OF PRE-EXISTING INJURY[S] & HEALTH CONDITIONS (20) SEVERE PAIN; MIGRAINE HEAD/EYE/EAR/THROAT/BACK/KIDNEY/MUSCLE SPASMS/CRAMPS/FATIUGE (21) COVID PNEUMONIA (22) COVID ASTHMA (23) LONG HAUL COVID-19 DISABILITY[S] (24) LOSS OF TASTE/AND OR SMELL (25) LOSS OF 1-3 YEARS OF LIFE (26) LOSS OF QUALITY OF LIFE (27) DEPRESSION (28) ANXIETY (29) HATRED/PREJUDICE TOWARDS DEFENDANTS (30) COGNITIVE; MOTOR; MEMORY; RATIONALITY DISFUNCTION [S] = AT LEAST 30 INJURYS

- PLACE OF INCIDENT: ADCRR CENTRAL UNIT & AZ DATE SEPT 12TH 2020 - NOV 6TH 2020 (APPRX)

- PLAINTIFF [S] #1,2,3,4,6,11,12,20 VIOLATED RIGHTS: 8TH; DENIAL OF MED CARE; UNNECESSICARY/PROLONGED INFECTIOUS DISEASE EXPOSURE; UNNECESSICARY DELAY TO MEDICAL ACCESS; FAILING TO RESPOND TO PAIN; TORTURE; WANTON & UNNECESSICARY (A) INF. OF PAIN & (B) INF. OF E. DISTRESS; & 8TH & 14TH AMEND DUE PRO VIOLATION[S]; SUMMARRY CORPORAL PUN.; SUMMARRY ATTMPT. CAPITAL PUN.; & 14TH AMND LOSS OF "LIFE" & QUALITY OF "LIFE" & MILLITARY COMMISSIONS ACT & TORTURE VICTUMS PROTECTION ACT OF 1991 & 13TH AMND BADGE OF SLAVERY/INTICEMENT INTO SLAVERY & 8TH/14TH/13TH UNCONST. COND OF CONFINEMENT & 14TH AMEND RACIAL PROFILING/EQUAL PRO. VIOLATION BASED ON PLAINTIFFS CLASSIFICATION AS PRISIONERS & DEFENDANTS BIAS TOWARDS PRISIONERS [HATE CRIME ACT]

- PLAINTIFF[S] REQUESTS FOR RELIEF: PLAINTIFFS #1,2,3,4,6,11,12,20 SEPERATELY REQUEST THE FOLLOWING RELIEF FROM DEFENDANT[S] # 1, 2/52, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37, 38, 39, 40, 41, 42, 43, 44, 45, 46, 47, 48, 49, 50, 51, 52, 53, 54 PER THIER INDIVIDUAL + OFFICIAL CAPACITIE[S] CONSECUTIVELY & JOINTLY:

(1) ANY + ALL RELIEF COURT DEEMS NECESSICARY (2) #1,000,000,000.00 (MENTAL ANGUISH + (3) #1,000,000,000.00 (EMOTIONAL DISTRESS) + (4) #2,500,000,000.00 (MENTAL PAIN & SUFFERRING + (5) #5,000,000,000.00 (PHYSICAL PAIN & SUFFERRING) + (6) [#10,000,000,000.00] FOR VIOLATING PLAINTIFFS RIGHT PER RIGHT: (A) 8TH (B) 13TH (C) 14TH (D) MILLITARY COMMISSIONS ACT (E) TORTURE VICTUMS PROTECTION ACT OF 1991 (F) 8TH/14TH/13TH SUMMARILY = 6 x 10 BILLION = #60,000,000,000.00

+(7) $100,000,000,000.00 (FOR ACTUAL INJURY COMPENSATION - ONE, MORE & OR ALL) +(8) $100,000,000,000.00 (PUNITIVE DAMAGES) + (9) $50,000,000,000.00 (EXEMPLARY DAMAGES) + (10) $5,000,000,000,000.00 FOR ANY AND ALL ADDITIONAL & OR FUTURE & UNFORSEEN RELIEF & PENALTYS/DAMAGES COURT DEEMS NECESSICARY + (11) DOUBLE DAMAGES

GRAND TOTALS: $5,369,500,000,000.00 x 2 ("IND & OFF CAPACITIES")= $ 10,739,000,000,000.00 x 2 (DOUBLE DAMAGES) = $ 21,478,000,000,000.00 SUM CERTIAN DEMAND PER PLAINTIFF 1,2,3,4,6,11,12,20 PER DEFENDANTS: POSEY & #1 & 9-51 & 53-54 EACH ... FOR ANY + ALL RELIEF COURT DEEMS NECESSICARY

* PLAINTIFFS EACH RESERVE THE RIGHT TO AMEND (ADJUST/MITIGATE/AGGRAVATE/ENHANCE/ADD TO) THESE REQUESTS FOR RELIEF ...

CAUSE OF ACTION (PART A LIABILITY)

ACTING UNDER COLOR OF LAW... BETWEEN 2020 AND ~~[illegible]~~ JUNE 2020 DEFENDANTS: ALL # 1 - ALL JOINTLY ENTERED CONTRACTUAL AGREEMENTS TO FOLLOW U.S. EXECUTIVE ORDER; COVID-19 CONTAINMENT MANDATE FOR STATE AZ PRISIONS & PARTNERS & CONTRACTEES & EMPLOYEES ON GOV. PROPERTY, CREATED BY THE CENTER DISEASE CONTROL SPEAR HEADED BY MRS. DIRECTOR WALENSKI... TO PROTECT PLAINTIFFS FROM UNNECESSICARY COVID-19 INFECTIOUS DISEASE EXPOSURE & POTENTIAL HARM POSED BY INFECTIOUS STAFF MEMBERS/PARTNERS WHOM KNOWINGLY & UNKNOWINGLY CARRY THE VIRUS INTO PRISIONS... WHICH WERE CONCIDERED HIGH RISK & CONTROLLED ENVIORNMENTS WHERE THE VIRUS DIDNT EXIST OR ORIGINATE AT, WHICH ONLY WOULD BE BROUGHT IN BY IN PARTICULAR SICK PEOPLE.

THIS MANDATE... ORDERED THAT ALL INDIVIDUALS/WORKERS ON STATE/FED GOV. FUNDED PROPERTY MUST AT ALL TIMES; WEAR MASK; PPE; DISTANCE; BE SCREENED FOR COVID UPON DAILY ARRIVAL; QUARINTINE UPON NOTICE OF SYMPTOMS; QUARINTINE UPON NOTICE OF BEING AROUND AN INFECTIOUS PERSON; REPORT INCIDENTS; PROTECT SELVES & PRISIONERS.

THESE SIMPLE ORDERS WERE MENT TO PREVENT LIABILITY ISSUES & TO PROTECT PLAINTIFFS CONST. RIGHTS AS PRISIONERS & HUMAN BEINGS & WAS SOUND & ONLY WAY TO PROTECT PLAINTIFFS WHOM WERENT VACCINATED AT THAT TIME.

HOWEVER AFTER ENTERING THIS AGREEMENT WITH THE CDC & PRESIDENT & FED. GOVERNMENT... BETWEEN THEN AND ~~[illegible]~~ WHEN ORDER WAS

EXTINGUISHED IN 2021 OR 22... DEFENDANTS #1, 2/52 & ALL CREATED ADVERSE POLICY MENTIONED HEREIN (AT PG 11A ¶4) OF NOT FOLLOWING THE ORDER, WITH DELIBERATE INDIFF. TO THE OBVIOUS RESULTING RISKS IT WOULD BE USED UNCONST. & HARM PLAINTIFFS & VIOLATE THEIR RIGHTS & GUIDE POSEY & EACHOTHER THREW POLICY USAGE TO INJURE THE PLAINTIFFS UNCONSTITUTIONALLY... WITHOUT TAKING ACTUAL STEPS TO STOP THE PRATICE IN ALTERNATIVE SUCH AS BEING 100% COMPLIANT W/ORDER & MRS. WALENSKI'S & HER SPECIALISTS GUIDANCE... BUT THEY DIDNT EVENTHOUGH THEY COULD HAVE & HAD MEANS TO... W/ DELIB INDIFF... TO THE FORSEEABILITY IT WOULD RESULT IN A BADGE OF SLAVERY, 8TH & 14TH AMND VIOLATIONS, SUMMARRY PUNISHMENTS & TORTURE & UNCONST COND. OF CONF. EACH TIME IT ARISED BY SUBJECTING PLAINTIFFS INTO INCREASED COVID-19 DANGER & SUBJECTING PLAINTIFFS TO CONCENTRATION CAMP ABUSES/LACK OF MED. CARE SUMMAIRILY W/O COURT ORDER. VIA WEAPONIZING STAFF & COVID-19.

THIS POLICY BECAME THE STANDARD FOR ALL DEFENDANTS COMPANYS & AGENTS, STATE AZ PRISION WIDE, CREATING AN OFFICIAL MONELL § 1983 POLICY THAT GUIDES UNCONST. PRATICES OF AGENTS.

THIS POLICY WAS CREATED, CONDONED, USED, TURNED BLIND EYES TO BY EVERY DEFENDANT #1-ALL EXCEPT FOR DEFENDANTS BIDEN, WALENSKI, CHRIST... IN WHICH WHOM REPEATEDLY INSTRUCTED DEFENDANTS #1-ALL TO FOLLOW CDC GUIDLINES THREWOUT PAN & ENDEMIC...

AND INTURN DEFENDANTS ALL BUT BIDEN, WALENSKI, CHRIST... SAID BY ACTION FUCK YOU & FUCK THE DEMOCRATS & FUCK CDC GUIDANCE! BY DISOBEYING THE DIRECT ORDER. TO SABATAUGE BIDENS, THE DEMOCRATS, WALENSKIS, FAUCIS, CHRISTS CAREERS IN WHICH WORKED FOR FAUCI, CHRIST, ... AND BEING WORKED ON, ON BIDEN, ATTEMPTED ON WALENSKI BUT SHE STOOD FIRM AND DIDNT QUIT LIKE FAUCI... KNOWING IT WAS ALL A PLOY BY REPUBLICANS SUCH AS DEFENDANT DUECY (GOUVERNOR) TO OVERTAKE THE CURRENT PARTYS RULES IN DEMOCRACT. VIA CHARRECTER ASSASSINATION.

DEFENDANTS #1,2,9,10,11,12,13,14,15,17,18-25,28,29,31-51,53-81,83-90,93,95,96,97, ______ ALL POSSESSED POWER/RANK TO CURE THIS DEFICENCY AS POLICYMAKERS, OWNERS, SUPERVISORS, EXECUTIVES BUT REFUSED TO DO SO BEFORE POSEY HARMED PLAINTIFFS KNOWING IT WOULD FORSEEABLY ARISE RESULTING FROM THEIR POLITICAL WAR

AND INDIFFERENCE TO THE CREATED POLICTS & DANGERS posed To plaintiffs KNOWING IT WOULD GIDE DEFENDANT TO HARM PLAINTIFFS, VIA UNNECESSIARY INFECTIOUS DISEASE EXPOSURE AKA ATTEMPTED MURDER, TORTURE, SLAVERY, SUMMARY ATTMPT. CAPITAL PUNISHMENT

UPON REPEATED NOTICE... FROM BIDEN, FAUCI, WALENSKI, CHRIST & THE WORLD & SUBORDINATES & PLAINTIFFS & MEDIA OUTLETS DEFENDANTS 1 - ALL REFUSED TO RENUNCIATE & ENFURTHERED THE PRATICES = CONDONED CUSTOM § 1983 ,.. WHEN IN ALTERNATIVE TO THIS INDIFF. EACH WAS GUIDED & TRAINED ON COVID-19 & HOW TO PREVENT SPREADDING IT TO PLAINTIFFS & THE WORLD... BUT DISREGARDED IT... EACH COULD HAVE RE-TRAINED EACHOTHER OR ENFORCED THE MANDATE BUT DIDNT AND OFFICIALLY CREATED THIS NON ADHERANCE TO CDC/U.S. EXECUTIVE COVID-19 ORDER/MANDATE ISSUED TO PROTECT PLAINTIFFS SPEAR HEADED BY DEFENDANTS: DUECY, BRNOVICH, DAVID SHINN, GOTTFRIED WHO CLAIMED "MANDATE IS UNCONST" "THE PEOPLE CANT BE FORCED TO FOLLOW IT" "ITS UNCONST",,, WITH MOTIVE TO SABATOUGE CHRIST, WALENSKI, BIDEN'S CAREERS FOR THEIR PARTY.

GUIDED POSEY TO NOT FOLLOW THE MANDATE & GUIDED DEFENDANTS ALL EXCEPT BIDEN, WALENSKI, CHRIST TO DISOBEY BIDENS ORDER AND THE PROOFS ALL ON STATE AZ GOV. CAMERA OF ALL DEFENDANTS WORK PLACES & ADCRR PRISIONS WILL SHOW THAT IM NOT LIEING AND WILL BE SUBPEONAD AND BIDEN, WALENSKI & CHRIST WILL TESTIFY THAT THE MANDATE WASNT ADHERED TO, UPON VIEWING THE TAPES.

THIS DISODEADIENCE IS INSTILLED INTO AZ GOV. CULTURE. MOST FEEL ABOVE THE LAW... AND HAVE NO CARE OF PENALTY BECAUSE THEY ARE THE LAW... THIS CREATED ADCRRS POLICY OF PRISIONER ABUSE & COVERING IT UP THREW THE DEFENDANT ADCRR GRIEVANCES & A.G. BRNOVICH & GOTTFRIEDS OFFICE... "OFFERRING VIOLATORS FREE ATTORNEYS" PROTECTION & ADVISE ON HOW TO RESPOND TO PRISIONER GRIEVANCES W/O Rarely slapping Their "Wrists. ("Corporate Shielding") TO GET Along AWAY WITH IT... MADE IT EASY FOR EM ALL TO DISOBEY BIDENS ORDERS... THESE CREATED POLICYS, ACTS & OMISSIONS & INDIFF. = CAUSE & FAULT FOR THE PLAINTIFFS INJURYS & GUIDED POSEY TO HARM PLAINTIFFS RENDERING ALL DEFENDANTS

BUT BIDEN, WALENSKI & CHRIST LIABLE AS CREATORS/ENFURTHERS OF THE POLICYS & LIABLE AS ACCOMPLICES FOR THEIR DIRECT INVOLVMENTS IN CREATING/CONDONING/USING/NOT FIXING THESE UNCONST. ~~PRATICES UPON REPEATED NOTICE W/DELIB INDIFF... =~~

THIS POLICY[S] WERE THE MOVING FORCE BEHIND PLAINTIFFS INJURYS... PLAINTIFFS ARE MERELY COLLATERAL DAMAGES ...OF THIS political War.

CAUSE OF ACTION (PART B EVENT)

ACTING UNDER COLOR OF LAW, BETWEEN APPROX SEPT 12TH - NOV (week of 1ST) 2020 DEFENDANT PUSEY VIOLATED PLAINTIFFS # 1,2,3,4,6,11,12,20 Rights (At pg 11 B) AFTER AND DURING COMMITTING COUNT II EXCESSIVE FORCE... TO COVER IT UP... KNOWING HE WAS REPEATEDLY WORKING INFECTED WITH COVID-19 FOR 3 WEEK STRAIGHT. CONTINUIOUSLY EXPOSING PLAINTIFF[S] TO COVID DIRECTLY & INDIRECTLY... WITH DELIB. INDIFF TO PLAINTIFFS SERIOUS & OBVIOUS MED. NEEDS OF COVID-19 EMERGENCY TREATMENT. BY DECEPTIVELY NOT NOTIFYING SECURITY (ADC) OR MEDICAL (CENTURION) PERSONEL OF HIS ILLNESS... OUT OF GREED TO GET PAID... CLAIMING "HE'D WORK IT OFF"... TO PLAINTIFF 11... WHILE ENTERING EVERY AREA AT CENTRAL UNIT PRISION TO FIX STUFF AS MAINTANENCE SUPERVISOR, MASKLESS, NOT DISTANCING, EXPOSING THE PLAINTIFFS... KNOWINGLY... THREW MUCOUSE MEMBRAINE SURFACE TO PERSON & AIR TO PERSON TO PERSON... WHEN HE SHOULD HAD REASON TO KNOW DOING SO WOULD HARM THE PLAINTIFFS... WHEN IN ALTERNATE TO THIS DELIB INDIFF... PUSEY COULD HAVE STAYED HOME, REPORTED HIS SELF, ASKED SOME ONE ELSE TO REPORT IT & KEEP HIM CONFIDENTIAL SOLELY WITH REQUEST TO GET PLAINTIFFS MED. AID. BUT DIDNT & COULD HAVE... "TORTURING PLAINTIFFS FOR 3 WEEKS CAUSING § 1983 8TH AMEND "PAIN" & INJURYS (at pg 11B)... without Need... Infringing on Plaintiffs Rights... Because He Knew He Could... Unconst. Using Adcrr Policy[s]; of (A) Disobeadience (C) prisioner Abuse (d) Abuse of Authority (e) Covering up prisioner Abuse (f) Not following CDC Guidlenes Covid-19 Executive Mandates... Renders Pusey Liable in all Capacity for Plaintiffs Resulting Injurys. If Not for his Indiff. plaintiffs Would not been harmed These Policys are Condoned & Endorsed by Ducey, Barnovich & Shinn & Gottfried Adcrr's Official Executives/Policy makers w/ Delib indiff To Em Upon Actual Notice...

## D. CAUSE OF ACTION

**COUNT 10**

1. State the constitutional or other federal civil right that was violated: 8TH, 8TH/14TH DUE PRO SUMMARY; CORPORAL PUN-E; ATTEMPT CAPITAL PUN, TORTURE VICTIMS PROTECTION ACT OF 1991

2. **Count I.** Identify the issue involved. Check **only one**. State additional issues in separate counts.

- ☐ Basic necessities
- ☐ Mail
- ☐ Access to the court
- ☒ Medical care
- ☐ Disciplinary proceedings
- ☐ Property
- ☐ Exercise of religion
- ☐ Retaliation
- ☐ Excessive force by an officer
- ☐ Threat to safety
- ☐ Other: ______

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

[See pages 12A-C]

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s). ONE MORE OR ALL: (1) INITIAL UNKNOWN + UNFORSEEABLE INJURYS (2) COVID EXPOSURE (3) COVID INFECTION (PANDEMIC #2); PAIN; COVID PNEUMONIA; EXZERBATION PRE-EXISTING INJURYS; SORE THROAT; FEVER; LOSS TASTE + SMELL; BODY PAIN; PTSD; M. ANGUISH; E. DISTRESS; COVID ASTHMA; LOSS OF LIFE BYEARS LONG HAUL COVID-19 DISABILITY; 100% BODY + ORGAN DAMAGE; MUTATION DNA/RNA [see pg 12.01]

5. **Administrative Remedies:**

a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No

b. Did you submit a request for administrative relief on Count I? ☒ Yes ☐ No

c. Did you appeal your request for relief on Count I to the highest level? ☒ Yes ☐ No

d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. ______

DEF # 3 DR BRESAN MED CARE