# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Dwain A Ward, Jr.,<br><br>  Plaintiff,<br><br>v.<br><br>David Shinn, et al.,<br><br>  Defendants. | NO. CV-23-00284-PHX-SPL (DMF)<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's order filed June 27, 2023, Plaintiff to take nothing, and the complaint and action are dismissed with prejudice for failure to state a claim.  This dismissal may count as a "strike" under 28 U.S.C. § 1915(g).

Debra D. Lucas
District Court Executive/Clerk of Court

August 10, 2023

By   s/ K. James
     Deputy Clerk